# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
|         Plaintiff, | : | 3:19-CV-01547(VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS | : | |
|         Defendant. | : | November 27, 2019 |

## MOTION TO DISMISS AND MOTION TO STRIKE
## AND FOR MORE DEFINITE STATEMENT

Pursuant to Federal Rule of Civil Procedure 12(b), the defendants Yale University, Peter Salovey, and Robert Alpern, M.D. ("University Defendants"), hereby move to dismiss the action filed by the plaintiff, Michael Simons, as time-barred and for failing to state a plausible claim upon which relief can be granted. Pursuant to Federal Rules of Civil Procedure 12(e) and (f), the University Defendants also move to strike, and in the alternative for a more definite statement of, the plaintiff's allegations concerning "unknown persons."

The plaintiff's allegations are time-barred because they purport to seek relief for incidents in 2013 and 2014, and because the plaintiff failed to comply

with statutory prerequisites to a timely suit. The plaintiff's allegations are subject to dismissal for failure to state a plausible claim upon which relief can be granted because the plaintiff failed in all seven of his counts to allege the essential elements of those claims. Finally, the plaintiff's allegations regarding "unknown persons" should be stricken as impertinent, or, in the alternative, require a more definite statement because they are so vague that the University Defendants cannot prepare a response.

As demonstrated more fully in the accompanying Memorandum of Law, the Court should dismiss the action, strike the allegations concerning "unknown persons," or require a more definite statement of those allegations if they survive the motions to dismiss and to strike.

THE UNIVERSITY DEFENDANTS

BY: _____
KEVIN C. SHEA (CT04261)
BENJAMIN LEVITES (CT30481)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com
bhl@clenlaw.com

CERTIFICATION:

     This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on November 27, 2019.

_____
CLENDENEN & SHEA, LLC