**EXHIBIT B**

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES



# CASE ASSESSMENT REVIEW

Michael Simons
COMPLAINANT

VS.

Yale University
RESPONDENT

| CHRO NO. 1930488 | DATE FILED: FEBRUARY 19, 2019 |
| EEOC NO. 16A201900745 | DATE FILED: FEBRUARY 19, 2019 |

Connecticut law requires the Commission on Human Rights and Opportunities (CHRO) to conduct a case assessment review (CAR) of this complaint. The purpose of the CAR review is to determine whether the complaint should be retained for further processing or dismissed.

The CHRO has conducted a thorough review of the file and has dismissed the complaint for the following reason(s):

☒ The complaint fails to state a claim for relief because:

The complaint alleges that the Respondent discriminated against the Complainant based on his protected classes of gender identity and sex by demoting him, giving him reduced duties, depriving him of contractual benefits, and retaliating against him when by removing him from the endowed Waldemar Von Zedtwitz Professorship.

The Respondent's action was based on the Complainant's previous violation of the Respondent's sexual misconduct policy, not the Complainant's protected classes. Sexual misconduct may be committed by individuals of any sex. As this complaint contains no allegation that the Respondent removed the Complainant from the endowed professorship because of his sex or gender identity, it is not legally sustainable as alleged.

☐     The complaint is frivolous on its face because:

☐     The respondent is exempt because:

☐     There is no reasonable possibility that investigating the complaint will result in a finding of reasonable cause because:

As this complaint was dismissed, a release of jurisdiction allowing the complainant to bring a civil action in court has been attached to this notice.

June 11, 2019
Dated:

Commission on Human Rights and Opportunities
450 Columbus Boulevard, Suite 2
Hartford, CT 06103

Service:
Complainant's counsel: npattis@pattisandsmith.com
Respondent's counsel: caroline.hendel@yale.edu