## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
| Plaintiff, | : | 3:19-CV-01547 (VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS, | : | |
| Defendants. | : | DECEMBER 18, 2019 |

### <u>MOTION ON CONSENT FOR EXTENSION OF TIME</u>

Plaintiff, Michael Simons, hereby moves for a six-day extension of time, up to and including December 24, 2019, within which to respond to the Defendants' Motion to Dismiss.

The Defendants filed their Motion to Dismiss on November 27, 2019. The Plaintiff's response is currently due on or before today, December 18, 2019.

The Plaintiff requests this extension of time because this case presents an issue of first impression in the Second Circuit, and the Plaintiff's counsel needs more time to prepare an adequate brief to assist the Court in resolving this issue. The Plaintiff's counsel apologizes to the Court for this eleventh-hour request as he did not anticipate requiring more time.

The Plaintiff's counsel has contacted the Defendants' counsel, Attorney Benjamin Levites, and he has consented to this motion.

This is the first request for an extension of time to respond to the Defendants' motion to dismiss.

WHEREFORE, it is respectfully requested that the Court grant this request for an extension of time to respond to the Defendants' motion to dismiss.

THE PLAINTIFF


By: _____

        NORMAN A. PATTIS
        PATTIS & SMITH, LLC
        383 Orange Street
        New Haven, CT 06511
        203.393.3017
        203.393.9745
        npattis@pattislaw.com
        ct13120