# EXHIBIT 5

# Superior Court Order Denying Mot. For Ex Parte Relief

RETURN DATE: October 16, 2018

| | | |
|---|---|---|
| Dr. MICHAEL SIMONS, | : | J.D. OF NEW HAVEN |
| Plaintiff, | : | at NEW HAVEN |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, PETER SALOVEY, | : | |
| Defendants. | : | September 21, 2018 |

## ORDER FOR HEARING AND NOTICE

To Any Proper Officer:

By the authority of the State of Connecticut, you are hereby commanded to summon the defendants in and for the Judicial District of New Haven at New Haven, on _____, 2018, at _____ a.m./p.m., then and there to answer upon the complaint of Dr. Michael Simon of New Haven, Connecticut, in the nature of a temporary injunction then and there to show cause why a temporary injunction should not continue by leaving with the Defendants a true and attested copy of the foregoing on or before _____, 2018.

Hereof fail not, but due service and return make.

Dated at New Haven this 21st day of September, 2018.

Denied

By the Court

_____
Judge/Clerk

THE PLAINTIFF

By_____
NORMAN A. PATTIS
383 Orange St., First Floor
New Haven, CT 06511
203.393.3017
203.393.9745
npattis@pattislaw.com
Juris 408681

## **CERTIFICATION**

The foregoing was hand-delivered this 21st day of September 2018 to Caroline Hendel, Senior Associate General Counsel. Yale University, Office of the Vice President and General Counsel, 2 Whitney Avenue, 6th floor, New Haven, CT 06510. Attorney Hendel was notified in a telephone conversation at 6:45 a.m. that these doings would be filed a 9:00 a.m.

_____
NORMAN A. PATTIS