UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMONS,<br>    *Plaintiff*,<br><br>  v.<br><br>YALE UNIVERSITY, PETER SALOVEY, ROBERT ALPERN, & UNKNOWN PERSONS,<br>    *Defendants*. | No. 3:19-cv-1547 (VAB) |

## SCHEDULING ORDER

Following a telephonic scheduling conference held on March 5, 2020, the Court adopts the following schedule:

- Damages analysis due by **July 10, 2020**;
- Plaintiff's Expert Designations and Reports due **July 10, 2020**;
- Depositions of Such Witnesses due by **September 11, 2020**;
- Defendants' Expert Designations and Reports due **October 16, 2020**;
- Depositions of Such Expert Witnesses due **November 20, 2020**;
- Discovery completed by **November 20, 2020**;
- Post Discovery Telephonic Status Conference will be held on **December 3, 2020**, at **10:30 a.m.** Once all counsel are on the line, please call Chambers at (203) 579-5562.
- Dispositive motions due **January 29, 2021**;
- Joint Trial Memorandum due by **March 5, 2021**, or 30 days after Court's ruling on dispositive motions;
- Trial Ready by **April 5, 2021**, or 30 days after the Joint Trial Memorandum is filed.

**SO ORDERED** at Bridgeport, Connecticut, this 5th day of March, 2020.

                                                                    /s/ Victor A. Bolden
                                                                     Victor A. Bolden
                                                                     United States District Judge