UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-CV-01547(VAB) |
| v. | : | |
| YALE UNIVERSITY, | | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS | : | |
| Defendant. | : | AUGUST 20, 2020 |

**MOTION FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM**

Under Local Rule 7(d), Yale University, Peter Salovey, and Robert Alpert, M.D. ("University Defendants"), move for leave to file a Supplemental Memorandum in further support of their Motion to Dismiss, Strike and for a More Definite Statement, Doc. 16, attached hereto as Exhibit A, to address two recent opinions from the United States District Court for the District of Connecticut, the holdings of which require the dismissal of Count Five of the plaintiff's complaint on an additional basis to those previously articulated by the University defendants. Specifically, in *Othon v. Wesleyan Univ.*, 2020 WL 1492864, at *1 (D. Conn. Mar. 27, 2020) (Dooley, J.) and *Piscitelli v. Univ. of Saint Joseph*, 2020 WL 3316413, at *1 (D. Conn. June 18, 2020) (Dooley, J.), the Court held, in the absence of guidance from the Supreme Court or the Second Circuit Court of Appeals and in view of a split among the District Courts in the Second Circuit, that it "agreed with those courts that have held that there is no private remedy under Title IX for employment discrimination claims." *Othon, supra* at *9, *Piscitelli, supra* at *1 (alterations omitted). This

authority requires dismissal of Count Five of the Plaintiff's Complaint, purporting to allege a claim for employment discrimination under Title IX.

Because this additional authority directly addresses the legal feasibility of the plaintiff's purported cause of action under Title IX for employment discrimination, the University Defendants respectfully request that this Court grant this motion and allow the filing of the attached supplemental memorandum in further support of their Motion to Dismiss, Strike and for a More Definite Statement.

THE UNIVERSITY DEFENDANTS

BY: _____
KEVIN C. SHEA (CT04261)
BENJAMIN LEVITES (CT30481)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com
bhl@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on August 20, 2020.

_____
CLENDENEN & SHEA, LLC