UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
|     Plaintiff, | : | 3:19-CV-01547 (VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS, | : | |
|     Defendants. | : | SEPTEMBER 4, 2020 |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16(b), the Plaintiff respectfully moves the Court to modify the scheduling order (Dkt. 34) in the above-entitled action as follows:

Plaintiff's Expert Designations and Reports due **January 10, 2021**
Depositions of Such Witnesses due by **March 11, 2021**
Defendants Expert Designations and Reports due **April 16, 2021**
Depositions of Such Expert Witnesses due **May 20, 2021**
Discovery due by **May 20, 2021**
Post Discovery Telephonic Status Conference to be held on **June 3, 2021, at 10:30 a.m**.
Dispositive Motions due by **July 29, 2021**
Joint Trial Brief due by **September 6, 2021**
Trial Ready Date **October 5, 2021**

In sum, the Plaintiff respectfully requests a six-month extension to the discovery deadlines. The undersigned represents that he has contacted the Defendants' counsel and they consent to this motion.

Pursuant to Local Rule 16(b), there is good cause for the modification. The parties filed their Rule 26(f) report on February 25, 2020. The Court entered the scheduling order on March 5, 2020. At the time, the parties anticipated that the world would continue to operate normally. They could not foresee that the COVID-19 pandemic would drastically alter business as usual less than 3 weeks after the Court entered the scheduling order. Nonetheless, the COVID-19 pandemic did.

Due to the health dangers posed by COVID-19 and the requirements of the public health measures taken by Connecticut Governor Ned Lamont, counsel for both parties were forced to essentially redesign their practice operations to cope with challenges such as poor internet, decreased staff, and rapidly mounting piles of briefs and other obligations that still carried due dates despite the pandemic's dangers. The Plaintiff's counsel, in particular, was hindered substantially by the pandemic as both he and an immediate family member are in the at-risk category of potential COVID-19 victims and he and his staff had to cope with less than optimal internet and work spaces in their home environments.

The Plaintiff himself faced similar difficulties as he was accustomed to traveling between the United Kingdom and New Haven, Connecticut to meet his responsibilities. He spent substantial time in the United Kingdom during the pandemic, thus rendering his communication with the undersigned incredibly difficult and ultimately inadequate for pursuing discovery vigorously.

In light of the unforeseen difficulties, dangers, and challenges posed by the COVID-19 pandemic, no party in this case has made substantial progress pursuing discovery because they were focused on reshaping their operations to manage pressing deadlines and avoid the dangers of the COVID-19 pandemic. The parties have now regained some semblance of normalcy or routine and can now focus on vigorously pursuing and completing discovery within the proposed deadlines. They will be unable to complete discovery within the current deadlines.

Consequently, the Plaintiff submits to the Court that there is good cause to extend the deadlines for discovery by six months and respectfully requests that the Court modify the scheduling order as requested above.

>THE PLAINTIFF
>
>By: /s/ NORMAN A. PATTIS /s/
>    NORMAN A. PATTIS
>    PATTIS & SMITH, LLC
>    383 Orange Street
>    New Haven, CT 06511
>    203.393.3017
>    203.393.9745
>    npattis@pattislaw.com
>    ct13120

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the Court's CM/ECF System.

>/s/ NORMAN A. PATTIS /s/
>NORMAN A. PATTIS