UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-CV-01547(VAB) |
| v. | : | |
| YALE UNIVERSITY, | | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS | : | |
| Defendant. | : | November 5, 2020 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for Yale University, Peter Salovey, and Robert Alpert, M.D. ("University Defendants"). The University Defendants will be represented by Attorney Kevin C. Shea of Clendenen & Shea, LLC.

THE UNIVERSITY DEFENDANTS

By: /s/ Ben Levites
Benjamin H. Levites (CT30481)
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
Tel: 203/787-1183
Fax: 203/787-2847

2

<u>CERTIFICATION</u>:

This is to certify that a copy of the foregoing was filed electronically on the November 5, 2020.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____
CLENDENEN & SHEA, LLC