# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:19-CV-01547(VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS | : | |
|     Defendants. | : | December 11, 2020 |

**UNIVERSITY DEFENDANTS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND AND/OR OBJECT TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Fed. R. Civ. P. 29, 33 and 34 and Local Civil Rule 7(b), defendants Yale University, Peter Salovey, and Robert Alpern, M.D. ("University Defendants"), hereby respectfully move for a one-month extension of time, up to and including January 19, 2021, within which to respond and/or object to the plaintiff's First Set of Interrogatories and Requests for Production dated November 17, 2020.

The University Defendants respectfully submit that good cause exists for granting this extension because defendants' counsel requires additional time to

confer with the defendants about the discovery requests, and the defendants require additional time within which to search for and gather responsive information and/or documents, which has been made more difficult by the remote working conditions necessitated by the pandemic, as well as the two-week shutdown of the University during the semester break.

The undersigned has consulted with counsel for the plaintiff, Attorney Norm Pattis, and he has consented to the extension of time to respond and/or object to the plaintiff's discovery requests.  This is the University Defendant's first motion for extension of time to respond to the November 17, 2020 discovery requests served by the plaintiff.

Wherefore, the University Defendants seek a one-month extension of time, up to and including January 19, 2021 within which to respond and/or object to the plaintiff's discovery requests dated November 17, 2020.

THE UNIVERSITY DEFENDANTS

BY: _____
KEVIN C. SHEA (CT04261)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on December 11, 2020.

_____
CLENDENEN & SHEA, LLC