## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:19-CV-01547(VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS | : | |
|     Defendant. | : | MAY 6, 2021 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 26(b) of the Fed. R. Civ. P. and D. Conn. L. Civ. R. 7(b), the parties hereby respectfully move jointly for a ninety (90) day extension of all deadlines established by this Court's January 15, 2021 Order granting the plaintiff's Nunc Pro Tunc Motion to Reset Discovery Deadlines, *see* Doc. Nos. 53 and 54, in order to adequately complete fact discovery. In support of this Motion, the parties state as follows:

    1.    On April 9, 2021, the University noticed the deposition of the plaintiff, Dr. Michael Simons, for May 13, 2021. As of the filing of this Motion, however, it is unclear whether this deposition will go forward. The University is

still awaiting supplemental discovery responses from the plaintiff, without which, it will be impossible for the University to adequately prepare for and conduct the plaintiff's deposition. Indeed, the University is still awaiting several material interrogatory responses and documents from the plaintiff, including, but not limited to, email correspondence, tax returns, verified interrogatory responses and various documents related to the calculation and mitigation of the plaintiff's alleged damages. If these records are not produced timely, the University will be constrained to postpone and/or continue the plaintiff's deposition.

2. The plaintiff is working diligently to locate, review and produce documents responsive to the defendants' first set of requests for production, and requires additional time to supplement his responses to the defendants' first set of interrogatories. For this reason, also, the parties request an extension of the existing discovery deadlines.

3. On May 3, 2021, the plaintiff noticed the depositions of Yale University President Peter Salovey and Dr. Robert Alpern for May 18 and 19, 2021 respectively. Unfortunately, these depositions will need to be rescheduled because the two deponents are largely unavailable for the month of May due to

LAW OFFICES · CLENDENEN & SHEA, LLC
400 ORANGE STREET · NEW HAVEN, CT 06511 · (203) 787-1183 · JURIS NO. 09775

academic year end and commencement obligations. In particular, Mr. Salovey, as the President of the University, has important, unbending obligations every May through June due to the close of the academic year. Thus, their depositions will need to be rescheduled for later in the summer.

4. Defendants' counsel and plaintiff's counsel have conferred prior to the filing of this Motion, and all parties consent to the granting of this Motion.

5. The parties believe that the requested extension will serve the purposes of judicial economy and efficiency.

6. This is the parties' first joint motion for extension of time.

WHEREFORE, the parties respectfully and jointly request a ninety (90) day extension of all deadlines established by this Court's January 15, 2021 Order granting the plaintiff's Nunc Pro Tunc Motion to Reset Discovery Deadlines. Doc. Nos. 53 and 54.

THE UNIVERSITY DEFENDANTS

BY: _____
KEVIN C. SHEA (CT04261)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com

THE PLAINTIFF

BY: /s/ Norman A. Pattis
NORMAN A. PATTIS (CT13120)
Pattis & Smith, LLC
383 Orange Street, First FL
New Haven, CT 06511
Telephone: 203-393-3017
Fax: 203-393-9745
npattis@pattisandsmith.com

LAW OFFICES • CLENDENEN & SHEA, LLC
400 ORANGE STREET • NEW HAVEN, CT 06511 • (203) 787-1183 • JURIS NO. 09775