UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

MICHAEL SIMONS

    Plaintiff

V.                                       CIVIL ACTION NO. 3:19-CV-01547(VAB)

YALE UNIVERSITY,
PETER SALOVEY,
ROBERT ALPERN, M.D.,
UNKNOWN PERSONS,

    Defendants                        May 12, 2021

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the following defendants: Yale University, Peter Salovey, and Robert Alpern, M.D.

Dated: May 12, 2021

                                                SIGNATURE

CT. 30614
BAR NUMBER

                                                Joseph E. Boccia
                                                PRINT NAME

CLENDENEN & SHEA, LLC
FIRM NAME

400 Orange Street
ADDRESS

NEW HAVEN, CT          06510
CITY        STATE     ZIP CODE

203/787-1183
PHONE NUMBER

203/787-2847
FAX NUMBER

office@clenlaw.com
EMAIL ADDRESS

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 12th day of May 2021.

_____
CLENDENEN & SHEA, LLC