### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-CV-01547(VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS | : | |
| Defendant. | : | MAY 13, 2021 |

### **JOINT PROPOSED REVISED SCHEDULING ORDER**

Pursuant to this Court's May 9, 2021 Order, Doc. No. 56, and Rules 26(b) of the Fed. R. Civ. P. and D. Conn. L. Civ. R. 7(b), the parties hereby submit their joint proposed revised scheduling order.

The parties propose extending the deadlines set forth in the Court's September 17, 2020 Order, Doc. No. 42, as follows:

- All discovery shall be completed by August 20, 2021.

- The post-discovery status conference can be scheduled for after August 23, 2021.

- Dispositive motions shall be submitted by October 29, 2021.

- Joint trial memorandum shall be submitted by December 3, 2021 if no dispositive motion is filed, or 30 days after the Court rules on any dispositive motion.

- Trial ready date shall be January 7, 2021 if no dispositive motion is filed, or 30 days after the filing of the joint trial memorandum.

WHEREFORE, the parties respectfully submit the dates set forth above as a joint proposed scheduling order in accordance with this Court's May 9, 2021 Order. Doc. No. 56. The extension of the deadlines set forth in this Court's September 17, 2020 Order, Doc. No. 42, is necessary for the parties to adequately complete fact discovery for the reasons outlined in the parties' Joint Motion for Extension of Time. Doc. No. 55.

THE UNIVERSITY DEFENDANTS

BY: _____
KEVIN C. SHEA (CT04261)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com

THE PLAINTIFF


BY: /s/ Kevin M. Smith
    KEVIN M. SMITH (CT27657)
    Pattis & Smith, LLC
    383 Orange Street, First FL
    New Haven, CT 06511
    Telephone: 203-393-3017
    Fax: 203-393-9745
    ksmith@pattisandsmith.com