UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMONS,<br>Plaintiff, | :<br>: 3:19-CV-01547 (VAB)<br>: |
| v. | : |
| YALE UNIVERSITY,<br>PETER SALOVEY,<br>ROBERT ALPERN, M.D.,<br>UNKNOWN PERSONS,<br>Defendants. | :<br>:<br>:<br>:<br>: JULY 30, 2021 |

## MOTION TO ADMIT CAMERON L. ATKINSON AS A VISITING ATTORNEY AND TO EXCUSE THE PRESENCE OF SPONSORING ATTORNEYS

Pursuant to Local Civil Rule 83.1(d), Plaintiff Michael Simons hereby moves the Court to grant Cameron L. Atkinson, Esq. leave to appear and practice as a visiting attorney for him in the above captioned matter. The undersigned also move the Court to excuse his attendance in Court and participation in other proceedings before the Court pursuant to Local Civil Rule 83.1(d)(2). In support, the undersigned represents as follows:

1. The undersigned, a member of the Bar of this Court, is the attorney of record in this action for the Plaintiff and maintain his principal offices at 383 Orange Street, New Haven, Connecticut 06511.

2. As set forth in the affidavit submitted in compliance with Local Civil Rule 83.1(d)(1) and attached hereto as Exhibit A:

   a. Mr. Atkinson is an Associate in the law firm of Pattis & Smith, LLC who maintains his principal office at 383 Orange Street, New Haven, Connecticut 06511. His phone number is 203-393-3017 ext. 203, his facsimile number is 203-393-9745, and his email address is catkinson@pattisandsmith.com

    b. Mr. Atkinson is admitted to the Bar of the State of Connecticut (Bar No. 442289) and the U.S. Court of Appeals for the Second Circuit (no bar number issued).

    c. Mr. Atkinson has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

    d. Mr. Atkinson has not been denied admission, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for an admission to practice before this Court or any other court, while facing a disciplinary complaint.

    e. Mr. Atkinson has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

    f. Mr. Atkinson designates the undersigned as his agent for service of process upon whom service of all papers on Michael Simons shall be made, and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

3. Pursuant to Local Civil Rule 83.1(d)(3), a fee of $200.00 has been paid to the Clerk of the Court upon the filing of this motion.

4. The undersigned also represent that Mr. Atkinson has assisted him with numerous cases before this Court in his capacity as his associate and law clerk and that he is fully knowledgeable and capable of appearing before the Court without their presence.

WHEREFORE, the undersigned respectfully requests that the Court admit Cameron L. Atkinson, Esq. as a visiting attorney for the purpose of appearing and participating in this action on behalf of the Plaintiff and to excuse his attendance in court and participation in other proceedings before the Court pursuant to Local Civil Rule 83.1(d)(2).

                                       THE PLAINTIFFS

                                       /s/ Norman A. Pattis /s/
                                       NORMAN A. PATTIS, ESQ.
                                       KEVIN M. SMITH, ESQ
                                       PATTIS & SMITH, LLC
                                       383 Orange Street
                                       New Haven, CT 06511
                                       Tel:  (203) 393-3017
                                       Fax: (203) 393-9745
                                       npattis@pattisandsmith.com

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on July 30, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                         /s/ Norman A. Pattis /s/
                                               ct13120

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMONS,  Plaintiff, | : 3:19-CV-01547 (VAB) |
| v. | |
| YALE UNIVERSITY, PETER SALOVEY, ROBERT ALPERN, M.D., UNKNOWN PERSONS,  Defendants. | : JULY 30, 2021 |

### AFFIDAVIT OF CAMERON L. ATKINSON IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY

Cameron Atkinson, having been duly sworn, deposes as follows:

1. I am an Associate in the law firm of Pattis & Smith, LLC who maintains my principal office at 383 Orange Street, New Haven, Connecticut 06511. My phone number is 203-393-3017 ext. 203, my facsimile number is 203-393-9745, and my email address is catkinson@pattisandsmith.com.

2. I submit this affidavit in support of my motion for admission as a visiting attorney in this action for the purposes of representing the Plaintiff, Michael Simons. If called to testify, I could and would competently testify to the matters set forth herein.

3. I am admitted to the Bar of the State of Connecticut (Bar No. 442289) and the U.S. Court of Appeals for the Second Circuit (no bar number issued).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for

an admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Norman A. Pattis, Pattis & Smith, LLC who maintains his principal office at 383 Orange Street, New Haven, Connecticut 06511 as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

*Cameron L. Atkinson*
Cameron L. Atkinson, Esq.

Subscribed and sworn to before me, this 30th day of July, 2021

_____
Notary Public

Donna L. Peat
Notary Public - Connecticut
My Commission Expires
January 31, 2023