**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
|     Plaintiff, | : | 3:19-CV-01547 (VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS, | : | |
|     Defendants. | : | AUGUST 16, 2021 |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

The Plaintiff, through counsel, respectfully moves the Court to modify the scheduling order in this case, extend the time for discovery, and reset the deadlines for dispositive motions as follows:

**Discovery completed by November 1, 2021.**

**Dispositive motions due by January 10, 2022**

**Joint Trial Memorandum due by February 11, 2022 or thirty (30) days after Court's ruling on dispositive motions.**

In support thereof, the undersigned represents the following:

1. I represent the Plaintiff.

2. This case turns heavily on the production of documents, specifically communications between parties and non-party witnesses. Document production has been laborious due to the Plaintiff's difficulties navigating technology.

3. The Plaintiff has struggled to produce documents, which has delayed his deposition substantially. It remains open now pending the supplemental

production of documents by the Plaintiff. The Defendants would like to complete the Plaintiff's deposition, and they need the outstanding documents to do so.

4. The Plaintiff also needs additional time to locate, subpoena, and depose key out-of-state witnesses who are no longer affiliated with the Defendants.

5. To ensure full and complete discovery in this case, an extension of time is necessary to allow all parties a full opportunity to complete discovery.

6. This is the third motion to extend the deadlines set by the Court's scheduling order.

7. Counsel for the defendants consents to the granting of this motion.

The Plaintiff

BY:

/s/ Norman A. Pattis /s/

NORMAN A. PATTIS
Pattis & Smith, LLC
Juris No. 13120
383 Orange Street, First FL.
New Haven, CT  06511
Tel. 203-393-3017
Fax 203-393-9745
npattis@pattisandsmith.com

**<u>CERTIFICATION</u>**

I hereby certify that on August 16, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

<u>/s/ Norman A. Pattis /s/</u>

NORMAN A. PATTIS