UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMONS | : CIVIL ACTION NO.
: 3:19-cv-01547(JBA) |
| Plaintiff, | : |
| v. | : |
| YALE UNIVERSITY,
PETER SALOVEY,
ROBERT ALPERN, M.D., UNKNOWN
PERSONS | :
:
:
: |
| Defendant | : |
| | : OCTOBER 26, 2021 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the defendants Yale University, Peter Salovey, Robert Alpern, M.D.  Said defendants will be represented by Attorney Kevin C. Shea, of Clendenen & Shea, LLC.

Respectfully submitted,

_____
Joseph E. Boccia
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 787-1183
Fax: (203) 787-2847
Email: office@clenlaw.om
Federal Bar No.: ct30617

1

**CERTIFICATE OF SERVICE**

    This is to certify that on this 26th day of October, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CLENDENEN & SHEA, LLC