# EXHIBIT A

**Kevin Shea**

| | |
|---|---|
| **From:** | Cameron Atkinson <catkinson@pattisandsmith.com> |
| **Sent:** | Thursday, November 4, 2021 11:37 AM |
| **To:** | Kevin Shea; Norm Pattis |
| **Cc:** | Lynne Tourville; Patrick Clendenen; Bill Clendenen; Paul Small |
| **Subject:** | Re: Simons v. Yale |

No objection.

**Cameron L. Atkinson**
Associate – Pattis & Smith, LLC
(203) 393-3017 ext. 206
catkinson@pattisandsmith.com

**Publications:**
A General Sovereign/Public Employer Distinction: Should *Garcetti v. Ceballos* Govern Public Employment Cases Concerning Off-Duty Sexual Conduct Instead of *Lawrence v. Texas*? *Quinnipiac Law Review*, Vol. 38 (forthcoming).
https://ssrn.com/abstract=3383680

NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited by law. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Kevin Shea <kcs@clenlaw.com>
**Sent:** Wednesday, November 3, 2021 1:01 PM
**To:** Norm Pattis <NPattis@pattisandsmith.com>; Cameron Atkinson <catkinson@pattisandsmith.com>
**Cc:** Lynne Tourville <lmt@clenlaw.com>; Patrick Clendenen <ptc@clenlaw.com>; Bill Clendenen <whcj@clenlaw.com>; Paul Small <pjs@clenlaw.com>
**Subject:** Simons v. Yale

Good afternoon Norm and Cam,

We intend to file the attached Second Amended Answer and Defenses in this case and would like to know whether you consent to the amendment pursuant to Fed. R. Civ. P.15 (a)(2) and Local Rule 7. The only change from the Amended Answer and Defenses is the addition of the Fifteenth Defense regarding failure to exhaust administrative remedies. Please let us know your response as soon as possible so we may file and apprise the court of the same.

Thank you,
Kevin

Kevin C. Shea, Esq.
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
Email: kcs@clenlaw.com

Please visit Clendenen & Shea's new website: www.clenlaw.com

NOTICE: This e-mail and any attachments contain information from the law firm of Clendenen & Shea, LLC, and may contain privileged attorney/client communications or work product. This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not such recipient, your receipt of this email and its attachments is the result of an inadvertent transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and any attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and any attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.