**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL SIMONS,<br>Plaintiff, | 3:19-CV-01547 (VAB) |
| v. | |
| YALE UNIVERSITY,<br>PETER SALOVEY,<br>ROBERT ALPERN, M.D.,<br>UNKNOWN PERSONS,<br>Defendants. | NOVEMBER 22, 2021 |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiff, through counsel, respectfully moves the Court to modify the scheduling order in this case and extend the time for file motions for summary judgment as follows:

In support thereof, the undersigned represents the following:

1. I represent the Plaintiff.

2. At a recent pre-filing conference the Court suggested a willingness to relax the deadlines for the filing of summary judgment motions should the parties be able to locate a mediator and secure a commitment from the mediator and parties to confer in a timely manner about resolving this case.

3. The parties have agreed to mediate the case with retired state court judge Robert Holzberg on January 13, 2022, and Judge Holzberg has agreed to hold open this date to work with the parties.

4. The parties invested considerable time and expense in discovery in this case. In the event the case cannot be resolved by way of mediation, it is foreseeable

## CERTIFICATION

I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

/s/ Norman A. Pattis /s/

NORMAN A. PATTIS