**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL SIMONS,<br>Plaintiff, | 3:19-CV-01547 (VAB) |
| v. | |
| YALE UNIVERSITY,<br>PETER SALOVEY,<br>ROBERT ALPERN, M.D.,<br>UNKNOWN PERSONS,<br>Defendants. | NOVEMBER 22, 2021 |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiff, through counsel, respectfully moves the Court to modify the scheduling order in this case and extend the time for file motions for summary judgment as follows:

In support thereof, the undersigned represents the following:

1. I represent the Plaintiff.
2. At a recent pre-filing conference the Court suggested a willingness to relax the deadlines for the filing of summary judgment motions should the parties be able to locate a mediator and secure a commitment from the mediator and parties to confer in a timely manner about resolving this case.
3. The parties have agreed to mediate the case with retired state court judge Robert Holzberg on January 13, 2022, and Judge Holzberg has agreed to hold open this date to work with the parties.
4. The parties invested considerable time and expense in discovery in this case. In the event the case cannot be resolved by way of mediation, it is foreseeable

that extensive further proceedings will take place, either by way of trial and/or by way of appeal to the United States Court of Appeals for the Second Circuit.

5. The parties would like a formal opportunity to try to resolve the case before incurring further expenses. The input the of the mediator will be of particular value in helping to bridge potential disagreements about the extend of economic damages in this case should a court determine that there is potential liability as a matter of law.

6. This is a joint request and is the result of collaborative discussions between Attorney Shea and the undersighed..

                                                     The Plaintiff

                                                     BY:

                                                     /s/ Norman A. Pattis /s/

                                                     NORMAN A. PATTIS
                                                     Pattis & Smith, LLC
                                                     Juris No. 13120
                                                     383 Orange Street, First FL.
                                                     New Haven, CT  06511
                                                     Tel. 203-393-3017
                                                     Fax 203-393-9745
                                                     npattis@pattisandsmith.com

**CERTIFICATION**

I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

/s/ Norman A. Pattis /s/
NORMAN A. PATTIS