UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL SIMONS,

*Plaintiff*,

v.

YALE UNIVERSITY

*Defendant*.

Civil No. 3:19cv1547 (JBA)

November 23, 2021

**SCHEDULING AND ENDORSEMENT ORDER**

For the reasons set forth on the record at the parties' pre-filing conference on November 15, 2021, and in light of the parties' Motion to Modify Scheduling Order [Doc. # 82] filed November 23, 2021,  the Court orders the following:

1. Plaintiff's actions against Unknown Persons are withdrawn on the record by Plaintiff and Plaintiff's breach of privacy count against them is dismissed.

2. Motion to Modify is granted, and Defendant's motion for summary judgment shall be filed by February 14, 2022,  Plaintiff's response is due by March 7, 2022, and Defendant's reply is due by March 21, 2022.

3. The Parties' Joint Trial Memorandum shall be filed 30 days after the Court issues its ruling on the Defendant's motion for summary judgment.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 23rd  day of November  2021