UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

MICHAEL SIMONS

    Plaintiff

V.                               CIVIL ACTION NO. 3:19-CV-01547(VAB)

YALE UNIVERSITY,
PETER SALOVEY,
ROBERT ALPERN, M.D.,
UNKNOWN PERSONS,

    Defendants                    November 30, 2021

## AMENDED APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the following defendants: Yale University, Peter Salovey, and Robert Alpern, M.D.

Dated:  November 30, 2021

SIGNATURE

_____

Ct 09574
BAR NUMBER

Patrick T. Clendenen
PRINT NAME

<u>CLENDENEN & SHEA, LLC</u>
FIRM NAME

<u>400 Orange Street</u>
ADDRESS

<u>NEW HAVEN, CT         06510</u>
CITY         STATE       ZIP CODE

<u>203/787-1183</u>
PHONE NUMBER

<u>203/787-2847</u>
FAX NUMBER

<u>ptc@clenlaw.com</u>
EMAIL ADDRESS

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 30th day of November 2021.

*Patrick Clendenen*
CLENDENEN & SHEA, LLC