UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-CV-01547(OAW) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY and | : | |
| ROBERT ALPERN, M.D., | : | |
| | : | |
| Defendants. | : | JANUARY 26, 2022 |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 26(b) of the Fed. R. Civ. P. and D. Conn. L. Civ. R. 7(b), the defendants hereby respectfully move for a thirty (30) day extension of the remaining deadlines established by this Court's November 23, 2021 Scheduling and Endorsement Order granting the plaintiff's Amended Consent Motion to Modify Scheduling Order, *see* Doc. Nos. 82 and 83, in order to properly complete and file the defendants' motion for summary judgment and related filings.

Specifically, due primarily to the fact that the undersigned lead defense counsel just tested positive for Covid-19 and will be required to quarantine and

work remotely for the time being in accordance with the CDC guidelines, the defendants hereby respectfully move for an extension of their summary judgment filing deadline from February 14, 2022 to March 16, 2022.

In support of this Motion, counsel for the defendants further states as follows:

1. On January 13, 2022, as encouraged by the Court, the parties attended mediation before Judge Robert Holzberg (Ret.) in an effort to resolve the case before the parties expended additional resources on the defendants' anticipated motion for summary judgment. Unfortunately, the mediation was not successful in resolving the case.

2. The undersigned lead defense counsel was away the following week on a long-planned trip and tested positive for symptomatic Covid-19 when he returned on January 23, 2022. This requires him to remain out of the office and in quarantine for the time being in accordance with the CDC guidelines, thereby severely limiting his ability to conduct the work required and coordinate with others in order to complete the necessary filings.

3.     Two attorneys who had previously been assisting the undersigned in the defense of this matter recently left the undersigned's law firm, further limiting the defendants' ability to complete the necessary filings.

4.     Due to the recent Omicron spike, defendant Yale University has returned to remote working conditions, which further limits defense counsel's ability to coordinate with the defendants for the completion of the necessary papers in support of the motion.

5.     The undersigned has conferred with plaintiff's counsel Attorney Norm Pattis prior to the filing of this Motion; Attorney Pattis has no objection to the granting of this Motion.

6.     This is the defendants' first motion for extension of the summary judgment deadline.

7.     WHEREFORE, the defendants respectfully request a 30-day extension of their summary judgment deadline, up to and including March 16, 2022, and a corresponding extension of the joint trial memorandum and trial-ready dates.

THE UNIVERSITY DEFENDANTS

BY: _____
KEVIN C. SHEA (CT04261)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT  06511
Telephone:  203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com

CERTIFICATION:

     This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on January 26, 2022.

_____
CLENDENEN & SHEA, LLC

4