## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-CV-01547 (OAW) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | | |
| PETER SALOVEY and | | |
| ROBERT ALPERN, M.D. | : | |
| Defendants. | : | MARCH 16, 2022 |

### AFFIDAVIT OF KEVIN C. SHEA
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Kevin C. Shea, being duly sworn, deposes and says as follows:

1.    I am over the age of eighteen (18) years, and I believe in the obligations of an oath.

2.    I represent the defendants, Yale University, Peter Salovey and Robert Alpern, M.D., in the above-captioned lawsuit, and my representation of the defendants in this action commenced on or about September 30, 2019.  I attended all of the depositions referenced in the Defendants' Local Rule 56(a)(1) Statement and Defendants' Memorandum of Law submitted in support of the Defendants' Motion for Summary Judgment.

3.    Attached hereto as Exhibit 1 are true and accurate copies of excerpts from the Plaintiff's Responses to Requests for Admission of Facts dated March 12, 2021.

4.    Attached hereto as Exhibit 2 are true and accurate copies of excerpts from the deposition of Robert Alpern, M.D., taken on July 16, 2021.

5.    Attached hereto as Exhibit 3 are true and accurate copies of excerpts from the deposition of the plaintiff, Michael Simons, taken on June 16, 2021.

6.    Attached hereto as Exhibit 4 are true and accurate copies of excerpts from the

deposition of the plaintiff, Michael Simons, taken on October 13, 2021.

7.      Attached hereto as Exhibit 5 are true and accurate copies of excerpts from the deposition of Peter Salovey, taken on July 30, 2021.

8.      Attached hereto as Exhibit 6 are true and accurate copies of excerpts from the defendant's Objections and Responses to Contention Interrogatories dated November 17, 2021.

9.      Attached hereto as Exhibit 7 are true and accurate copies of excerpts from the deposition of Gary Desir, M.D., taken on August 4, 2021.

10.     Attached hereto as Exhibit 8 are true and accurate copies of excerpts from the Plaintiff's Responses to Defendant's First Set of Interrogatories and Request for Production of Documents to the Plaintiff dated March 12, 2021.

Dated March 16, 2022, at New Haven, Connecticut.

_____
Kevin C. Shea

STATE OF CONNECTICUT)
COUNTY OF NEW HAVEN)        ss:  New Haven

. On March 16, 2022, personally appeared Kevin C. Shea, signer of the foregoing instrument, and acknowledged the same to be his free act and deed, before me.

_____
[X]NOTARY PUBLIC
[  ]COMMISSIONER OF THE SUPERIOR COURT

My Commission Expires Aug. 31, 2024

THE DEFENDANTS

BY:_____

      KEVIN C. SHEA ct13781
      PATRICK T. CLENDENEN (ct09574)
      Clendenen & Shea, LLC
      400 Orange Street
      New Haven, CT  06511
      203/787-1183

**CERTIFICATION**:

      This is to certify that a copy of the foregoing was filed electronically on the March 16,

2022.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

_____
CLENDENEN & SHEA, LLC