# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   - - - - - - - - - x
     MICHAEL SIMONS,          |
 4             Plaintiff,     |
                              |   3:19-CV-01547(VAB)
 5        v.                  |
                              |
 6   YALE UNIVERSITY,         |
     PETER SALOVEY,           |
 7   ROBERT ALPERN, M.D.,     |
     UNKNOWN PERSONS,         |
 8             Defendants.    |   July 30, 2021
     - - - - - - - - - x
 9

10

11

12            DEPOSITION OF PETER SALOVEY

13                via videoconference

14

15   Taken before Kristine A. Paradis, LSR 338, a
     Court Reporter and Notary Public within and
16   for the State of Connecticut, pursuant to
     Re-Notice and the Federal Rules of Civil
17   Procedure, via videoconference, on July 30,
     2021, commencing at 10:24 a.m.
18

19

20

21

22         FALZARANO COURT REPORTERS, LLC
                   4 Somerset Lane
23          Simsbury, Connecticut 06070
                    860.651.0258
24       www.falzaranocourtreporters.com

25
```

```
 1              THE WITNESS:  I would not call
 2         anyone else a stakeholder, any other
 3         groups stakeholders.  They are relevant,
 4         however.
 5   BY MR. PATTIS:
 6        Q    Okay.  Okay.  Who is the appointing
 7   authority within the university for an endowed
 8   chair?
 9        A    That would be the Yale Corporation.
10        Q    And do you know, sir -- and you may not
11   have an exact number.  But how many endowed chairs
12   are there at Yale?
13        A    I don't know the number.  I would
14   estimate about a quarter of the faculty have
15   endowed chairs.
16        Q    And how many faculty members are there?
17        A    Counting faculty is tricky because there
18   are clinicians with faculty appointments and the
19   like.  But several thousand.
20        Q    So, is it fair to say that there may be
21   as many as 500 endowed chairs at Yale?
22        A    Ballpark I think that's right.
23        Q    Okay.  And with each of them, then, if I
24   understand you -- and correct me if I'm misstating
25   this -- the Yale Corporation is the appointing
```

```
1       A    Yes.
2       Q    She refers to external media interest in
3  the Simons' issue.  Do you see that at the top of
4  the e-mail?
5       A    Yes.
6       Q    It said it began with an August 30
7  article in The Scientist, a recap of the Yale
8  Daily News story.  Professor Accused of Misconduct
9  Honored.  Do you see that?
10      A    Yes, I do.
11      Q    You understand that at one point
12 Dr. Simons was asked to relinquish the Berliner
13 chair?
14      A    Yes, I do.
15      Q    And he agreed to do so and exchange it
16 for the Von Zedtwitz chair, correct?
17      A    That is my understanding, yes.
18      Q    And was his appointment to the
19 Von Zedtwitz chair presented to the corporation,
20 the Yale Corporation?
21      A    Yes, it was.
22      Q    And did the Yale Corporation vote to
23 appoint him to that chair?
24      A    Yes, they did.
25      Q    Do you recall on or about when the Yale
```

```
 1        Q    And in that letter you congratulated
 2   him, correct?
 3        A    Yeah.  That is essentially a form
 4   letter.
 5        Q    And I understand that and I think what
 6   you're saying is if you had it to do over again,
 7   you might do it differently with respect to that
 8   letter to Dr. Simons?
 9              MR. SHEA:  Object to the form.  You
10              can answer.
11              THE WITNESS:  Yes, in the sense
12              that the switch -- the resignation from
13              one professorship and appointment to
14              another one was negotiated between
15              Michael and the dean.
16   BY MR. PATTIS:
17        Q    When the Yale Daily News became aware of
18   Dr. Simons' appointment to the Von Zedtwitz chair,
19   that created some blowback within the university
20   community.  Fair enough?
21              MR. SHEA:  Object to the form.  You
22              can answer.
23              THE WITNESS:  I don't think most of
24              the university community reads the Yale
25              Daily News.  But I do think that when it
```

```
 1              became known -- however it became
 2              known -- that Michael Simons now was the
 3              holder of a new endowed professorship,
 4              that people objected to it.
 5  BY MR. PATTIS:
 6       Q    Well, according to Ms. McGrath, she
 7  said, quote -- she's quoting a news story from the
 8  Yale Daily News in this exhibit that's on the
 9  screen -- Yale medical faculty went into uproar
10  this summer after Michael Simons, blah, blah, blah
11  was named the Waldemar Von Zedtwitz professor of
12  cardiology at the end of July.
13              Did you share the assessment that there
14  was an uproar in the medical faculty?
15              MR. SHEA:  Object to the form of
16              the question.
17              THE WITNESS:  Yeah, that is not
18              Ms. McGrath.  Essentially that is the
19              Yale Daily News story.
20  BY MR. PATTIS:
21       Q    I think it actually makes that clear.
22  She's quoting the story, correct?
23       A    Okay.  Okay.
24              MR. SHEA:  I think, actually to be
25              fair, the contents of the letter -- I
```

```
 1              mean, it speaks for itself.  But she
 2              says, This was prepared by someone at
 3              their request and she's forwarding this.
 4                   THE WITNESS:  Yeah.  Yeah, that's
 5              correct.
 6                   MR. PATTIS:  Okay.  Fair enough.
 7              And the document does speak for itself.
 8   BY MR. PATTIS:
 9       Q    But you certainly were aware that it was
10   reported that the medical faculty was in uproar,
11   correct?
12       A    I think -- I think -- I don't know if
13   I'd use the word "uproar."  I know many people had
14   strong objections to Michael Simons -- to what
15   they perceived as Michael Simons being given a new
16   honor.
17       Q    And that was in late August of 2018,
18   correct?
19       A    Approximately, yes.
20       Q    In early September this story found its
21   way into the New Haven Register, correct?
22                   MR. SHEA:  Object to the form.
23              Answer if you know.
24                   THE WITNESS:  I can -- I'm reading
25              that in the memo that you have in front
```

```
 1              MR. PATTIS:  At any point.  You can
 2         take it -- you know, I'm asking a
 3         general question and then I'll get it
 4         particular.
 5  BY MR. PATTIS:
 6       Q    At any point in September 2018 did you
 7  believe that Dr. Simons should be removed from the
 8  Von Zedtwitz chair?
 9       A    When was the Yale Corporation meeting?
10              MR. SHEA:  I'm not supposed to
11         answer questions in a deposition.
12              THE WITNESS:  Oh.
13              MR. PATTIS:  I don't remember and
14         my notes are in a mess --
15              MR. SHEA:  September 28th is the --
16              THE WITNESS:  I assented to this at
17         the corporation meeting.
18  BY MR. PATTIS:
19       Q    And that meeting was in late September?
20       A    Apparently, yes.
21       Q    So, are you aware that Dr. Simons was
22  given an ultimatum by Dean Alpern that if he did
23  not leave the position voluntarily by noon on
24  September 21, 2018 he would be removed from the
25  position?
```

1  Q   Now, Cappy says something like -- and
2  this is in a note of September 20 -- in an e-mail
3  of September 22, 2018 -- I suspect this is going
4  to create some press.  I would anticipate your
5  having to make some kind of statement.
6  Unfortunately I bet Bob gets no credit for this.
7       Was that referring to Dean Alpern; do
8  you know?
9  A   I suspect that Bob is Bob Alpern, yes.
10 Q   It will be reported as his only acting
11 when he gets a petition with a thousand
12 signatures.
13      Do you have any idea what that's
14 referring to?
15 A   You know, I'm guessing, but I don't want
16 to guess.
17          MR. SHEA:  It's okay.  Because the
18          words --
19          THE WITNESS:  My speculation is
20          that it's referring to him being
21          appointed to the Von Zedtwitz chair.
22 BY MR. PATTIS:
23 Q   But he didn't have the authority to
24 remove Dr. Simons from the Von Zedtwitz chair; did
25 he?

```
 1      A    He could make that recommendation to the
 2  corporation.  The corporation appoints and can
 3  remove.
 4      Q    Understood.  And I don't mean to be
 5  abrasive, sir.  But Dr. Alpern himself did not
 6  have the authority to remove Dr. Simons from the
 7  Von Zedtwitz chair, correct?
 8      A    He had the authority to make that
 9  recommendation to me and ask me to transmit it to
10  the Yale Corporation for their vote.
11      Q    I understand.  But that's not really
12  responsive to my question.
13           There's a difference between making a
14  decision and making a recommendation.  Did Dean
15  Alpern have the authority to remove Dr. Simons
16  from the Von Zedtwitz chair?
17              MR. SHEA:  I'm going to object to
18           the form of the question.  You can
19           answer.
20              THE WITNESS:  No.
21  BY MR. PATTIS:
22      Q    The e-mail -- apparently there's a
23  portion where you respond to Cappy saying you gave
24  a short statement to the press last night focusing
25  on principles rather than specifics.  What is that
```

STATE OF CONNECTICUT

I, KRISTINE A. PARADIS, LSR 338, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that pursuant to Re-Notice, there came remotely before me via videoconference on the 30th day of July, 2021, the following named person, to wit: PETER SALOVEY, who was by me duly sworn to testify to the truth and nothing but the truth; that he was thereupon carefully examined upon his oath and his examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in this action.

IN WITNESS THEREOF, I have hereunto set my hand this 26th day of August 2021.

*Kristine Paradis*

KRISTINE A. PARADIS, CSR #338
Certified Shorthand Reporter
My Commission expires: May 31, 2023

```
 1                          JURAT
 2     - - - - - - - - - x
       MICHAEL SIMONS,         |
 3                 Plaintiff,  |
                               |  3:19-CV-01547(VAB)
 4           v.                |
                               |
 5     YALE UNIVERSITY,        |
       PETER SALOVEY,          |
 6     ROBERT ALPERN, M.D.,    |
       UNKNOWN PERSONS,        |
 7                Defendants.  |  July 30, 2021
       - - - - - - - - - x
 8
 9
10
11           With the addition of the changes,
       if any, indicated on the attached errata
12     sheet, the foregoing is a true and
       accurate transcript of my testimony
13     given in the above-entitled action on
       July 30, 2021.
14
15                      /s/ Peter Salovey
16     _____
17                     Peter Salovey
18
       Subscribed and sworn to before me, the undersigned
19     authority, on this, the   13th   day of
       October        , 2021.
20
21
22              /s/ Sandra L. Augustitus
23              Sandra L. Augustitus
24     My Commission expires: 3/31/2023
25     kap
```

Falzarano Court Reporters, LLC

```
                    ERRATA SHEET

The ORIGINAL JURAT and ERRATA SHEET must be notarized
(even if there are no corrections) and returned
within 30 days of receipt to the attorney who took
the DIRECT EXAMINATION.  All other counsel of record
must be sent a COPY, along with a COPY to our office
for our records.

Page    Line    From                    To
 12      3      "late 1990s"            "2001"
 26      21     "Jeanne."               "Jeanne Lowry."
 70      25     "I don't think I can support
                you" → No idea.
 107     21     "Burke"                 "Peart"
```

13 OCT 2021                    _Peter Salovey_
   Date                            Peter Salovey

Sworn to before me this 13th day of October, 2021.

_Sandra L. Augustitus_
Sandra L. Augustitus
Notary Public

My Commission expires: 3/31/2023

kap