# EXHIBIT A

# Yale University

*Jack A. Elias, M.D.*
*Waldemar Von Zedtwitz Professor of Medicine*
*Professor of Immunobiology*
*Chair, Department of Medicine*
*333 Cedar Street - Room 1072 LMP*
*P.O. Box 208056*
*New Haven, CT 06520-8056*

*Chief, Beeson Medical Service*
*Yale-New Haven Hospital*
*20 York Street*
*New Haven, CT 06510-3202*
*Telephone (203) 785-4119/Fax (203) 785-6954*
*E-mail: jack.elias@yale.edu*

May 22, 2008

Michael Simons, M.D.
A.G. Huber Professor of Medicine
Chief, Section of Cardiology
Director, Angiogenesis Research Center
Dartmouth Medical School
Dartmouth-Hitchcock Medical Center

Dear Mike:

We are delighted to offer you the position of Chief of the Section of Cardiovascular Medicine and Professor of Internal Medicine at Yale University School of Medicine and the corresponding position of Chief of Cardiovascular Medicine at Yale-New Haven Hospital. This letter sets forth the specific terms and conditions of our offer of employment and supersedes any previous correspondence or discussion between you and the School, the Department and the Hospital. We also describe herein the documentation and process required to make your appointment official.

### A. Faculty Appointment, Compensation and Fringe Benefits

1. The Department of Internal Medicine is recommending you for appointment as Professor of Internal Medicine without term in the Traditional Track, effective July 1, 2008. This appointment is contingent upon completion of the normal Yale University review process, including approvals by the University Affirmative Action Office, the senior faculty of the Department, the Appointments and Promotions Committee, the Board of Permanent Officers of the School of Medicine and the Yale Corporation.

2. The Department and the Dean will nominate you to President Levin and the Yale Corporation for a Robert Berliner Professorship.

3. Policies for faculty, including a description of ranks and tracks, are set forth in the Yale University Faculty Handbook, which can be found on-line at: http://www.yale.edu/provost/html/facultyhb.html. Because these policies represent essential employment understandings between you and the University, you are urged to read the Faculty Handbook with care, including revisions of the Handbook that are made periodically and become part of these understandings. If you have specific questions, please contact Ms. Amy Sison at 203-785-4121.

4. Your salary will be $500,000 per year for the fiscal year July 1, 2008 through June 30, 2009. Consistent with standard practice at the School of Medicine, it will be comprised of a base of $85,000 and a supplement of $415,000. Salary is determined in accordance with School and Department Faculty Salary Guidelines and is reviewed annually, with adjustments based on your overall contribution to the School, the Department and the Hospital.

   As we have discussed, your salary will come from the following sources: (1) Yale-New Haven Hospital (YNHH) will support 16.7% in recognition of your role as Section Chief and 8.3% for multidisciplinary program development. (2) The Robert Berliner Chair will initially generate approximately $107,000/year and can be expected to grow over time. (3) We expect that you will cover a significant

Michael Simons, M.D.
May 21, 2008
Page 2 of 14

percentage of your salary from clinical income and/or research support. (4) The remainder (up to 25%) will be covered by the Section in recognition of your teaching and administrative activities.

In addition to the 16.7% salary support and 8.3% program stipend provided for your role as Section Chief, the Hospital will make an additional program stipend payment of up to 10% of the Chief's salary as an incentive for performance in physician recruiting, EP program development and multi-disciplinary program development (Peripheral Vascular and Heart Transplantation) with the performance criteria mutually agreed to set out in writing. This payment will be coordinated with the YSM fiscal year so that it may be considered in the Cardiology Section's budget development. This element of chief support will be committed for three years. Then the additional program stipend will be reassessed based on the Chief's ability to commit to clinical program development and new program objectives established by the Hospital at that time.

The Chief will also participate in the Program's annual performance incentive plan based upon aggregate clinical productivity results and quality, which will be funded by YNHH as described in section D3 below. The Hospital's fiscal year ends in September and the share of incentive available to the Chief may increase overall compensation by an additional 20%-30% if the performance criteria are achieved. However, while this incentive is paid through and administered by YSM, its variable nature and payout does not lend itself to incorporation in the Cardiology Section's budget.

5. In accordance with University policy, Yale will provide moving expenses up to $15,000 to relocate your personal belongings from Hanover to New Haven. Please contact Ms. Diane Brown, Transportation Manager of Traffic, Receiving and Stores at Yale (203-432-9961) to make all arrangements for the move. Reimbursement will be made subject to the following guidelines:

   a. Payments will be made only for billed charges covering packing, transportation and insurance for ordinary household goods.

   b. The allowance will cover reimbursement for shipping up to 6,000 lbs. plus an additional reimbursement of up to $350 for packing costs.

   c. No moving funds are available for persons employed on term contracts of less than two years. Employees who terminate from University employment with less than one year of service may be liable for repayment of reimbursed moving expenses.

6. Please contact the Benefits Office at 203-432-5550 within one month of your appointment to discuss the benefit options available to you and arrange for enrollment in the appropriate plans. Information regarding benefits can be found online at http://www.yale.edu/hronline/benefits.

**B. Responsibilities at the School of Medicine**

1. You will be appointed Chief of the Section of Cardiovascular Medicine in the Department of Medicine. Your responsibilities as Chief include the following:

   a. Oversight of the Section's resources.

   b. Meeting or exceeding the Section's business plan targets, including financial performance and aggregate clinical productivity.

Michael Simons, M.D.
May 21, 2008
Page 3 of 14

    c. Oversight, growth and development of the Section's clinical, educational and research programs.

    d. Recruitment, mentoring and retention of faculty, trainees and staff.

    e. Achievement of mutually defined goals, objectives and program development milestones consistent with the recruitment and service line plans of the School and the Hospital.

    f. Ensuring compliance of the Section with all Department, School, University, Hospital and governmental policies.

    g. Representation of the Section by yourself or a designee in all planning and policy-making activities of the Department, the School and the Hospital.

    h. Representation of the Section's faculty in appointments and promotions processes of the Department and the School.

    i. Support of Medical Staff in credentialing and re-credentialing of YNHH cardiologists.

2. As a Professor in the Department of Internal Medicine, you will participate in clinical, research and teaching activities assigned by the Chair of the Department. These responsibilities will include:

    a. Attending on the Cardiology Consultation Service and/or in the Cardiac Care Unit (CCU).

    b. Teaching house staff, fellows and students.

    c. Development of a substantial research program supported by peer-reviewed funding.

    d. Providing research training to fellows and house staff where appropriate.

    e. Participation in Departmental committees and faculty meetings, including appointments and promotions meetings.

### C. Commitments by the School of Medicine

1. The School is eager to help you build the Section's research programs in vascular biology, atherosclerosis, myocardial biology and/or cardiac imaging. To this end, we commit to the following:

    a. <u>Structural.</u> We are pleased to establish the Yale Cardiovascular Research Center (YCVRC) in the Department of Medicine and to name you as its first Director.

    b. <u>Financial.</u> The Department and the School will provide $15,000,000 to develop the Section's research programs. Of this amount, up to $1,500,000 will be available to cover the reasonable expenses of establishing your laboratory at Yale, including salaries and fringe benefits of laboratory personnel, equipment, supplies, animal per diems and the cost of moving laboratory materials and equipment from Hanover. We expect that the remainder will be used to recruit outstanding new bench and translationally-focused research faculty and to purchase laboratory equipment in connection with these recruitments. Drs. Carolyn Slayman (as Deputy Dean for Academic & Scientific Affairs) and Jack A. Elias (as Chairman of Medicine) look forward to

working closely with you on faculty recruitment. Start-up packages may be structured flexibly to meet the requirements of individual candidates, and unspent funds may be carried over annually.

c. <u>Endowment.</u> The Department of Medicine will commit the proceeds from $5,000,000 of its endowment to support the research, clinical and educational activities of the Section and YCVRC. The expected yield of this endowment should be discussed with Ms. Cynthia Walker, the Deputy Dean for Finance and Administration. When Dr. Barry Zaret retires, the Berliner Chair that he occupies will be available for recruitment into the Section. Alternatively, the $3 million that is in the corpus of the Berliner Chair will be added to the endowment noted above and used to support the Section and YCVRC.

It is important to point out that Cardiovascular Medicine is a high priority fundraising opportunity at YSM. Along these lines, the Dean is happy to ensure you that you will have expert assistance in your fundraising activities and Ms. Jancy Houck, the Associate VP for YSM Development, and her staff look forward to working with you to secure additional endowment for your programs.

2. The Department will provide the following space in order to allow the Section and the YCVRC to grow and prosper:

   a. <u>Office Space.</u> The administrative home of the Section of Cardiology will be on Fitkin 3, where your office and support staff will be located. Fitkin 3 also provides office space for clinically active faculty members. As the Section grows, the Department will identify additional faculty offices if needed.

   b. <u>Research Space.</u> As we have discussed, the Section's primary laboratory space will be on the newly renovated 7th floor of the 300 George Street building, which will provide a superb setting for your own research and for the recruitment of new laboratory-based faculty members. Most of the Section's current researchers (Drs. Jeffrey Bender, Daniel Goldstein, Kerry Russell, Raymond Russell, Larry Young) will move there as well to consolidate strength and help the YCVRC get off to a rapid start. In all, the Department and the School will fit out approximately 20,000 square feet on the 7th floor for the Section and the YCVRC, including laboratory space (approximately 103 workstations), support space and offices. George Zdru, Director of Facilities Planning for the School of Medicine, looks forward to working with you on the details of the renovation. The Department will make every effort to identify additional space as the Section's and the YCVRC's laboratory-based research programs grow.

   You have emphasized the importance of vivarium facilities for your own research and that of other Section and YCVRC members. The 300 George Street building is well-equipped in this regard, with a newly constructed rodent facility run by the Yale Animal Resources Center (YARC). The Director of YARC (James Macy, DVM) is ready to allocate 3,000 cages to Cardiology, which—at the standard ratio of 2.8 mice per cage—will be sufficient to house 8,400 mice. He has informed us that the Cardiology faculty members listed above are currently using a total of 288 cages, leaving more than 90% of the total for you and other new recruits. If you have any further questions, please feel free to contact Dr. Macy directly.

   c. <u>Zebrafish Facility.</u> The Department and the School welcome your interest in developing a zebrafish-based experimental program in the Section and the YCVRC. Towards this goal, the

School will commit resources to create a zebrafish facility on the 7th floor of the 300 George Street Building (or at another mutually agreed upon location) as soon as you have identified and recruited one or more faculty users. Dr. Carolyn Slayman will work with you to determine the appropriate size and configuration of the facility as part of the recruitment process. The School will cover the cost of constructing the facility, and the Section and the YCVRC will take responsibility for equipping and operating it. In this regard, you have pointed out that a major zebrafish researcher may require a fully automated high-throughput screening facility costing upwards of $1 million to equip. This cost will need to be covered by the $15 million already allocated for building the Cardiology research program, but if/when the initial allocation has been used up and if (as we fully expect) your recruitments have been truly outstanding, additional program-building funds will be provided to you.

d. <u>Clinical Space.</u> We expect that the Section's clinical programs will grow substantially under your leadership (see below). We are committed to working with you to enlarge and enhance the sites of practice for the Section on the YNHH-YMS campus. After the Smilow Cancer Hospital is completed in 2009, we expect that additional space will become available in the Yale Physicians Building to augment the current Medical Center cardiology practice on Dana 3. This can be used to expand and further develop the general cardiology practice. It may also provide an opportunity to relocate the Heart Failure group from their College Street offices. Faculty of the Cardiology Section will also have access to additional half-day clinic sessions in the Dana 3 specialty clinic, although the number of sessions is expected to be modest.

An important avenue for growth will be in Guilford, where the Department of Medicine has been committed 5,400 sq ft of clinical space at the new Shoreline Clinic. The faculty of the Cardiology Section will be assigned the highest priority for use of this space. The space is configured to accommodate three full-time clinicians and substantial diagnostic equipment. We have agreed to allow pediatric cardiology and others to have use of an office and two exam rooms and access to the cardiology diagnostic equipment for one half-day clinic session per week. In addition, faculty from other sections may be provided access to this clinic space on a part-time basis, if the cardiology faculty does not require all of the space. The major sources of expense for the Shoreline clinic will be rent, lease of equipment and furnishings, personnel costs and physician salaries. The personnel costs are expected to be highly competitive.

Another potential satellite location is the recently acquired Bayer site in West Haven/Orange. Other satellite offices are under consideration as Heart Center or Vascular Center outpatient sites throughout New Haven County. Our planning staff and senior leadership in the Heart and Vascular Center will assist you in developing the best practice locations.

## D. Commitments by Yale-New Haven Hospital

This section of the letter outlines the resources committed by YNHH with the goal of helping you build a nationally prominent Heart and Vascular Center. Included are investments in clinical faculty recruitment, technology, program and administrative support and clinical space.

1. YNHH is pleased to offer you an appointment as Chief of the Section of Cardiology in the Hospital's Department of Medicine, co-terminus with your appointment as Chief of the Section of Cardiovascular Medicine at the Medical School. The Hospital appointment will be subject to the approval of the YNHH Board of Trustees. The Hospital has also appointed an administrative Executive Director to consolidate cardiovascular clinical units and be a partner to your clinical

Michael Simons, M.D.
May 21, 2008
Page 6 of 14

    leadership team in managing hospital inpatient, outpatient and diagnostic services. To provide effective leadership for the complex array of programs and professional staff, we expect that you, or your designee, will actively lead, in collaboration with leaders in Surgery and Diagnostic Radiology, the development of the Yale-New Haven Heart and Vascular Center, described in our Service Line Plan and reflected in the program commitments of this section.

2. To augment the clinical management team, YNHH will support the appointment of an Associate Clinical Chief of Cardiology, with leadership responsibility in the Heart and Vascular Center for physician recruitment and program development. The role of Medical Director of the Heart Center is designed to provide the Associate Chief with the influence and portfolio necessary to be effective in program development and multi-disciplinary service relationships. Therefore, we recommend that the roles remain linked. The salary offset and funding support for this and other positions are summarized in the next section. Appointment, reappointment and replacement of this, and all other hospital-based Medical Director positions noted below, require. joint Hospital and School approval.

3. We propose an aggressive physician recruitment plan to support the clinical vision that has been discussed with you. The plan currently envisions hiring a total of 20 physicians, each receiving a combination of salary support, offset (deficit) funding and performance incentives. The broad guidelines for recruitment are summarized below and detailed in the attached matrix.

    In general, three categories of support will be employed.

    (i) Leadership positions will receive administrative salary support commensurate with expected effort and established Hospital policies. The Chief will receive total salary support of 25% (16.67% per our established guidelines and 8.33% program stipend). An additional 10% salary support will also be provided if appropriate milestones are met as described above. The Associate Chief will receive 30% salary support (15% for the Associate Chief role/15% as leader of the Heart and Vascular Center). As the Associate Chief is expected to remain clinically active, the 30% of salary support provided recognizes these administrative duties and expected time commitment. The Program's performance incentive plan may increase the Associate Chief's overall compensation by 20%-30% if performance criteria area achieved (see below).

        All other medical directors will receive 15% salary support to cover their administrative responsibilities, except for the medical director of Heart Transplantation, who will receive 50% support due to the additional UNOS/CMS administrative duties. The covered positions will include the Directors of Electrophysiology (EP), Interventional Cardiovascular Medicine, Echocardiography and Nuclear Medicine. Also included will be the Associate Director of EP, Medical Director of the Peripheral Vascular Center, and Medical Director of Heart Transplantation. In recognition of each new lab or program director's service development commitments during the start up period, the Hospital will shift 10% of the Program Development Offset Funding for clinical activity to fixed salary support for three years. However, if as a result of this increase in fixed support and clinical productivity the physician's account is in surplus, the unanticipated gain must be applied to other program development offset funding needs in the section. This additional support should only apply to the directors who will have an external program development focus. This includes the Medical Directors of the Catheterization

Laboratory, Electrophysiology Laboratory, Echo Laboratory, Cardiovascular Imaging Program, Peripheral Vascular Disease Program and Heart Failure and Cardiac Transplantation Program. Those that have strictly Hospital administrative functions will remain at the 15% support level.

(ii) The Hospital will also underwrite program development for clinically committed recruitments, including some of the leadership positions. In general, the Hospital will support faculty physician recruitment by helping you develop five-year business plans for each physician, addressing clinical and academic expectations. Each plan will be assessed and updated every three years. The Hospital will provide a residual clinical expense offset against all net clinical revenue until each physician or program becomes self-sustaining within the business-planning period. This will include coverage for salaries, fringe benefits, malpractice costs and approved standard clinical practice expenses. Physicians who are so supported will be expected to devote 85% of their time (defined by participation in clinic sessions, inpatient service coverage, clinical teaching and procedural sessions by subspecialty) to clinical practice and meet the equivalent business plan targets for productivity (work RVU standards) and service. Additional physicians may be recruited upon achievement of service objectives and productivity thresholds to ensure that the Heart and Vascular Center has sufficient capacity to meet patient needs. As noted in the attached matrix, it is anticipated that 13 of the recruited physicians will be supported in this manner.

(iii) Finally, the Hospital will provide support for a performance incentive program for faculty physicians in the Section, to be based upon superior results and quality measures. Faculty in leadership positions (including yourself) will be eligible, based upon aggregate performance of the Section or subsection. For purposes of goal congruence, we would prefer that the Chief, Associate Chief and Lab Directors all share in the same performance fund, which should both reinforce your leadership, as we will mutually establish the performance objectives, and drive superior outcomes for the Program. The Hospital will establish a maximum available fund of $1,650,000 per year and will set funding thresholds and award criteria with you each year. The Performance Incentive Program has the potential to make payments of between $100,000-$150,000 for Chiefs and Directors and $50,000 for other participants. The program will be administered by the School through the Department and the Section, and the Hospital will not participate in setting the compensation of any individual faculty member.

Each of these funding commitments and the total recruitment plan is displayed in the following table.

Michael Simons, M.D.
May 21, 2008
Page 8 of 14

| Physician Title | Clinical FTE | RVU Goal | Present Salary Estimate | Total Projected Compensation[B] | Physician Name | Salary Support | Eligible for Pgm Dvlpmt Deficit Offset | Performance Incentive Eligible |
|---|---|---|---|---|---|---|---|---|
| I. Directors | | | | | | | | |
| 1. Chief of Cardiology | 50%[A] | TBD | $500,000 | $650,000 | New | 25% | No | Yes |
| 2. Clinical Chief | 85% | TBD | $400,000 | $630,000 | Cabin | 30% | No | Yes |
| 3. Lab Director - Cath | 85% | TBD | $400,000 | $600,000 | Cleman | 15% | No | Yes |
| 4. Lab Director - EP | 85% | TBD | $300,000 | $600,000 | Batsford | 15% | Yes | Yes |
| 5. Lab Director - ECHO | 85% | TBD | $190,000 | $250,000 | MacNamara | 15% | No | Yes |
| 6. Lab Director, Stress/Nuclear | 85% | TBD | $200,000 | $225,000 | Sinusas | 15% | No | Yes |
| 7. Lab Director - CV Imaging | 85% | TBD | $250,000 | $300,000 | New | 15% | Yes | Yes |
| 8. Medical Director - Peripheral Vasc. | 85% | TBD | $250,000 | $300,000 | New | 15% | Yes | Yes |
| 9. Director of Interventional Cardiology | 85% | TBD | $400,000 | $500,000 | New | 15% | Yes | Yes |
| 10. Community Director, Preventive Cardiology | N/A | TBD | | $30,000 | | Stipend | | No |
| II. Physician Teams | | | | | | | | |
| 1. Heart Failure | | | | | | | | |
| a. HF1 - Txp. Dir | 85% | TBD | $200,000 | $275,000 | New | 50% | Yes | Yes |
| b. HF2 - HF Dir. | 85% | TBD | $200,000 | $275,000 | New | 15% | Yes | Yes |
| c. HF3 | 85% | TBD | $175,000 | $225,000 | New | 0 | Yes | Yes |
| 2. EP | | | | | | | | |
| a. EP1 - Assoc. Dir. | 85% | TBD | $300,000 | $600,000 | New | 15% | Yes | Yes |
| b. EP2 | 85% | TBD | $200,000 | $300,000 | New | 0 | Yes | Yes |
| 3. General Cardiology | | | | | | | | |
| a. GC1 | 85% | TBD | $175,000 | $225,000 | New | 0 | Yes | Yes |
| b. GC2 | 85% | TBD | $175,000 | $225,000 | New | 0 | Yes | Yes |
| c. GC3 | 85% | TBD | $175,000 | $225,000 | New | 0 | Yes | Yes |
| d. GC4 | 85% | TBD | $175,000 | $225,000 | New | 0 | Yes | Yes |
| 4. Clinical Research | | | | | | | | |
| a. CR1 | 60% | TBD | $200,000 | $250,000 | New | 15% | Yes[C] | Yes |

[A] Clinical and research activities.

[B] Assumes RVU and quality targets are achieved according to mutually agreed upon ramp up schedule.

[C] This position's program development offset will include allowed grant recoveries.

Michael Simons, M.D.
May 21, 2008
Page 9 of 14

4. When the Smilow Cancer Hospital opens, cardiac outpatient diagnostic services will be moved to provide a contemporary, multi-purpose cardiac suite which will include Hospital space for cardiac echo, EKG and Holter monitor services. You and individuals designated by you will participate in the design of this new facility. Opening of the Smilow Cancer Hospital (North Pavilion) may also permit the Hospital to move some general medical acute care units and the MICU from their current South and East Pavilion locations, allowing a Heart Hospital to be created on one floor of the South and East Pavilions by connecting medical services for cardiac inpatient ICU, step-down and acute care. The new Heart and Vascular Center facilities will have distinctive signage and access. You will have an opportunity to participate in inpatient and outpatient facility design and related considerations.

5. YNHH and YSM will work to establish a new structure for cardiovascular imaging that covers all diagnostic modalities and integrates Cardiovascular Medicine and Radiology as equal partners. Financially, this new program would be a separate structure in Yale Medical Group (YMG) and the revenues that it generates will be accounted to all in an open manner.

   Hospital departmental siting of certain diagnostic services will be realigned organizationally to report to the administrative Executive Director of the Heart Center, provided that the service is dedicated to cardiac care. We will jointly evaluate clinical and business opportunities in imaging services and adopt new modalities to ensure that the Heart and Vascular Center maintains a technologically advanced position in the service area.

   We will also support your exploration of alternate professional billing and faculty support arrangements for cardiac imaging and ED Chest Pain Center services with the Radiology Department and the Yale Medical Group. However, training opportunities for Radiology and Cardiology residents and fellows must be preserved in any restructuring. The Hospital will enter into good faith negotiations with the Department regarding management of the technical elements of hybrid diagnostic labs, such as Stress and Holter, to facilitate dedicated management, technology enhancements and program development.

6. We will develop an Atrial Fibrillation Center as the distinguishing element of an enhanced Electrophysiology service. We will remodel and equip EP Lab #2 during FY 2009 with an electroanatomical mapping system, intracardiac echo with phased array for AF ablation and a recording system. The sharing agreement with Pediatrics will be modified to ensure sufficient adult access to cryoablation. We will jointly undertake a close examination of the regional competition and technology options with you and the EP Lab Medical Director before committing to certain EP technology, such as additional bi-plane imaging, stereotaxis or Hansen remote catheter navigation systems. It is anticipated that a new EP director may have specific technology requirements. We will reserve funding in the FY 2008-2009 EP capital budgets to ensure the ability to secure a distinctive and sustainable technical advantage after completing this technology assessment.

   As noted above, YNHH is committed to grow and develop the Electrophysiology service. This will include the recruitment of at least 2 new physicians with expertise in this area. Support for these recruitments will include appropriate salaries and fringes, program development deficit offsetting and participation in the performance incentive program. One of these new positions could be an experienced AF ablator with market competitive compensation. We envision the other might be recruited from the local marketplace. Future faculty growth, we believe, should be based on progress with program development.

7. To retain a strong position in the interventional field, our service must offer new drug and device trials. Thus, we support your plan to recruit a Director of Interventional Cardiac Research and up to three study nurses to conduct outcomes research, attract clinical trials from the pharmaceutical and device industries and facilitate the enrollment of patients. We will regard this recruitment as any other clinical faculty recruitment as outlined in section D3, provided that the Director makes the standard clinical time commitment and the Hospital receives expense recoveries as outlined in the grants. The Director will receive 15% salary support provided by the Hospital as outlined in the offer letter in addition to the Program Development Deficit Offset. It is understood that this person, in addition to clinical care, will need to spend time writing grant proposals and interacting with government, private and industry granting organizations. Thus we anticipate that this Director would only be 60% clinically productive because of the research program requirements, but this will not limit this individuals Hospital support program.

8. The Hospital and School plan to establish a Peripheral Vascular Program, in which you will be expected to take a leadership role in coordination with leaders in Surgery and Diagnostic Radiology. Our goal is to develop an interdisciplinary practice model for participating vascular surgeons, cardiac surgeons, interventional radiologists and cardiologists. Hospital privileging will facilitate fair access to resources. The Hospital will market this program and the team of physicians throughout the service area. We will support your plan to recruit an outstanding cardiologist to be a Medical Director of the Peripheral Vascular Program. This person will receive the start-up package outlined in section D3. For the related cardiac leadership responsibilities the Hospital will also provide 15% salary support for this position. In recognition of the program director's service development commitments during the start up period, the Hospital will also shift 10% of the Program Development Offset Funding for clinical activity to fixed salary support for three years as described in D3 above.

9. The Hospital is committed to the success of the Heart Failure and Heart Transplantation program. We have implemented UNOS recommendations for heart transplantation based upon recent site visits to improve clinical outcomes and administrative compliance. Furthermore, we will expect you to appoint a Medical Director of Heart Failure and Transplantation and expand the capacity and capability of the heart failure service. YNHH will provide the start-up packages outlined in section D3 for the Medical Director and an additional physician with expertise in this area. This will include full deficit offset as described in Section D3. The requested CHF/transplant program elements including needed mid-level practitioners, a data entry person and a secretary are either in place or have been committed by the Hospital. YNHH will also provide deficit offset for related clinic rental and expenses and staff costs under the Program Development Deficit Offset arrangement. The UNOS reporting staff and other required administrative personnel will be provided through the Transplantation Center. At the end of the business planning period, additional long-term support will be provided for the physician heart failure/ transplant team as outlined in section D3 or via a joint venture with the YNHH Organ Transplantation Center. Additional heart failure specialists will be supported by the Hospital based upon their clinical time commitment, patient list management needs and UNOS requirements. To ensure the continuity of the infusion service the Hospital will enter into good faith negotiations with you and the Department of Medicine regarding the assumption of technical management and billing responsibilities for this program and the recruitment of additional APRNs to enhance patient service.

10. Primary care cardiology services are provided by members of the Hospital's community-based and University-based medical staff in the local service area. To secure community-based collaboration in preventive care activities, the Hospital will support the appointment of a community cardiologist to the role of Community Medical Director of Preventive Cardiology. In addition, to further grow primary and preventive cardiovascular services at YNHH, we will work with you to recruit two primary care cardiologists with preventive cardiology expertise to enhance the Section's capacity. When patient volume permits, two additional cardiologists will also be recruited (Section D3). The Hospital expects that you will match Yale-New Haven cardiology coverage with geographic service area needs. We recommend that you employ the Heart and Vascular Center structure to define the diagnostic and preventive care service requirements for the service area.

11. In your correspondence you cited a need for YNHH support for 10 to 11 nurses in the cardiology section, 3 of which would be research nurses. YNHH will support the initial recruitment of two research nurses with the understanding that their productivity and level of external funding will be reviewed at three years. In addition, we will seed funding of additional research nurses if clear momentum is gained in clinical and translational research related to their efforts.

Several of the clinical nurse positions identified in your April 30, 2008 letter are already in place in areas such as Heart Failure and Transplantation. Clinical nurses recruited in support of individual faculty or groups of faculty should be APRNs (or PAs) with the capacity to bill for services which will offset significant proportions of their expense. They should not offset clinical RVUs of faculty supported or diminish their clinical service commitment below 85%, but free such faculty for more productive clinical effort. Our Program Development Deficit Offset Model will allocate the APRNs to the physician or practice groups where they will be utilized and develop RVU targets accordingly. With this caveat, YNHH will recruit the requested APRNs and at three years review their productivity and roles.

12. YNHH is committed to the development of needed specialty clinics in atrial fibrillation and cardiovascular genetics. Additional mid-level provider support will be provided by the Hospital as the CV genetics and atrial fibrillation clinical programs are developed under the business plan principles previously outlined. In addition to APRN support, YNHH will cover the clinic session fees for the proposed atrial fibrillation and cardiovascular genetics and genetics clinics under the Program Development Deficit Offset formula for the new faculty.

13. Hospital policy and practice is to support all of ACGME approved fellows in their clinical years in addition to residents and residency program directors. Support for fellowship direction is provided by the departments and sections.

### E. Prospects for a Joint Program with University College London

The Department, School and YNHH are aware of and excited by the prospects for a joint program in cardiovascular medicine and sciences with University College London (UCL) in the United Kingdom. Assuming that the UCL leadership shares this enthusiasm, we look forward to negotiating in good faith with them to define the details of this arrangement. As we have discussed with you, the offer outlined in the present letter is predicated on your initially giving full-time attention to the Section of Cardiovascular Medicine and accomplishing key faculty recruitments and program development, deferring any active off-site involvement at UCL for at least one year.

Michael Simons, M.D.
May 21, 2008
Page 12 of 14

After you, the School and the Hospital agree that sufficient progress has been achieved and an on-site clinical, research and educational leadership team has been established, we will support your part-time role at UCL with an appropriate adjustment in compensation.

**F. Requirements for Participation in the Yale Medical Group**

1. All full-time Yale School of Medicine faculty members with appointments in the clinical departments practice medicine through the Yale Medical Group (YMG). In order to begin your clinical practice through YMG, you must satisfy the following requirements:

    a. Obtain a license to practice medicine in the State of Connecticut, as well as Federal and State of Connecticut Controlled Substance registrations.

    b. Obtain medical staff privileges at YNHH with appropriate clinical privileges in general internal medicine and cardiology. Medical staff application materials will be forwarded to you upon your acceptance of this position. Please note that the materials you receive will indicate that the application should be returned to the Hospital Chief of Staff's Office with the application fee. You are not responsible for this fee and should not submit a check. Please return your completed application to Ms. Kathleen Bertier in the Department of Medicine office, 333 Cedar Street, 1072 LMP and it will be submitted to the Hospital Medical Staff Office. This application must be completed by three months from your start date.

    c. Complete and submit to Ms. Joyce Dupee, 135 College Street, Suite 210, New Haven, CT 06510-2483, the YMG Universal Credentialing Application (UCA) by three months from your start date. Upon successful completion of the UCA, the YMG Credentialing Department will forward to you the appropriate pre-printed applications for all YMG contracted managed care carriers, governmental organizations and the YMG Credentialing Application. These applications must be completed and returned within fourteen days. Once they are received, you will be presented to the YMG Credentialing Committee for review and vote. This offer is contingent upon YMG Credentialing Committee approval of your credentials.

2. Please note the following policies pertaining to YMG faculty physicians:

    a. You must assign to Yale University, School of Medicine, Yale Medical Group (your employer), all billing rights and enroll as a participating provider in the Medicare, Medicaid and other federal health care reimbursement programs.

    b. All practice income must be billed and collected through Yale University.

    c. In consideration of the terms and conditions of the University's offer to provide you with a faculty appointment with an initial salary of $500,000, you agree to execute and abide by the terms and conditions of the attached Non-Competition Agreement for a period of eighteen (18) months after leaving Yale. Please return the signed Non-Competition Agreement to Dr. Jack Elias within one month of accepting this offer.

    d. In the event that you wish to resign, you agree to give the Department written notice 180 days in advance of the proposed date of your leaving.

Michael Simons, M.D.
May 21, 2008
Page 13 of 14

Your billings for one (1) month of attending per year on the cardiology service should qualify you for reimbursement for the cost of your medical license under the current Department of Internal Medicine policy. Malpractice insurance will be provided by the Section.

By accepting this faculty position, you agree to abide by these requirements as well as all other University policies and procedures. Please review this letter and all attachments thoroughly and do not hesitate to contact us should you have any questions. This offer is valid for thirty days from the date of this letter. Please indicate your acceptance by signing and dating both copies and the attachments, returning one copy to Dr. Jack Elias and keeping the other for your records.

In closing, we are excited about the considerable talent and ability that you will bring to this critical position in the Department of Internal Medicine, the School of Medicine and YNHH. With your leadership and with the programmatic resources described in this letter, we are confident that cardiac care and cardiology-related research will reach a new level of excellence at our medical center. We hope that you will accept this offer and look forward to working with you in the years to come. Best wishes.

Sincerely yours,

Jack A. Elias, M.D.
Waldermar Von Zedtwitz Professor of Medicine
Chair, Department of Internal Medicine

Richard D'Aquila
Executive Vice President and
Chief Operating Officer, YNHH

Robert Alpern M.D.
Dean, Yale Medical School

Applicant's signature: _____  Date: Jan 10, 2008

cc: Carolyn Mazure, Ph.D. (SHM L 211)
    Carolyn Slayman Ph.D.
    Jonathan Tamir

Enclosures

Michael Simons, M.D.
May 21, 2008
Page 14 of 14

{Appendix A}

**NON-COMPETITION AGREEMENT**

In consideration of my employment by Yale University at its School of Medicine ("University"), I hereby agree to adhere to the following terms and conditions:

I hereby covenant and agree that, for a period of eighteen (18) months following any termination or other cessation of my employment with the University, whether it is with or without cause, voluntary or involuntary, whenever that termination or cessation of employment may occur, I shall not:

1. Practice medicine or provide clinical services to patients within New Haven County or within a twenty (20) mile radius of any off-campus site where I provide clinical services on behalf of my Department and/or Yale Medical Group, for a period of eighteen (18) months after the termination of my employment at the University. This restriction does not apply to research activities which are separate and distinct from the provision of clinical/medical services to patients;
2. Contact any patients of Yale Medical Group for the purpose of soliciting such patients; or
3. Contact any employees of the University for the purposes of soliciting such employees to compete with Yale Medical Group in the provision of clinical medical services to patients.
4. It is the intention of the parties that the provisions of the restrictive covenant herein shall be enforceable to the fullest extent permissible under applicable law, but that unenforceability (or modification to conform to such law) of any provision or provisions hereof shall not render unenforceable, or impair, the remainder thereof. If any provision or provisions hereof shall be deemed invalid or unenforceable, either in whole or in part, this Agreement shall be deemed amended to delete or modify, as necessary, the offending provision or provisions and to alter the bounds thereof in order to render it valid and enforceable.
5. I acknowledge and agree that damages are an inadequate remedy for any breach of the terms and conditions set forth in the Non-Competition Agreement and agree that in the event of a breach of such Agreement, or any part thereof, the University may, with or without pursuing any remedy for damages, immediately obtain and enforce an *ex parte*, preliminary and permanent injunction prohibiting me from violating this Agreement.
6. I further acknowledge and agree that this Agreement is supported by the following adequate consideration: the University's agreement to appoint me as Professor in the Department of Internal Medicine at an annual salary of $500,000 that it is fair, reasonable and enforceable to its full extent; that the University has an important and legitimate institutional interest that it is seeking to protect with this Agreement; and that enforcement of this Agreement would not interfere with the interests of the public.
7. This Agreement shall be governed by and construed in accordance with the substantive laws of the State of Connecticut.
8. I agree to pay all costs, including the University's reasonable attorney's fees, in connection with any action or proceeding, to enforce this Agreement. This Agreement contains the entire understanding between the University and me and supersedes all prior agreements and understandings relating to the subject matter hereof. The Agreement shall not be amended except by a written instrument thereafter signed by the University and me.

_____    July 10, 2008
Michael Simons, MD           Date