# EXHIBIT D

# Michael Simons

## 7/21/2014

# THE EXTRAORDINARY
# LEADER

*Participant Feedback Report*

 ZENGER | FOLKMAN

D - 007409

# Table of Contents
## Michael Simons

| Section | Title | Page |
|---|---|---|
| 1 | How to Interpret Your Feedback | 1 |
| 2 | Leadership Tent Model | 6 |
| 3 | 16 Differentiating Competencies Summary | 7 |

This section provides an overview of your competency scores.  Use this section to obtain an overall understanding of what others feel are your strengths and developmental needs.  To better understand the composition of each competency, review the items used to assess each competency in section 4.

| 4 | 16 Differentiating Competencies w/ Item Details | 8 |

This section displays your results for the 16 Differentiating Competencies.  In addition to the summary results for each competency, this section provides the results of each item used to assess the specific competency.  The results for each item are sorted from the most positive to the least positive based on the Total score.  Use this section to compare the perceptions of each group of respondents for each item.

| 5 | Employee Commitment Index | 24 |

This section displays the detailed results for the Employee Commitment Index, which measures the extent to which your Staff and Students are satisfied and motivated to do their jobs.  Our research shows a direct connection between leadership effectiveness and employee commitment.  The results for each item are sorted from the most positive to the least positive.

| 6 | Importance Ratings | 25 |

This section displays the 16 Differentiating Competencies ranked from the most important to the least important. Raters were asked to choose four competencies that, if executed with a high level of skill and expertise, would have the most significant impact on your role. This section is not about how well you are currently performing, but is solely about how important the selected competencies are for you to be extremely effective in your current position.

| 7 | Highest Scored Items | 26 |

This section presents items receiving the highest total scores.  You should not necessarily assume that an item on this list does not need improvement.

| 8 | Lowest Scored Items | 27 |

This section presents items receiving the lowest total scores.  You should not necessarily assume that an item on this list is in fact a significant problem.

| 9 | Written Comments | 28 |
| 10 | Supplemental View: Leadership Tent Model (Vertical Bar Graph Format) | 41 |

This section contains a vertical bar graph that displays your Total scores for the 5 Tent Poles in relation to the Extraordinary Leader norms.

| 11 | Supplemental View: 16 Differentiating Competencies Summary (Vertical Bar Graph Format) | 43 |

This section contains a vertical bar graph that displays your Total scores for the 16 Differentiating Competencies in relation to the Extraordinary Leader norms.

| 12 | Supplemental View: 16 Differentiating Competencies (Differences in Perception) | 44 |

This section displays your Total and Self scores for all of the 16 Differentiating Competencies along with a bar graph indicating the size and direction of the gap between the two.

# How to Interpret Your Feedback

This report for **Michael Simons** includes feedback received from:

**57 Dept Faculty, 17 Students, 2 Others**

These survey submissions will be reported as follows*:

**59 Dept Faculty, 17 Students**

This report compares your results to the **Extraordinary Leader 90th Percentile norm** and the **Extraordinary Leader 75th Percentile norm.** These norms are based on 360-degree feedback obtained from participants in a variety of companies.

As you review this report, keep in mind that feedback is meant to be constructive. You will derive the most benefit from it if you keep an open mind, rather than becoming defensive or looking for reasons why it "must be wrong."

**Definitions and Explanations:**

| | |
|---|---|
| **Leadership Model** | The Leadership Model displays the five behaviors of the Leadership Tent. |
| **16 Differentiating Competencies** | The 16 Differentiating Competencies presented are organized within the five behaviors of the leadership model. Detailed results for each of the 16 Differentiating Competencies are then presented with results listed for each item in the survey. We encourage you to review the results for each of the competencies. |
| **Importance Ratings** | This section of the report summarizes the perceptions of others regarding the relative importance of the 16 Differentiating Competencies relating to your success in your current job. Review this section to see if there is any consensus on a few competencies that would help you be more successful. |
| **Highest & Lowest Scoring Items** | The next two sections display the 10 most positively scored items and the 10 least positively scored items. This information helps you identify areas of strength and potential fatal flaws. |
| **Response Frequency** | The Response Frequency displays a detailed breakdown of how each item was responded to by each rater group; i.e. Colleagues, etc. Use this information as a reference to understand how people reacted to each survey item. |
| **#** | This is the number of raters used to calculate a particular score. <br> **Example:** Even if five colleagues completed your survey, you may find that an item score was calculated from only four raters. This would mean that one person left a survey item blank. |
| **Appendix** | The Appendix consists of Sections 10, 11, and 12. Sections 10 and 11 are graphs that display the same data found in Sections 2 and 3, but in a vertical rather than a horizontal layout. Section 12 is a table that summarizes the differences between your ratings and others' ratings of you. |

## How Scores are Calculated

Scores are averaged and presented by Total, Colleagues, etc., at the Behavior, Competency and Item levels. The Total scores are calculated from group scores **excluding** your Self score. Responses of *Don't Know/Not Applicable* and missing responses are not included in the calculations.

*To help ensure anonymity for your respondents, if you received fewer than three submissions from any of your respondent groups (excluding Cognizant Administrator) the results for those groups will not be displayed separately. In such cases, the data from the group with insufficient submissions is combined with another group.

***You are now ready to interpret your feedback.***
***Good luck on your journey toward becoming an Extraordinary Leader.***

Copyright © 2014 Zenger Folkman

D - 007411

## Section 2: Leadership Tent Model

### Legend

| Response | Description |
|---|---|
| 5 | Outstanding Strength - Top 10% |
| 4 | Strength - Top Quartile |
| 3 | Competent - Good Performance |
| 2 | Needs Some Improvement - Inconsistent Performance |
| 1 | Needs Significant Improvement - Poor Performance |

| Symbol | Norm |
|---|---|
| ⌂ | Extraordinary Leader 75th Percentile Norm |
| ⌂ | Extraordinary Leader 90th Percentile Norm |

### Character

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 2.53 | | | | ⌂  ⌂ | |
| Dept Faculty | 2.46 | | | | ⌂  ⌂ | |
| Students | 2.86 | | | | ⌂  ⌂ | |

### Personal Capability

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 2.88 | | | | ⌂  ⌂ | |
| Dept Faculty | 2.83 | | | | ⌂  ⌂ | |
| Students | 3.15 | | | | ⌂  ⌂ | |

### Focus on Results

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 3.02 | | | | ⌂  ⌂ | |
| Dept Faculty | 2.96 | | | | ⌂  ⌂ | |
| Students | 3.28 | | | | ⌂ .  ⌂ | |

### Interpersonal Skills

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 2.30 | | | | ⌂  ⌂ | |
| Dept Faculty | 2.24 | | | | ⌂  ⌂ | |
| Students | 2.59 | | | | ⌂  ⌂ | |

### Leading Change

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 3.14 | | | | ⌂  ⌂ | |
| Dept Faculty | 3.09 | | | | ⌂  ⌂ | |
| Students | 3.38 | | | | ⌂  ⌂ | |

D - 007413

## *Section 3: 16 Differentiating Competencies Summary*

This section provides an overview of your competency scores. Use this section to obtain an overall understanding of what others feel are your strengths and developmental needs. To better understand the composition of each competency, review the items used to assess each competency in section 4.



| Response | Description | | Symbol | Norm |
|---|---|---|---|---|
| 5 | Outstanding Strength - Top 10% | | ⊄ | Extraordinary Leader 75th Percentile Norm |
| 4 | Strength - Top Quartile | | ⋏ | Extraordinary Leader 90th Percentile Norm |
| 3 | Competent - Good Performance | | | |
| 2 | Needs Some Improvement - Inconsistent Performance | | | |
| 1 | Needs Significant Improvement - Poor Performance | | | |

**Legend**

### Character

| | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Character** | 2.53 | | | | | |
| Displays High Integrity and Honesty | 2.53 | | | | | |

### Personal Capability

| | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Personal Capability** | 2.88 | | | | | |
| Professional Expertise/Scholarly Stature | 3.46 | | | | | |
| Solves Problems and Analyzes Issues | 2.80 | | | | | |
| Innovates | 3.18 | | | | | |
| Practices Self-Development | 1.89 | | | | | |

### Focus on Results

| | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Focus on Results** | 3.02 | | | | | |
| Drives for Results | 2.95 | | | | | |
| Establishes High Standards | 3.10 | | | | | |
| Takes Initiative | 3.04 | | | | | |

### Interpersonal Skills

| | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Interpersonal Skills** | 2.30 | | | | | |
| Communicates Powerfully and Prolifically | 2.55 | | | | | |
| Inspires and Motivates Others to High Performance | 2.55 | | | | | |
| Builds Relationships | 1.97 | | | | | |
| Develops Others | 2.35 | | | | | |
| Collaboration and Teamwork | 2.22 | | | | | |

### Leading Change

| | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Leading Change** | 3.14 | | | | | |
| Develops Strategic Perspective | 3.26 | | | | | |
| Champions Change | 3.13 | | | | | |
| Connects the Group to the Outside World | 3.06 | | | | | |

D - 007415

# Section 4: 16 Differentiating Competencies w/ Item Details

This section displays your results for the 16 Differentiating Competencies. In addition to the summary results for each competency, this section provides the results of each item used to assess the specific competency. The results for each item are sorted from the most positive to the least positive based on the Total score. Use this section to compare the perceptions of each group of respondents for each item.

## Legend

| Response | Description |
|---|---|
| 5 | Outstanding Strength - Top 10% |
| 4 | Strength - Top Quartile |
| 3 | Competent - Good Performance |
| 2 | Needs Some Improvement - Inconsistent Performance |
| 1 | Needs Significant Improvement - Poor Performance |

| Symbol | Norm |
|---|---|
| ⏚ | Extraordinary Leader 75th Percentile Norm |
| ⋀ | Extraordinary Leader 90th Percentile Norm |

### Displays High Integrity and Honesty (Character)

| Rater | Score | 1 | 2 | 3 | 4 | 5 |  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2.53 | | | | | | | 41% | 16% | 9% | 18% | 16% |
| Dept Faculty | 2.46 | | | | | | | 41% | 17% | 9% | 19% | 14% |
| Students | 2.86 | | | | | | | 37% | 9% | 11% | 17% | 26% |

**Response Frequency**

### 3. Is careful to honor commitments and keep promises.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 58 | 3.03 | | | | | | | 19% | 22% | 16% | 22% | 21% |
| Dept Faculty | 50 | 2.96 | | | | | | | 18% | 24% | 18% | 24% | 16% |
| Students | 8 | 3.50 | | | | | | | 25% | 12% | | 12% | 50% |

**Response Frequency**

### 2. Works hard to "walk the talk" and avoids saying one thing and doing another.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 63 | 2.67 | | | | | | | 38% | 16% | 5% | 24% | 17% |
| Dept Faculty | 51 | 2.59 | | | | | | | 39% | 18% | 4% | 24% | 16% |
| Students | 12 | 3.00 | | | | | | | 33% | 8% | 8% | 25% | 25% |

**Response Frequency**

### 1. Is a role model and sets a good example for his/her department/field.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 69 | 1.99 | | | | | | | 61% | 10% | 9% | 10% | 10% |
| Dept Faculty | 54 | 1.87 | | | | | | | 65% | 11% | 6% | 9% | 9% |
| Students | 15 | 2.40 | | | | | | | 47% | 7% | 20% | 13% | 13% |

**Response Frequency**

## Professional Expertise/Scholarly Stature (Personal Capability)

Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3.46 | | | | | | | 19% | 6% | 14% | 30% | 31% |
| Dept Faculty | 3.42 | | | | | | | 20% | 7% | 14% | 31% | 28% |
| Students | 3.64 | | | | | | | 18% | 4% | 14% | 24% | 40% |

### 4. Many people seek after his/her opinions, research and expertise. (Has made a big impact on his/her field.)

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 67 | 3.96 | | | | | | | 9% | 1% | 16% | 31% | 42% |
| Dept Faculty | 54 | 3.91 | | | | | | | 9% | 2% | 17% | 33% | 39% |
| Students | 13 | 4.15 | | | | | | | 8% | | 15% | 23% | 54% |

### 5. His/her skills, research and knowledge make an important contribution to advancing their field and reputation of the University.

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 69 | 3.94 | | | | | | | 10% | 1% | 14% | 32% | 42% |
| Dept Faculty | 56 | 3.86 | | | | | | | 12% | 2% | 12% | 34% | 39% |
| Students | 13 | 4.31 | | | | | | | | | 23% | 23% | 54% |

### 6. Colleagues trust his/her ideas and opinions because of in-depth knowledge and expertise.

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 65 | 3.51 | | | | | | | 15% | 9% | 12% | 35% | 28% |
| Dept Faculty | 53 | 3.47 | | | | | | | 15% | 9% | 13% | 38% | 25% |
| Students | 12 | 3.67 | | | | | | | 17% | 8% | 8% | 25% | 42% |

### 6a. Is an extraordinary teacher, conveying his/her knowledge and insight to others.

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 61 | 2.31 | | | | | | | 46% | 13% | 13% | 20% | 8% |
| Dept Faculty | 49 | 2.31 | | | | | | | 45% | 14% | 14% | 18% | 8% |
| Students | 12 | 2.33 | | | | | | | 50% | 8% | 8% | 25% | 8% |

Copyright © 2014 Zenger Folkman

Michael Simons

## Solves Problems and Analyzes Issues (Personal Capability)

### Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 2.80 | 30% | 16% | 17% | 18% | 19% |
| Dept Faculty | 2.74 | 29% | 19% | 17% | 19% | 16% |
| Students | 3.15 | 35% | | 15% | 15% | 35% |

### 9. Spots new trends, potential problems, and opportunities early.

### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 57 | 3.40 | 12% | 14% | 23% | 23% | 28% |
| Dept Faculty | 49 | 3.33 | 12% | 16% | 22% | 24% | 24% |
| Students | 8 | 3.88 | 12% | | 25% | 12% | 50% |

### 7. Has the ability to anticipate and respond quickly to problems.

### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 52 | 3.12 | 19% | 15% | 23% | 19% | 23% |
| Dept Faculty | 46 | 3.02 | 20% | 17% | 24% | 20% | 20% |
| Students | 6 | 3.83 | 17% | | 17% | 17% | 50% |

### 8. Is trusted by others to use good judgment when making decisions.

### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 65 | 2.03 | 54% | 18% | 6% | 14% | 8% |
| Dept Faculty | 53 | 1.96 | 53% | 23% | 6% | 13% | 6% |
| Students | 12 | 2.33 | 58% | | 8% | 17% | 17% |

Copyright © 2014 Zenger Folkman

D - 007418

Michael Simons

## Innovates (Personal Capability)

| Rater | Score | 1 | 2 | 3 | 4 | 5 | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 3.18 | | | | | | | 17% | 15% | 21% | 25% | 22% |
| Dept Faculty | 3.11 | | | | | | | 17% | 16% | 23% | 26% | 18% |
| Students | 3.58 | | | | | | | 19% | 8% | 12% | 19% | 42% |

10. Frequently encourages others to consider new approaches, research topics and ideas (e.g., avoids getting stuck in a "one right way" approach).

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 57 | 3.40 | | | | | | | 18% | 9% | 19% | 25% | 30% |
| Dept Faculty | 48 | 3.35 | | | | | | | 17% | 10% | 21% | 25% | 27% |
| Students | 9 | 3.67 | | | | | | | 22% | | 11% | 22% | 44% |

12. Constructively challenges the standard approaches and finds improved ways to understand complex problems.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 57 | 3.23 | | | | | | | 18% | 9% | 28% | 25% | 21% |
| Dept Faculty | 49 | 3.10 | | | | | | | 18% | 10% | 31% | 24% | 16% |
| Students | 8 | 4.00 | | | | | | | 12% | | 12% | 25% | 50% |

11. Finds ways to improve new ideas rather than discourage them.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 58 | 2.91 | | | | | | | 17% | 28% | 16% | 26% | 14% |
| Dept Faculty | 49 | 2.88 | | | | | | | 16% | 29% | 16% | 29% | 10% |
| Students | 9 | 3.11 | | | | | | | 22% | 22% | 11% | 11% | 33% |

Copyright © 2014 Zenger Folkman

D - 007419

## Practices Self-Development (Personal Capability)

| Rater | Score 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Total | 1.89 | | | | |
| Dept Faculty | 1.82 | | | | |
| Students | 2.17 | | | | |

Response Frequency

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Total | 62% | 14% | 8% | 7% | 9% |
| Dept Faculty | 63% | 14% | 8% | 8% | 7% |
| Students | 56% | 14% | 8% | 3% | 19% |

### 15. Creates an atmosphere of continual improvement in which self and others (e.g., students, staff) push to exceed the expected results.

Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 67 | 2.34 | | | | | | 49% | 9% | 15% | 12% | 15% |
| Dept Faculty | 53 | 2.26 | | | | | | 51% | 9% | 13% | 15% | 11% |
| Students | 14 | 2.64 | | | | | | 43% | 7% | 21% | | 29% |

### 13. Makes a real effort to improve based on feedback from students, faculty and other colleagues.

Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 61 | 1.70 | | | | | | 62% | 23% | 3% | 5% | 7% |
| Dept Faculty | 50 | 1.68 | | | | | | 62% | 24% | 4% | 4% | 6% |
| Students | 11 | 1.82 | | | | | | 64% | 18% | | 9% | 9% |

### 14. Actively looks for opportunities to get feedback to improve him/herself.

Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 62 | 1.58 | | | | | | 74% | 10% | 6% | 3% | 6% |
| Dept Faculty | 51 | 1.51 | | | | | | 76% | 8% | 8% | 4% | 4% |
| Students | 11 | 1.91 | | | | | | 64% | 18% | | | 18% |

Copyright © 2014 Zenger Folkman

D - 007420

Michael Simons

## Drives for Results (Focus on Results)

### Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 2.95 | 26% | 17% | 18% | 15% | 24% |
| Dept Faculty | 2.91 | 24% | 19% | 19% | 16% | 21% |
| Students | 3.13 | 31% | 7% | 16% | 9% | 36% |

### 16a. Does everything possible to advance scholarship.

#### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 68 | 3.71 | 10% | 9% | 19% | 24% | 38% |
| Dept Faculty | 55 | 3.69 | 7% | 11% | 22% | 25% | 35% |
| Students | 13 | 3.77 | 23% | | 8% | 15% | 54% |

### 18. Follows through on objectives to ensure successful completion; i.e., does NOT get distracted before work is completed.

#### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 49 | 3.41 | 10% | 14% | 29% | 18% | 29% |
| Dept Faculty | 43 | 3.28 | 12% | 16% | 28% | 21% | 23% |
| Students | 6 | 4.33 | | | 33% | | 67% |

### 17. Achieves agreed-upon priorities within the time allotted.

#### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 47 | 3.19 | 19% | 13% | 26% | 15% | 28% |
| Dept Faculty | 39 | 3.13 | 18% | 15% | 26% | 18% | 23% |
| Students | 8 | 3.50 | 25% | | 25% | | 50% |

### 16b. Does everything possible to create an exceptional learning environment.

#### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 68 | 2.40 | 41% | 24% | 7% | 10% | 18% |
| Dept Faculty | 54 | 2.37 | 41% | 26% | 6% | 11% | 17% |
| Students | 14 | 2.50 | 43% | 14% | 14% | 7% | 21% |

### 16. Does everything possible to advance teaching.

#### Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 65 | 2.22 | 42% | 25% | 15% | 8% | 11% |
| Dept Faculty | 51 | 2.16 | 41% | 27% | 16% | 6% | 10% |
| Students | 14 | 2.43 | 43% | 14% | 14% | 14% | 14% |

Copyright © 2014 Zenger Folkman

Michael Simons                                           Section 4: 16 Differentiating Competencies w/ Item Details

## Establishes High Standards (Focus on Results)   Response Frequency

| Rater | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3.10 | | | | | 20% | 17% | 20% | 20% | 23% |
| Dept Faculty | 3.02 | | | | | 20% | 18% | 21% | 21% | 19% |
| Students | 3.48 | | | | | 18% | 12% | 15% | 12% | 42% |

### 19. Establishes high standards of excellence.   Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 69 | 3.46 | | | | | 10% | 19% | 16% | 25% | 30% |
| Dept Faculty | 56 | 3.38 | | | | | 11% | 20% | 18% | 25% | 27% |
| Students | 13 | 3.85 | | | | | 8% | 15% | 8% | 23% | 46% |

### 21. Keeps people focused on the highest priorities.   Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 59 | 2.95 | | | | | 24% | 15% | 24% | 17% | 20% |
| Dept Faculty | 50 | 2.86 | | | | | 24% | 18% | 22% | 20% | 16% |
| Students | 9 | 3.44 | | | | | 22% | | 33% | | 44% |

### 20. Is skillful at getting others to achieve at a level above what they originally thought possible.   Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 60 | 2.83 | | | | | 27% | 17% | 22% | 17% | 18% |
| Dept Faculty | 49 | 2.78 | | | | | 27% | 16% | 24% | 18% | 14% |
| Students | 11 | 3.09 | | | | | 27% | 18% | 9% | 9% | 36% |

Copyright © 2014 Zenger Folkman                    D - 007422

Michael Simons

## Takes Initiative (Focus on Results)                                  Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Total | 3.04 | 24% | 12% | 23% | 17% | 24% |
| Dept Faculty | 2.99 | 24% | 14% | 23% | 18% | 21% |
| Students | 3.33 | 25% | 4% | 21% | 12% | 38% |

### 24. Is energized and excited to take on challenging goals for which he/she is held personally accountable.                       Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 54 | 3.44 | 19% | 7% | 17% | 26% | 31% |
| Dept Faculty | 48 | 3.40 | 19% | 8% | 17% | 27% | 29% |
| Students | 6 | 3.83 | 17% | | 17% | 17% | 50% |

### 23. Willingly goes above and beyond what needs to be done.                       Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 57 | 2.88 | 26% | 12% | 30% | 11% | 21% |
| Dept Faculty | 48 | 2.81 | 27% | 12% | 31% | 10% | 19% |
| Students | 9 | 3.22 | 22% | 11% | 22% | 11% | 33% |

### 22. Can always be counted on to follow through on commitments.                       Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Total | 59 | 2.81 | 27% | 17% | 22% | 15% | 19% |
| Dept Faculty | 50 | 2.76 | 26% | 20% | 22% | 16% | 16% |
| Students | 9 | 3.11 | 33% | | 22% | 11% | 33% |

Copyright © 2014 Zenger Folkman

D - 007423

Michael Simons                                                  Section 4: 16 Differentiating Competencies w/ Item Details

## Communicates Powerfully and Prolifically (Interpersonal Skills)

|  | Response Frequency | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rater | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
| Total | 2.55 | | | | | 34% | 20% | 18% | 13% | 15% |
| Dept Faculty | 2.46 | | | | | 34% | 23% | 18% | 14% | 12% |
| Students | 2.94 | | | | | 36% | 6% | 17% | 11% | 31% |

### 25. Provides others with a definite sense of direction and purpose.

|  |  | Response Frequency | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rater | # | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
| Total | 68 | 2.78 | | | | | 28% | 13% | 26% | 18% | 15% |
| Dept Faculty | 55 | 2.71 | | | | | 27% | 16% | 25% | 20% | 11% |
| Students | 13 | 3.08 | | | | | 31% | | 31% | 8% | 31% |

### 27. Helps colleagues understand how their work can have a positive impact on the field and/or department.

|  |  | Response Frequency | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rater | # | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
| Total | 63 | 2.57 | | | | | 33% | 22% | 16% | 11% | 17% |
| Dept Faculty | 52 | 2.46 | | | | | 33% | 27% | 15% | 12% | 13% |
| Students | 11 | 3.09 | | | | | 36% | | 18% | 9% | 36% |

### 26. Skilled at communicating insights and understanding of issues or problems.

|  |  | Response Frequency | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rater | # | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
| Total | 67 | 2.30 | | | | | 42% | 24% | 10% | 10% | 13% |
| Dept Faculty | 55 | 2.22 | | | | | 42% | 25% | 13% | 9% | 11% |
| Students | 12 | 2.67 | | | | | 42% | 17% | | 17% | 25% |

Copyright © 2014 Zenger Folkman                    D - 007424

Michael Simons                                                          Section 4: 16 Differentiating Competencies w/ Item Details

## Inspires and Motivates Others to High Performance (Interpersonal Skills)          Response Frequency

| Rater | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2.55 | | | | | 38% | 18% | 14% | 15% | 16% |
| Dept Faculty | 2.56 | | | | | 36% | 17% | 15% | 17% | 14% |
| Students | 2.49 | | | | | 44% | 18% | 8% | 8% | 23% |

### 30. Brings to the department a high level of energy and enthusiasm.          Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 67 | 2.85 | | | | | 30% | 13% | 18% | 19% | 19% |
| Dept Faculty | 55 | 2.89 | | | | | 29% | 11% | 20% | 22% | 18% |
| Students | 12 | 2.67 | | | | | 33% | 25% | 8% | 8% | 25% |

### 29. Inspires others to high levels of effort and performance.          Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 69 | 2.45 | | | | | 41% | 17% | 14% | 12% | 16% |
| Dept Faculty | 56 | 2.45 | | | | | 39% | 18% | 16% | 12% | 14% |
| Students | 13 | 2.46 | | | | | 46% | 15% | 8% | 8% | 23% |

### 28. Energizes students, staff and colleagues to achieve exceptional results.          Response Frequency

| Rater | # | Score 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 69 | 2.35 | | | | | 42% | 22% | 9% | 14% | 13% |
| Dept Faculty | 55 | 2.35 | | | | | 40% | 24% | 9% | 16% | 11% |
| Students | 14 | 2.36 | | | | | 50% | 14% | 7% | 7% | 21% |

Copyright © 2014 Zenger Folkman

Michael Simons

## Builds Relationships (Interpersonal Skills)

| Rater | Score | 1 | 2 | 3 | 4 | 5 | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 1.97 | | | | | | 56% | 18% | 7% | 10% | 9% |
| Dept Faculty | 1.90 | | | | | | 58% | 16% | 9% | 10% | 6% |
| Students | 2.28 | | | | | | 48% | 24% | | 8% | 20% |

### 33a. Takes the initiative to support and include people of different backgrounds and perspectives.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 63 | 2.11 | | | | | | 52% | 19% | 5% | 13% | 11% |
| Dept Faculty | 52 | 2.02 | | | | | | 52% | 21% | 6% | 15% | 6% |
| Students | 11 | 2.55 | | | | | | 55% | 9% | | | 36% |

### 33. Stays in touch with issues and concerns of individuals in the department.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 68 | 1.94 | | | | | | 57% | 19% | 6% | 7% | 10% |
| Dept Faculty | 55 | 1.89 | | | | | | 60% | 16% | 7% | 7% | 9% |
| Students | 13 | 2.15 | | | | | | 46% | 31% | | 8% | 15% |

### 32. Is trusted by students, staff and colleagues.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 71 | 1.92 | | | | | | 61% | 14% | 7% | 10% | 8% |
| Dept Faculty | 58 | 1.81 | | | | | | 64% | 12% | 9% | 10% | 5% |
| Students | 13 | 2.38 | | | | | | 46% | 23% | | 8% | 23% |

### 31. Balances "getting things done" with a concern for others' needs.

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 | 2 | 3 | 4 | 5 |
| Total | 69 | 1.91 | | | | | | 55% | 19% | 12% | 9% | 6% |
| Dept Faculty | 56 | 1.88 | | | | | | 57% | 16% | 14% | 7% | 5% |
| Students | 13 | 2.08 | | | | | | 46% | 31% | | 15% | 8% |

Copyright © 2014 Zenger Folkman

D - 007426

Michael Simons

## Develops Others (Interpersonal Skills)    Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2.35 | | | | | | | 44% | 18% | 11% | 12% | 15% |
| Dept Faculty | 2.29 | | | | | | | 45% | 19% | 11% | 11% | 13% |
| Students | 2.59 | | | | | | | 43% | 11% | 11% | 14% | 22% |

### 34. Provides coaching and acts as a mentor to others.    Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 65 | 2.51 | | | | | | | 37% | 20% | 12% | 17% | 14% |
| Dept Faculty | 52 | 2.50 | | | | | | | 35% | 23% | 12% | 19% | 12% |
| Students | 13 | 2.54 | | | | | | | 46% | 8% | 15% | 8% | 23% |

### 36. Gives honest feedback in a helpful way.    Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 64 | 2.28 | | | | | | | 50% | 14% | 11% | 8% | 17% |
| Dept Faculty | 53 | 2.15 | | | | | | | 53% | 15% | 11% | 6% | 15% |
| Students | 11 | 2.91 | | | | | | | 36% | 9% | 9% | 18% | 27% |

### 35. Is truly concerned about developing others (e.g., students, direct reports).    Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 67 | 2.25 | | | | | | | 46% | 19% | 10% | 10% | 13% |
| Dept Faculty | 54 | 2.22 | | | | | | | 46% | 20% | 11% | 9% | 13% |
| Students | 13 | 2.38 | | | | | | | 46% | 15% | 8% | 15% | 15% |

Copyright © 2014 Zenger Folkman

D - 007427

Michael Simons

## Collaboration and Teamwork (Interpersonal Skills)

| Rater | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2.22 | | | | | 48% | 17% | 14% | 7% | 14% |
| Dept Faculty | 2.12 | | | | | 49% | 18% | 14% | 7% | 11% |
| Students | 2.83 | | | | | 38% | 12% | 12% | 4% | 33% |

### 39. Achieves objectives requiring a high level of cooperation from people in other parts of the institution.

| Rater | # | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 63 | 2.33 | | | | | 43% | 22% | 11% | 6% | 17% |
| Dept Faculty | 54 | 2.17 | | | | | 46% | 24% | 9% | 7% | 13% |
| Students | 9 | 3.33 | | | | | 22% | 11% | 22% | | 44% |

### 37. Promotes a high level of cooperation between academic and administrative staff.

| Rater | # | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 59 | 2.31 | | | | | 47% | 12% | 19% | 7% | 15% |
| Dept Faculty | 50 | 2.26 | | | | | 48% | 10% | 22% | 8% | 12% |
| Students | 9 | 2.56 | | | | | 44% | 22% | | | 33% |

### 38. Resolves conflict within the groups of which he/she is a member.

| Rater | # | Score [1] | [2] | [3] | [4] | [5] | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 56 | 2.00 | | | | | 54% | 18% | 12% | 7% | 9% |
| Dept Faculty | 50 | 1.94 | | | | | 54% | 20% | 12% | 6% | 8% |
| Students | 6 | 2.50 | | | | | 50% | | 17% | 17% | 17% |

Copyright © 2014 Zenger Folkman

D - 007428

Michael Simons

## Develops Strategic Perspective (Leading Change)

Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3.26 | | | | | | 16% | 15% | 23% | 23% | 25% |
| Dept Faculty | 3.19 | | | | | | 15% | 17% | 24% | 23% | 21% |
| Students | 3.61 | | | | | | 19% | 3% | 16% | 19% | 42% |

### 42. Has a perspective beyond the "day-to-day" work to take a longer-term, broader view of institutional decisions.

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 63 | 3.52 | | | | | | 10% | 16% | 17% | 27% | 30% |
| Dept Faculty | 54 | 3.48 | | | | | | 9% | 17% | 19% | 28% | 28% |
| Students | 9 | 3.78 | | | | | | 11% | 11% | 11% | 22% | 44% |

### 40. Helps others understand Yale's mission so that they can translate it into challenging and meaningful outcomes for the department/school/college.

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 61 | 3.13 | | | | | | 16% | 13% | 28% | 26% | 16% |
| Dept Faculty | 50 | 3.02 | | | | | | 16% | 16% | 30% | 26% | 12% |
| Students | 11 | 3.64 | | | | | | 18% | | 18% | 27% | 36% |

### 41. Maintains a clear perspective between the big picture of Yale's mission and the details of his/her research and teaching.

Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 62 | 3.13 | | | | | | 21% | 15% | 23% | 15% | 27% |
| Dept Faculty | 51 | 3.08 | | | | | | 20% | 18% | 24% | 16% | 24% |
| Students | 11 | 3.45 | | | | | | 27% | | 18% | 9% | 45% |

Copyright © 2014 Zenger Folkman

D - 007429

Michael Simons

## Champions Change (Leading Change)

| Rater | Score | | | | | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | | | |
| Total | 3.13 | | | | | | 16% | 21% | 21% | 18% | 24% |
| Dept Faculty | 3.09 | | | | | | 15% | 24% | 22% | 16% | 23% |
| Students | 3.35 | | | | | | 23% | 6% | 13% | 29% | 29% |

**Response Frequency**

### 46. Has the courage to make the changes that will improve the institution.

| Rater | # | Score | | | | | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | | | | | |
| Total | 67 | 3.45 | | | | | | 15% | 13% | 18% | 19% | 34% |
| Dept Faculty | 55 | 3.38 | | | | | | 15% | 16% | 18% | 18% | 33% |
| Students | 12 | 3.75 | | | | | | 17% | | 17% | 25% | 42% |

**Response Frequency**

### 45. Does an excellent job of promoting new projects or programs so that others support and endorse them.

| Rater | # | Score | | | | | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | | | | | |
| Total | 64 | 2.97 | | | | | | 19% | 22% | 23% | 16% | 20% |
| Dept Faculty | 54 | 2.96 | | | | | | 17% | 24% | 26% | 13% | 20% |
| Students | 10 | 3.00 | | | | | | 30% | 10% | 10% | 30% | 20% |

**Response Frequency**

### 43. Quickly recognizes situations where change is needed.

| Rater | # | Score | | | | | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | | | | | |
| Total | 61 | 2.95 | | | | | | 15% | 28% | 21% | 20% | 16% |
| Dept Faculty | 52 | 2.90 | | | | | | 13% | 31% | 23% | 17% | 15% |
| Students | 9 | 3.22 | | | | | | 22% | 11% | 11% | 33% | 22% |

**Response Frequency**

Copyright © 2014 Zenger Folkman

D - 007430

## Connects the Group to the Outside World (Leading Change)     Response Frequency

| Rater | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3.06 | | | | | | | 22% | 17% | 17% | 24% | 21% |
| Dept Faculty | 3.02 | | | | | | | 20% | 19% | 16% | 27% | 17% |
| Students | 3.23 | | | | | | | 27% | 7% | 20% | 7% | 39% |

### 48. Has demonstrated ability to represent the institution to the foremost leaders in his/her field throughout the world.     Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 62 | 3.35 | | | | | | | 16% | 15% | 13% | 31% | 26% |
| Dept Faculty | 50 | 3.34 | | | | | | | 16% | 16% | 10% | 34% | 24% |
| Students | 12 | 3.42 | | | | | | | 17% | 8% | 25% | 17% | 33% |

### 49. Is the antenna for the institution, bringing in relevant information that benefits the University.     Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 57 | 3.32 | | | | | | | 14% | 12% | 23% | 30% | 21% |
| Dept Faculty | 48 | 3.25 | | | | | | | 15% | 12% | 23% | 33% | 17% |
| Students | 9 | 3.67 | | | | | | | 11% | 11% | 22% | 11% | 44% |

### 47. Helps people understand how providing excellence in teaching and continuing cutting edge research is central to the mission and objectives of the institution.     Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 67 | 3.07 | | | | | | | 19% | 16% | 19% | 27% | 18% |
| Dept Faculty | 54 | 3.09 | | | | | | | 15% | 20% | 19% | 33% | 13% |
| Students | 13 | 3.00 | | | | | | | 38% | | 23% | | 38% |

### 49a. Looks for opportunities to provide service and demonstrate University citizenship for other communities and causes within and beyond his/her department or program.     Response Frequency

| Rater | # | Score | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 55 | 2.44 | | | | | | | 38% | 25% | 11% | 5% | 20% |
| Dept Faculty | 45 | 2.33 | | | | | | | 38% | 29% | 11% | 7% | 16% |
| Students | 10 | 2.90 | | | | | | | 40% | 10% | 10% | | 40% |

## Section 5: *Employee Commitment Index*

This section displays the detailed results for the Employee Commitment Index, which measures the extent to which your Staff and Students are satisfied and motivated to do their jobs. The results for each item are sorted from the most positive to the least positive. If you did not receive sufficient feedback from Staff/Students, this section will not display scores.

### Legend

| Response | Description |
|---|---|
| 5 | Strongly Agree |
| 4 | Agree |
| 3 | Neutral |
| 2 | Disagree |
| 1 | Strongly Disagree |

| Symbol | Norm |
|---|---|
| ⊕ | Extraordinary Leader 75th Percentile Norm |
| ⊕ | Extraordinary Leader 90th Percentile Norm |

**Employee Commitment Index**

| Rater | Score | | | | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Dept Faculty | 3.46 | | | | | | 11% | 13% | 21% | 30% | 25% |
| Students | 3.32 | | | | | | 11% | 19% | 14% | 38% | 18% |

**50. I feel confident that Yale will achieve its mission.**

| Rater | # | Score | | | | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Dept Faculty | 55 | 3.60 | | | | | | 2% | 13% | 27% | 40% | 18% |
| Students | 16 | 3.63 | | | | | | 6% | 19% | 12% | 31% | 31% |

**54. All in all, I'm satisfied with this institution as a place to work/go to school.**

| Rater | # | Score | | | | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Dept Faculty | 55 | 3.58 | | | | | | 9% | 15% | 15% | 33% | 29% |
| Students | 16 | 3.44 | | | | | | 6% | 19% | 12% | 50% | 12% |

**52. I would recommend this institution as a good place to work/go to school.**

| Rater | # | Score | | | | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Dept Faculty | 55 | 3.55 | | | | | | 11% | 9% | 22% | 31% | 27% |
| Students | 16 | 3.44 | | | | | | 12% | 12% | 12% | 44% | 19% |

**51. The environment at Yale is a place that inspires people to go the extra mile.**

| Rater | # | Score | | | | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Dept Faculty | 55 | 3.29 | | | | | | 16% | 9% | 25% | 27% | 22% |
| Students | 16 | 3.19 | | | | | | 19% | 19% | 6% | 38% | 19% |

**53. I rarely think about leaving Yale to go to a different institution.**

| Rater | # | Score | | | | | Response Frequency | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Dept Faculty | 55 | 3.27 | | | | | | 15% | 20% | 18% | 18% | 29% |
| Students | 15 | 2.87 | | | | | | 13% | 27% | 27% | 27% | 7% |

Michael Simons

## Section 6: Importance Ratings

This section displays the 16 Differentiating Competencies ranked from the most important to the least important. Raters were asked to choose four competencies that, if executed with a high level of skill and expertise, would have the most significant impact on your role. This section is not about how well you are currently performing, but is solely about how important the selected competencies are for you to be extremely effective in your current position. The asterisk (*) symbol and yellow highlighting indicate the competencies you personally rated as most important. The numbers displayed in the table below indicate the number of times each competency was selected by the various types of raters. The column labeled "Score" displays your performance on this competency, as measured by the Total score from all of your raters (excluding your Self responses).

| COMPETENCY | Score | Total | Dept Fac | Stud |
|---|---|---|---|---|
| Displays High Integrity and Honesty | 2.53 | 44 | 38 | 6 |
| Inspires and Motivates Others to High Performance | 2.55 | 39 | 32 | 7 |
| Builds Relationships | 1.97 | 33 | 26 | 7 |
| Develops Strategic Perspective | 3.26 | 25 | 20 | 5 |
| Collaboration and Teamwork | 2.22 | 24 | 19 | 5 |
| Communicates Powerfully and Prolifically | 2.55 | 19 | 16 | 3 |
| Develops Others | 2.35 | 19 | 13 | 6 |
| Professional Expertise/Scholarly Stature | 3.46 | 15 | 12 | 3 |
| Innovates | 3.18 | 15 | 12 | 3 |
| Establishes High Standards | 3.10 | 13 | 12 | 1 |
| Practices Self-Development | 1.89 | 12 | 10 | 2 |
| Solves Problems and Analyzes Issues | 2.80 | 11 | 8 | 3 |
| Connects the Group to the Outside World | 3.06 | 9 | 7 | 2 |
| Champions Change | 3.13 | 5 | 1 | 4 |
| Drives for Results | 2.95 | 3 | 1 | 2 |
| Takes Initiative | 3.04 | 2 | 1 | 1 |

D - 007433

Michael Simons

## Section 7: Highest Scored Items

This section presents items receiving the highest total scores.  You should not necessarily assume that an item on this list does not need improvement.

| 10 Highest Items | Competency | Total | Dept Fac | Stud |
|---|---|---|---|---|
| 4. Many people seek after his/her opinions, research and expertise. (Has made a big impact on his/her field.) | Professional Expertise/ Scholarly Stature | 3.96 | 3.91 | 4.15 |
| 5. His/her skills, research and knowledge make an important contribution to advancing their field and reputation of the University. | Professional Expertise/ Scholarly Stature | 3.94 | 3.86 | 4.31 |
| 16a. Does everything possible to advance scholarship. | Drives for Results | 3.71 | 3.69 | 3.77 |
| 42. Has a perspective beyond the "day-to-day" work to take a longer-term, broader view of institutional decisions. | Develops Strategic Perspective | 3.52 | 3.48 | 3.78 |
| 6. Colleagues trust his/her ideas and opinions because of in-depth knowledge and expertise. | Professional Expertise/ Scholarly Stature | 3.51 | 3.47 | 3.67 |
| 19. Establishes high standards of excellence. | Establishes High Standards | 3.46 | 3.38 | 3.85 |
| 46. Has the courage to make the changes that will improve the institution. | Champions Change | 3.45 | 3.38 | 3.75 |
| 24. Is energized and excited to take on challenging goals for which he/she is held personally accountable. | Takes Initiative | 3.44 | 3.40 | 3.83 |
| 18. Follows through on objectives to ensure successful completion; i.e., does NOT get distracted before work is completed. | Drives for Results | 3.41 | 3.28 | 4.33 |
| 10. Frequently encourages others to consider new approaches, research topics and ideas (e.g., avoids getting stuck in a "one right way" approach). | Innovates | 3.40 | 3.35 | 3.67 |

Copyright © 2014 Zenger Folkman                    D - 007434

## Section 8: Lowest Scored Items

This section presents items receiving the lowest total scores. You should not necessarily assume that an item on this list is in fact a significant problem.

| 10 Lowest Items | Competency | Total | Dept Fac | Stud |
|---|---|---|---|---|
| 14. Actively looks for opportunities to get feedback to improve him/herself. | Practices Self-Development | 1.58 | 1.51 | 1.91 |
| 13. Makes a real effort to improve based on feedback from students, faculty and other colleagues. | Practices Self-Development | 1.70 | 1.68 | 1.82 |
| 31. Balances "getting things done" with a concern for others' needs. | Builds Relationships | 1.91 | 1.88 | 2.08 |
| 32. Is trusted by students, staff and colleagues. | Builds Relationships | 1.92 | 1.81 | 2.38 |
| 33. Stays in touch with issues and concerns of individuals in the department. | Builds Relationships | 1.94 | 1.89 | 2.15 |
| 1. Is a role model and sets a good example for his/her department/field. | Displays High Integrity and Honesty | 1.99 | 1.87 | 2.40 |
| 38. Resolves conflict within the groups of which he/she is a member. | Collaboration and Teamwork | 2.00 | 1.94 | 2.50 |
| 8. Is trusted by others to use good judgment when making decisions. | Solves Problems and Analyzes Issues | 2.03 | 1.96 | 2.33 |
| 33a. Takes the initiative to support and include people of different backgrounds and perspectives. | Builds Relationships | 2.11 | 2.02 | 2.55 |
| 16. Does everything possible to advance teaching. | Drives for Results | 2.22 | 2.16 | 2.43 |

Copyright © 2014 Zenger Folkman

D - 007435