# EXHIBIT E

CONFIDENTIAL

INTERVIEW RESULTS SUMMARY

An independent consultant interviewed 36 persons selected by Dean Robert Alpern, M.D., in consultation with Interim Chair of Internal Medicine Gary Desir, M.D. The sample consisted of nine professors, 11 associate professors, 10 assistant professors, and six others. The interviewees were selected on the basis of their knowledge of the Section of Cardiovascular Medicine and the diversity of experience that they offered. The interview questions were based on a survey tool prepared by Yale-New Haven Hospital. The table below sets out the questions asked and the responses, in percentages. In general, the responses of research faculty were mixed, and the responses of clinical faculty and non-faculty were more strongly negative.

| Question | Yes | No | Unsure |
|---|---|---|---|
|  | (%) | (%) | (%) |
| Has Dr. Simons established a vision for the Section? | 61 | 25 | 14 |
| Has Dr. Simons recruited and retained diverse, talented faculty to fulfill the clinical and research needs of the Section? | 31 | 47 | 22 |
| Has Dr. Simons supported the professional development of faculty members and assured fair compensation and an equitable division of clinical obligations and academic opportunities? | 11 | 61 | 28 |
| Has Dr. Simons encouraged innovative scholarship, including strong, extramurally funded basic, translational, and clinical research? | 58 | 25 | 17 |
| Has Dr. Simons promoted excellent clinical care, including multidisciplinary collaborations within the School of Medicine and Yale-New Haven Hospital? | 8 | 64 | 28 |
| Has Dr. Simons met the educational and career development needs of medical students, graduate students, residents, and fellows? | 6 | 81 | 14 |
| Has Dr. Simons created a positive work environment characterized by professionalism, honesty, integrity, diversity, respect, collaboration, open communication, and the sensitive management of conflict? | 11 | 72 | 17 |
| Has Dr. Simons managed department staff, finances and resources effectively and efficiently, in accord with the policies and financial targets of Yale Medical Group and the School of Medicine? | 3 | 33 | 64 |
| Is Dr. Simons suitable to lead the Section in the future? | 8 | 72 | 19 |