# EXHIBIT F

**Desir, Gary**

| | |
|---|---|
| **From:** | Gary Desir <gary.desir@yale.edu> |
| **Sent:** | Monday, October 27, 2014 11:10 AM |
| **To:** | Faculty - Internal Medicine - Cardiology |
| **Subject:** | ANNOUNCEMENT |

Dear Colleagues in the Section of Cardiovascular Medicine,

I am writing to inform you that Mike Simons has decided not to return as Chief of the Section of Cardiovascular Medicine. In the future, we will begin the search for a new Section Chief, and in due time I will communicate the details of the search process. In the interim, we are fortunate that Henry Cabin will continue to lead the Section. I am grateful to Mike for all he has done for the section and the department, and to all of you for the extraordinary effort you make on a daily basis to care for patients, to teach, and to advance science. I deeply appreciate the dedication that you have shown to the Section, the Department and the School of Medicine.

Best regards,

Gary