# EXHIBIT G

Begin forwarded message:

**From:** Gary Desir <gary.desir@yale.edu>
**Date:** 13 November 2014 21:53:13 GMT
**To:** Faculty - Internal Medicine - Cardiology <itscomm2@yale.edu>
**Subject: Important Announcement**

Dear Colleagues,

I write to let you know that Dr. Mike Simons will no longer serve as Director of the Cardiovascular Research Center. This change in leadership for the Center is effective immediately. Over the next few weeks, I will be considering the next steps for leadership of the Center and will keep you apprised of my decisions.

It is important that you are aware of the background of this decision. Last April, in response to information we were receiving about Dr. Simons' management of the Section, Dean Alpern, Yale New Haven Hospital President Richard D'Aquila, and I initiated the process of conducting an independent management review. That review involved extensive in-person interviews as well as an anonymous online survey in which many of you participated. The review was completed in August.

Subsequent to that process, I had many discussions with Dr. Simons. The initial consequence of those discussions was his decision in October to not return to his position as Section Chief in 2015, but to remain Director of the Cardiovascular Research Center. Since that decision was announced, I have had the opportunity to speak further with many individuals in the Section and I have concluded that my concerns about the management of the Section now extend to the Center. I have had additional conversations with Dr. Simons, and he will relinquish his position as Director in order to focus on his research.

I hope you will understand this was a thorough and thoughtful process in which I carefully considered the perspectives and concerns expressed to me. My primary concern has been the best interest of the group of dedicated individuals here who do such extraordinary work in cardiovascular medicine on a daily basis.

I will keep you apprised of the process for determining appropriate leadership for the Center and the identification of the next Section chief and I again want to thank Dr. Henry Cabin for serving as interim chief.

Best regards,
Gary

Gary V. Desir, M.D.
Professor of Medicine
Professor of Forestry and Environmental Studies

Interim Chair, Department of Medicine
Yale School of Medicine

330 Cedar Street – Boardman 110
P.O. Box 208056
New Haven, CT 06520-8056
Phone: (203) 785-4119
Fax: (203) 785-6954