# EXHIBIT H

Mike,

Brian and I want to address the issue of how you support your salary. I don't know what accounts you control, so we will need to study this. We want to be fair and supportive.

Best,

Bob

**From:** Michael Simons <michael.simons@yale.edu>
**Date:** Friday, April 27, 2018 at 5:44 PM
**To:** Robert Alpern <robert.alpern@yale.edu>
**Subject:** Re: chair

Will you address the salary funds issue?
Mike

On Apr 27, 2018, at 10:32 PM, Alpern, Robert <robert.alpern@yale.edu> wrote:

Dear Mike,

I want to consider the chair swap alone.

I am not agreeable to tying this swap to any guarantees of funding to you. I definitely would not agree to your third bullet as you now write it. Please let me know what your final decision is on the chair swap. If you do not wish to do this, I will let the university know.

Best wishes,

Bob

**From:** Michael Simons <michael.simons@yale.edu>
**Date:** Friday, April 27, 2018 at 8:50 AM
**To:** Robert Alpern <robert.alpern@yale.edu>
**Subject:** Re: chair

Dear Bob,

Whilst I appreciate your concern about potential publicity, the damage has already been done here. My interest in a swap is to secure a guaranteed and perpetual way of covering the deficit that inevitable arises with the NIH cap and funding vagaries. For these reasons I see increased chair sized as the best way forward. The alternative would be an equally secure alternative funding source.

To summarize our understanding:
- There will be no issues in getting the new chair and the process will not be sabotaged along the way.

DEFENDANT'S EXHIBIT #6 6-16-21

  I will not relinquish the current chair till I receive the appointment letter for the new one.
- The endowment in the new chair will be at least the same as in the current one. The value of a unit is standardized every year for all chairs and I will have the same number of units.
- Salary: The school will commit to covering my over-the-cap salary and overhead expenses as well as salary deficits that may arise. I will not need to use my reserve/endowment funds to cover the deficit. My current year reserve/endowment funds I used to cover these expenses will be restored.
  Specific amounts needed will be determined after your consultation with Brian Smith. As you indicated, this will be a high priority item

If you and the school commit to these items, we can move forward with the swap.

Thank you
Mike

Professor Michael Simons
Yale University

From: Robert Alpern <robert.alpern@yale.edu>
Date: Thursday, April 26, 2018 at 7:18 PM
To: Michael Simons <michael.simons@yale.edu>
Subject: Re: chair

Dear Mike,

You have my assurance on the first two bullets.
- There will be no issue in getting the new chair and the process will not be sabotaged along the way.
- The endowment in the new chair will be the same as in the current one. The value of a unit is standardized every year for all chairs and you will have the same number of units.

On the salary issue, I want to study it with Brian Smith. We need to understand the amount required and the timing. We want to make certain you will have the funds you need for salary support. I commit that we will address this very soon as a high priority.

Best wishes,

Bob

From: Michael Simons <michael.simons@yale.edu>
Date: Thursday, April 26, 2018 at 1:25 PM
To: Robert Alpern <robert.alpern@yale.edu>
Subject: Re: chair

Dear Bob:
I would like an assurance that:
- There will be no issue in getting the new chair and that the process will not be sabotaged along the way
- The endowment in the new chair will be the same as in the current one
- The salary issue we discussed will be address retroactive to July '17 (current academic year) as well as prospectively.

We these issues resolved I am happy to swap the chair.

Thank you

Professor Michael Simons
Yale University

From: Robert Alpern <robert.alpern@yale.edu>
Date: Thursday, April 26, 2018 at 6:02 PM
To: Michael Simons <michael.simons@yale.edu>
Subject: Re: chair

Dear Mike,

I am writing to follow up on our meeting last week and your email below. My intention in suggesting that we switch you to another chair is to maintain your current income from the Berliner chair, while avoiding a dispute with the family. I don't believe that a dispute, which could become public, would be in your interests or in the interests of YSM. At the same time, I understand that you are frustrated with what you see as a lack of institutional support, and I am considering a way of addressing your salary cap problem with other funds.

As you know, we are recruiting a new chief of cardiology, and I think it would make a lot of sense to offer the Berliner chair to the new chief. Please let me know as soon as possible if you agree that it would be reasonable to give you a new chair, with the same number of endowment units, while addressing your salary cap issue separately.

Best wishes,

Bob


From: Michael Simons <michael.simons@yale.edu>
Date: Sunday, April 22, 2018 at 6:39 PM
To: Robert Alpern <robert.alpern@yale.edu>
Subject: chair

Hi Bob,

I thought in some detail about the endowed chair swap you are suggesting.

My current chair payout is $118,645, a minimal gain over 10 years.

My only two salary sources are the chair and my NIH funding. Since the latter is capped, I need $160,138 to cover the salary and fringe. In the absence of any Section/Department salary support, this creates a large deficit for me I have no means of covering.

I would consider the swap if the new chair pays $160,138.

I also want to note that in the last 3 years I have not received any annual salary increases despite high-level academic performance.

Thank you,

Mike