# EXHIBIT I

## Yale OFFICE OF THE PRESIDENT

PO Box 208229
New Haven CT 06520-8229
T 203 432-2550

June 22, 2018

Professor Michael Simons
Department of Internal Medicine
Post Office Box 208017
New Haven, CT 06520-8017

Dear Mike,

I am very pleased to send formal confirmation that the Yale Corporation, at its last meeting, voted to approve your appointment as the Waldemar Von Zedtwitz Professor of Cardiology, effective immediately. As you know from your previous appointment as the Robert W. Berliner Professor of Cardiology, endowed chairs are awarded to those whose scholarship has brought distinction to the university, and I am delighted to convey our pleasure in your accomplishments.

*YaleNews* will soon publish a story announcing your appointment. Congratulations!

With warmest wishes,

Peter Salovey
President
Chris Argyris Professor of Psychology

PS:am/yx