# EXHIBIT J

| | |
|---|---|
| **From:** | Dean Robert J. Alpern, M.D. |
| **To:** | Desir, Gary |
| **Subject:** | Announcement Regarding Endowed Chair |
| **Date:** | Friday, September 21, 2018 1:51:04 PM |

To Members of the YSM Community,

When Dr. Michael Simons was transferred from the Berliner Chair to the Von Zedtwitz Chair, it was not my or the university's intention to confer a new honor on Dr. Simons. An endowed chair is an honor, but our intention in transferring chairs was not to bestow a new honor on the chair holder.

However, it has become clear that members of our community perceive the transfer of chairs as bestowing a new honor, and that this action is viewed as a statement about our values. I acknowledge the strength of the community's perception, and I am extremely concerned about its impact on the community's well-being.

This is not acceptable to me because the welfare of our community is vital to the success of our school. It is out of concern for the community's well-being that I share with you that, effective today, I have removed Dr. Simons from the Von Zedtwitz Chair.

I have genuinely valued your thoughts and feedback on this matter. It is only with your partnership that we can have the types of conversations and take the actions needed to make meaningful cultural change at the School of Medicine.

Sincerely,

Robert J. Alpern, MD
Dean and Ensign Professor of Medicine

This email was sent by: Yale University
P.O. BOX 208109 New Haven, CT, 06745, US

Update Profile