# EXHIBIT K



**State of Connecticut**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
West Central Region Office, 55 West Main Street, 2nd Floor, Suite 210, Waterbury, CT 06702
*Promoting Equality and Justice for all People*

February 28, 2019

Michael Simons
c/o Norman Pattis - 383 Orange Street 1st Floor
New Haven, CT  06511

RE:   1930488 Simons vs. Yale University

Dear Sir/Madam:

This letter confirms that your complaint, referenced above, has been filed with the Commission.

The enclosed General Notice advises you of your rights, duties and responsibilities. **Please read carefully the information contained in the notice.**

You have a duty to respond <u>timely</u> to any information or assistance requested and to cooperate with the Commission at all times. It is your sole duty and responsibility to notify the Commission of your whereabouts at all times throughout the pendency of this complaint. In the event that your address, telephone number or email address changes, it is your duty to notify the Commission immediately in writing. **Parties are encouraged to submit all filings by email only without an additional hardcopy if possible. Emailed filings with susan.mota@ct.gov; chro.westcentral@ct.gov should be emailed to: Commission on Human Rights & Opportunities, Rowland State Government Center, 55 West Main Street, Suite 210, Waterbury, CT  06702.**

Also, you have a duty to certify to the Commission that you have provided the Respondent with copies of all documents you file with the Commission. For your convenience and use, the enclosed Certification Form is made available.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Shawn Burns, Regional Manager
West Central Region
Encl.

cc:  Complainant's Attorney:   Norman Pattis

**State of Connecticut**
**Commission on Human Rights and Opportunities**
**AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE**

| For CHRO Office Use Only |
|---|
| Date Filed: 2/19/19    Case No: 1930488 |

My name is **Michael Simons**
And I reside at **c/o Norman A. Pattis, 383 Orange Street, New Haven CT 06511**
My mailing address is (if different than street address) _____
My telephone number is (home) **(203) 393-3017** (cell) _____
My email address is **c/o npattis@pattislaw.com**
The respondent is **Yale University**
Whose business address is **Yale Corp Council, 2 Whitney Ave, 6th Floor, New Haven CT 06510**
The alleged discrimination took place in the town/city of **New Haven**
The last discriminatory action took place on or about **5/21/2018**

**I was**
- [ ] denied reasonable accommodation on the basis of a disability on or about _____
- [ ] terminated on or about _____
- [ ] laid off on or about _____
- [x] demoted on or about _____
- [ ] poorly evaluated on or about _____
- [ ] sexually harassed on or about _____
- [ ] earning unequal pay on or about _____
- [ ] delegated unequal duties on or about _____
- [ ] delegated difficult assignments on or about _____
- [ ] placed on probation on or about _____
- [x] given reduced duties on or about **9/21/2018**
- [ ] denied equal services on or about _____
- [ ] discriminated against in terms and conditions of employment on or about _____
- [x] other **DEPRIVED CONTRACTUAL BENEFITS** on or about _____
- [ ] suspended on or about _____
- [ ] not recalled on or about _____
- [ ] harassed on or about _____
- [ ] warned on or about _____
- [ ] denied a raise on or about _____
- [ ] transferred on or about _____
- [ ] constructively discharged on or about _____
- [ ] not hired on or about _____
- [ ] not promoted on or about _____
- [ ] less trained on or about _____
- [x] retaliated against on or about _____

**And believe that my**
- [ ] age _____ date of birth: ___-___-___
- [ ] physical disability (IDENTIFY): _____
- [ ] learning disability (IDENTIFY): _____
- [ ] mental disorder (IDENTIFY): _____
- [ ] sexual orientation (IDENTIFY): _____
- [x] gender identity or expression **MALE**
- [ ] sex: [x] male [ ] female
- [ ] religious creed/creed (IDENTIFY): _____
- [ ] previously opposed, filed or assisted
- [ ] other _____
- [ ] marital status (IDENTIFY): _____
- [ ] race (IDENTIFY): _____
- [ ] color (IDENTIFY): _____
- [ ] national origin (IDENTIFY): _____
- [ ] ancestry (IDENTIFY): _____
- [ ] alienage (IDENTIFY): _____
- [ ] intellectual disability: _____
- [ ] sex: PREGNANCY _____
- [ ] prior criminal record (state employment only)

Was/were in part a reason in this action.

**STATE OF CONNECTICUT**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**

THIS SECTION TO BE FILLED OUT BY CHRO STAFF
Respondent violated the following statutes and acts listed below, as amended, enforced through Conn. Gen. Stat. §46a-58(a) if applicable.

- [✓] 46a-60(a)(1)
- [ ] 46a-60(a)(4)
- [ ] 46a-60(a)(5)
- [ ] 46a-60(a)(7)
- [ ] 46a-60(a)(8)( )( )
- [ ] 46a-60(a)(9)
- [ ] 46a-60(a)(10)
- [ ] 46a-60(a)(11)
- [ ] 46a-63
- [ ] 46a-64(a)( )
- [ ] 46a-66(a)
- [ ] 46a-70a
- [ ] 46a-71
- [ ] 46a-75
- [ ] 46a-80
- [ ] 46a-81c
- [ ] 46a-81d(a)
- [ ] 46a-81f
- [ ] 46a-81g
- [ ] 46a-81h
- [ ] 46a-81l
- [ ] 10-15(c)
- [✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C 2000e and the Civil Rights Act of 1991 (15 + employees)
- [ ] Age Discrimination in Employment Act of 1967, 29 U.S.C. 621-634 (20+ employees and over the age of 40)
- [ ] Equal Pay Act of 1964
- [ ] Americans With Disabilities Act, 42 U.S.C. 12101 et seq.
- [ ] Rehabilitation Act of 1973, as amended
- [ ] Other: _____

F103

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Directions: If any information is irrelevant write "n/a". If any information is unknown write "unknown" If you need to add additional information please add an additional sheet of paper and identify which paragraph it relates to.

1. I worked or applied to work for respondent at the following location: Yale-New Haven Hospital, Yale University, School of Medicne

2. The respondent employs at least 250 people.

3. I began working for the respondent on or about: 2008
   Or I applied to work for the respondent on or about: _____

4. My most recent job title was/is: Waldemar Von Zedwitz, Professor of Cardiology

5. I believe respondent discriminated against me on 09/21/2018 when I was removed from my endowed chair

6. The following individuals not of my class bases were treated more favorably: _____
   when other honorees is endowed chairs

7. **For harassment claims only**: The person who harassed me was/is ☐ a supervisor or ☐ a co-worker. I reported the harassment on _____ and as a result of my report _____

8. **For retaliation claims only**: I complained about discrimination to _____ on _____ and as a result of my report: _____

☐ I request that those individuals or entities also be named as Respondents to this action.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

9. **For disability claims only**: On _____ I was diagnosed with the following disability/disabilities _____
I believe the respondent was aware of my disability/disabilities because: _____
_____

10. **For disability/reasonable accommodations claims only**. I asked the respondent for the following accommodation(s) to assist me with my disability: _____
I made this request to _____ ☐ verbally on or about _____
and/or ☐ in writing on or about _____. After I made the request the respondent responded in the following way _____
I was unhappy with the way the respondent responded because: _____
_____
_____

11. **For perceived disability claims only**: Although I am not disabled, I believe the respondent believed I had the following disabilities: _____
and treated me differently based on what belief in the following way(s): _____
_____
_____

12. **For pregnancy discrimination claims only**: I was pregnant from on or about _____ to _____ and the respondent knew about my pregnancy because: _____
The respondent took the following action(s) against me which I believe was based on my pregnancy: _____
_____
_____

13. **For aiding and abetting claims only**: I believe the following individuals or entities abetted the respondent in the discrimination I alleged above _____
and their mailing address(es) is/are _____
The actions these individuals took are: _____
_____

☐ I request that those individuals or entities also be named as Respondents in this action.

14. Any other information that is important about this case: <u>See attached letter to federal Department of Education (Attachment A)</u>

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

15. I therefore charge the Respondent(s) with discriminating against me based on my protected class base(s) and I request all damages that I might be entitled to under the relevant statutes.

**IMPORTANT: YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE YO RETURN THIS FORM**

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

___Dr. Michael Simons___ being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at ___New Haven___, Connecticut this __29th__ day of __October__ 20__18__.

X_____
(Complainant's Signature)

Subscribed and sworn to before me this __29th__ day of __October__ 20__18__

_____
Notary Public or Commissioner of the Superior Court

My Commission Expires: __1/31/2023__