# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
|     Plaintiff, | : | 3:19-CV-01547 (VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS, | : | |
|     Defendants. | : | MARCH 29, 2022 |

## MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff, through counsel, respectfully moves the Court for a 30-day extension of time to reply to the Defendants' motion for summary judgment (Dkt. 90) until May 6, 2022:

In support thereof, the undersigned represents the following:

1. I and my colleague, Norman A. Pattis, represent the Plaintiff, Dr. Michael Simons.

2. The Defendants filed a motion for summary judgment on March 16, 2022.

3. The Plaintiff's response is due on April 6, 2022.

4. This is the Plaintiff's first request for an extension of time to file a response.

5. The undersigned has contacted counsel for the Defendants who has no objection to the granting of this motion.

6. The undersigned and his colleagues need a 30-day extension of time to properly assemble evidence demonstrating material questions of fact, research the issues, and prepare adequate briefing to assist the Court in deciding the Defendants'

motion for summary judgment. The following factors have created the undersigned's need for additional time:

    a. Document production in this case has encompassed thousands of pages. While the the undersigned has culled that production significantly for depositions, he has already renewed his efforts to glean further evidence from those productions to properly respond to the Defendants' motion. He will need additional time to complete that process.

    b. The undersigned and his colleagues lost their paralegal approximately a week after the Defendants filed their motion, and they have not replaced her, which has compromised their ability to glean additional evidence as discussed above.

    c. The undersigned and his colleagues have lost considerable time in replying to the Defendants' motion because they have been required to supply emergency briefing on multiple occasions in a Connecticut case, *Lafferty, et al. v. Jones*, UWY-CV18-6046436-S, and the undersigned has been responsible for managing the migration of tens of thousands of discovery items from predecessor counsel.

    d. The undersigned and his colleagues also have expedited briefing due to the Second Circuit in the case, *We The Patriots USA, Inc., et al. v. Connecticut Office of Early Childhood Education, et al.*, 22-249, that is due on April 15, 2022. Preparing a response to the Defendants' motion for summary judgment by April 6, 2022 would impact their ability both to respond and to prepare an adequate brief for the Second Circuit.

Thus, for these reasons, the undersigned respectfully asks the Court to grant the Plaintiffs' motion for an extension of time to respond to the Defendants' motion for summary judgment until May 6, 2022.

/s/ Cameron L. Atkinson /s/

CAMERON L. ATKINSON, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
catkinson@pattisandsmith.com
Federal Bar No.: ct31219

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on March 29, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

*/s/ Cameron L. Atkinson /s/*
ct31219