UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
|     Plaintiff, | : | 3:19-CV-01547 (OAW) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS, | : | |
|     Defendants. | : | MAY 6, 2022 |

## UPDATED NOTICE OF APPEARANCE

On October 28, 2022, the undersigned entered his appearance pro hac vice on behalf of the Plaintiff, Dr. Michael Simons, pursuant to the Court's order granting his motion to appear pro hac vice on behalf of Dr. Simons. Since then, the undersigned has applied for and been granted admission to the bar of the Court.

Thus, the undersigned hereby respectfully updates his notice of appearance on behalf of the Plaintiff to reflect that he is no longer appearing pro hac vice in this case, but as a full member of the Court's bar.

                                THE PLAINTIFF

                                /s/ Cameron L. Atkinson /s/
                                CAMERON L. ATKINSON, ESQ.
                                PATTIS & SMITH, LLC
                                383 Orange Street
                                New Haven, CT 06511
                                Tel:  (203) 393-3017
                                Fax: (203) 393-9745
                                catkinson@pattisandsmith.com
                                Federal Bar No.: ct31219

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on May 6, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Cameron L. Atkinson /s/*
ct31219
