UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
|     Plaintiff, | : | 3:19-CV-01547 (OAW) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY, | : | |
| ROBERT ALPERN, M.D., | : | |
| UNKNOWN PERSONS, | : | |
|     Defendants. | : | MAY 6, 2022 |

## PLAINTIFF'S MOTION TO SEAL

Pursuant to D. Conn. Local Rule. 5(e), the Plaintiff, Dr. Michael Simons, hereby moves the Court for permission to file portions of his opposition to the Defendants' motion for summary judgment and their accompanying exhibits under seal. In submitting this motion, Dr. Simons invokes the procedure established by D. Conn. Local Rule 5(e)(4)(a).

As more fully discussed in the accompanying memorandum of law, Conn. Gen. Stat. § 31-128f law requires the sealing of the documents that Dr. Simons seeks to submit as well as his discussion of those documents in his memorandum of law in opposition to the Defendants' motion for summary judgment.

The undersigned have conferred with counsel for the Defendants who have no objection to the Plaintiffs' motion to file under seal. The Defendants also take the position that the information contained in the testimony and documents is confidential and privileged under Conn. Gen. Stat. § 31-128f and that the testimony and documents are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

1

THE PLAINTIFF

/s/ Norman A. Pattis /s/
/s/ Cameron L. Atkinson /s/
NORMAN A. PATTIS, Esq.
CAMERON L. ATKINSON, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com
catkinson@pattisandsmith.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on May 6, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Norman A. Pattis /s/*
