# Exhibit I

## XXI.  Other University Policies Affecting Faculty

### A.  Sexual Harassment

Sexual harassment is antithetical to academic values and to a work environment free from the fact or appearance of coercion. It is a violation of University policy and may result in serious disciplinary action. Sexual harassment consists of non-consensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. Conduct that occurs in the process of application for admission to a program or selection for employment is covered by this policy, as well as conduct directed toward University students, postdoctoral appointees, faculty, or staff members.

State law requires that all members of the faculty who supervise one or more employees must complete an approved training course on preventing sexual harassment.

A student complaint of sexual harassment by a faculty member may be reviewed under the grievance procedures of the student's school or under the Provost's Procedure for Student complaints. A staff member's complaint of sexual harassment by a faculty member may be reviewed under the appropriate staff grievance procedures. Faculty members who believe they have been sexually harassed may use the complaint review procedure described in Section III.L or III.M . Any faculty member concerned about an issue of sexual harassment is encouraged to discuss it with the dean of his or her school, the Office of the Provost, or the school's or University's Title IX Coordinator.

### B.  Teacher-Student Consensual Relations

The integrity of the teacher-student relationship is the foundation of the University's educational mission. This relationship vests considerable trust in the teacher, who, in turn, bears authority and accountability as a mentor, educator, and evaluator. The unequal institutional power inherent

# XXI.  Other University Policies Affecting Faculty

## A.  Sexual Harassment

Sexual harassment is antithetical to academic values and to a work environment free from the fact or appearance of coercion. It is a violation of University policy and may result in serious disciplinary action. Sexual harassment consists of nonconsensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. Conduct that occurs in the process of application for admission to a program or selection for employment is covered by this policy, as well as conduct directed toward University students, postdoctoral appointees, faculty, or staff members. In addition, conduct initiated by or directed toward third parties (i.e., individuals who are neither students nor employees, including but not limited to guests and consultants) is covered by this policy. Both men and women are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex of the harasser. Sexual harassment is a matter of particular concern to an academic community in which students, faculty, and staff are related by strong bonds of intellectual dependence and trust. If members of the faculty, whether professors or teaching fellows, or other Yale employees, introduce sex into a professional relationship with a student, they abuse their position of authority. See the University's Policy on Teacher-Student Consensual Relations.

State law requires that all members of the faculty who supervise one or more employees must complete an approved training course on preventing sexual harassment.

A student or staff member's complaint of sexual harassment by a faculty member may be reviewed by the University-Wide Committee on Sexual Misconduct (UWC). Faculty members who believe they have been sexually harassed by faculty members or students may also use the UWC. The UWC's procedures are available on its website. Any faculty member concerned about an issue of sexual harassment may and is encouraged to discuss it with the University's Title IX Coordinator, the Deputy Title IX Coordinator for his or her school or any other school, the Chair of the UWC, or the Office of the Provost.

Case 3:19-cv-01547-OAW   Document 99-9   Filed 05/06/22   Page 4 of 6

162    Yale University Faculty Handbook — September 18, 2015

# XXI. Other University Policies Affecting Faculty

## A. Sexual Harassment

Sexual harassment is antithetical to academic values and to a work environment free from the fact or appearance of coercion. It is a violation of University policy and may result in serious disciplinary action. Sexual harassment consists of nonconsensual sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. Conduct that occurs in the process of application for admission to a program or selection for employment is covered by this policy, as well as conduct directed toward University students, postdoctoral appointees, faculty, or staff members. In addition, conduct initiated by or directed toward third parties (i.e., individuals who are neither students nor employees, including but not limited to guests and consultants) is covered by this policy. Both men and women are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex of the harasser. Sexual harassment is a matter of particular concern to an academic community in which students, faculty, and staff are related by strong bonds of intellectual dependence and trust. If members of the faculty, whether professors or teaching fellows, or other Yale employees, introduce sex into a professional relationship with a student, they abuse their position of authority. See the University's Policy on Teacher-Student Consensual Relations.

State law requires that all members of the faculty who supervise one or more employees must complete an approved training course on preventing sexual harassment.

A student or staff member's complaint of sexual harassment by a faculty member may be reviewed by the University-Wide Committee on Sexual Misconduct (UWC). Faculty members who believe they have been sexually harassed by faculty members or students may also use the UWC. The UWC's procedures are available on its website. Any faculty member concerned about an issue of sexual harassment may and is encouraged to discuss it with the University's Title IX Coordinator, the Deputy Title IX Coordinator for his or her school or any other school, the Chair of the UWC, or the Office of the Provost.

# XXI. Other University Policies Affecting Faculty

## A. Sexual Harassment

Sexual harassment is antithetical to academic values and to a work environment free from the fact or appearance of coercion. It is a violation of University policy and may result in serious disciplinary action. Sexual harassment consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. Conduct that occurs in the process of application for admission to a program or selection for employment is covered by this policy, as well as conduct directed toward University students, postdoctoral appointees, faculty, or staff members. In addition, conduct initiated by or directed toward third parties (i.e., individuals who are neither students nor employees, including but not limited to guests and consultants) is covered by this policy. Both men and women are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex of the harasser. Sexual harassment is a matter of particular concern to an academic community in which students, faculty, and staff are related by strong bonds of intellectual dependence and trust. If members of the faculty, whether professors or teaching fellows, or other Yale employees, introduce sex into a professional relationship with a student, they abuse their position of authority. See the University's Policy on Teacher-Student Consensual Relations.

State law requires that all members of the faculty who supervise one or more employees must complete an approved training course on preventing sexual harassment.

A student or staff member's complaint of sexual harassment by a faculty member may be reviewed by the University-Wide Committee on Sexual Misconduct (UWC). Faculty members who believe they have been sexually harassed by faculty members or students may also use the UWC. The UWC's procedures are available on its website. Any faculty member concerned about an issue of sexual harassment may and is encouraged to discuss it with the University's Title IX Coordinator, the Deputy Title IX Coordinator for their school or any other school, the Chair of the UWC, or the Office of the Provost.

# XXI.  Other University Policies Affecting Faculty

## A.  Sexual Misconduct

Yale University is committed to maintaining and strengthening educational, working, and living environments founded on mutual respect in which students, faculty, and staff are connected by strong bonds of intellectual dependence and trust. Sexual misconduct is antithetical to the standards and ideals of our community. Therefore, Yale University prohibits all forms of sexual misconduct.

These policies apply to all members of the Yale community as well as to conduct by third parties (i.e., individuals who are not students, faculty, or staff, including but not limited to guests and consultants) directed toward University students, faculty, or staff members. Conduct that occurs in the process of application for admission to a program or selection for employment is covered by these policies. These policies also apply to conduct that occurs in Yale-related off-campus activities.

Many forms of sexual misconduct are prohibited by federal law, including Title IX of the education amendments of 1972, and by Connecticut statutes, and could result in criminal prosecution or civil liability.

Sexual misconduct incorporates a range of behaviors including sexual assault, sexual harassment, intimate partner violence, stalking, voyeurism, and any other conduct of a sexual nature that is nonconsensual or has the purpose or effect of threatening, intimidating, or coercing a person.  Violations of Yale's Policy on Teacher-Student Consensual Relations and its Policy on Relationships between Staff Members are also forms of sexual misconduct.  For more information on Yale's policies, definitions and resources, please see the Sexual Misconduct Response and Prevention website.

The University Title IX Coordinator has responsibility for ensuring compliance with Yale's policies regarding sexual misconduct. The University-Wide Committee on Sexual Misconduct (UWC) and the University and Deputy Title IX coordinators address allegations of sexual misconduct.

**Retaliation**. Yale University strictly forbids retaliation against individuals who report sexual misconduct, file complaints of sexual misconduct, cooperate in the investigation of sexual misconduct, or hear formal or informal complaints of sexual misconduct. This prohibition against retaliation protects complainants, respondents, witnesses, or other persons who have provided or may provide information to a Title IX coordinator or the University-Wide Committee on Sexual Misconduct (UWC).  If you believe you have experienced retaliation, you should consult with a Title IX coordinator or the UWC Secretary.