# Exhibit N

```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT


 - - - - - - - - - x
MICHAEL SIMONS,           |
          Plaintiff,      |
                          | 3:19-CV-01547(VAB)
     v.                   |
                          |
YALE UNIVERSITY,          |
PETER SALOVEY,            |
ROBERT ALPERN, M.D.,      |
UNKNOWN PERSONS,          |
          Defendants.     | August 4, 2021
 - - - - - - - - - x




          DEPOSITION OF GARY DESIR, M.D.

                via videoconference



     Taken before Kristine A. Paradis, LSR 338, a
     Court Reporter and Notary Public within and
     for the State of Connecticut, pursuant to
     Notice and the Federal Rules of Civil
     Procedure, via videoconference, on August 4,
     2021, commencing at 9:18 a.m.
```

FALZARANO COURT REPORTERS, LLC
4 Somerset Lane
Simsbury, Connecticut 06070
860.651.0258
www.falzaranocourtreporters.com

Falzarano Court Reporters, LLC

```
 1   APPEARANCES:

 2        For the Plaintiff:

 3             PATTIS & SMITH, LLC
               383 Orange Street
 4             New Haven, Connecticut 06511
               203.393.3017
 5             npattis@pattisandsmith.com
                  BY:  NORMAN A. PATTIS, ESQ. **
 6

 7        For the Defendants Yale University,
          Peter Salovey, and Robert Alpern, M.D.:
 8
               CLENDENEN & SHEA, LLC
 9             400 Orange Street
               New Haven, Connecticut 06511
10             203.787.1183
               kcs@clenlaw.com
11                BY:  KEVIN C. SHEA, ESQ. **

12
          Also Present:
13
               Cameron Atkinson, Esq. **
14             Pattis & Smith, LLC

15

16

17

18

19

20   ** via videoconference

21

22

23

24

25
```

```
 1                    S T I P U L A T I O N S
 2
 3            It is stipulated and agreed by counsel for
 4   the parties that all objections are reserved until
 5   the time of trial, except those objections as are
 6   directed to the form of the question.
 7            It is stipulated and agreed between counsel
 8   for the parties that the proof of the authority of
 9   the Notary Public, before whom this deposition is
10   taken, is waived.
11            It is further stipulated that any defects
12   in the Notice are waived.
13            It is further stipulated that the
14   deposition may be signed before any Notary Public.
15
16               T R A N S C R I P T   L E G E N D
17
     (sic)              - Exactly as said.
18
     (Phonetic)         - Exact spelling not provided.
19
     ( -- )             - Break in speech continuity
20                        and/or interrupted sentence.

21   (...)              - Indicates omission of word[s]
                          when reading OR trailing off
22                        and not finishing a sentence.

23   (As read)          - When reading, adding,
                          deleting or changing words so
24                        as not to be a direct quote
                          from document.
25
```

```
 1                MR. PATTIS:  Yes.  Yes.  Thank you.
 2           Thank you, Kevin.
 3                THE WITNESS:  Yeah.  Those are the
 4           people.  People reach out to me; I speak
 5           with them.
 6   BY MR. PATTIS:
 7       Q    Okay.  Did you have any oral
 8   communications with folks about this?
 9       A    No.
10       Q    Who is ███████████████?
11       A    ████████████████████████████████████
12       Q    ███ was particularly upset about
13   Dr. Simons; was ███ not?
14       A    Yes.
15       Q    Is --
16                MR. SHEA:  Norm --
17   BY MR. PATTIS:
18       Q    -- he still with --
19                MR. SHEA:  Norm?
20                MR. PATTIS:  Yes.
21                MR. SHEA:  Just for the purposes of
22           this, where this might go, I know we
23           have the documents.  And just a heads-up
24           on the questions that are coming, I'm
25           going to ask that to the extent that we
```

```
1            get into details about ▮▮▮▮▮▮▮
2            employment that is protected by the
3            personnel statute, that we designate
4            these pages discussing it as
5            confidential.
6                 MR. PATTIS:  And attorneys' eyes
7            only?
8                 MR. SHEA:  Yes.
9                 MR. PATTIS:  And that will include
10           then -- that will include the next
11           series of questions, Kevin, together
12           with Exhibit 21, which I'm going to now
13           refer to.  So, 21 should also be
14           confidential and attorneys' eyes only.
15           All right?
16                MR. SHEA:  Well, 21, yes, I guess
17           is -- in an excess of caution it should
18           be.  I think by itself it doesn't
19           disclose anything, but the context will.
20                MR. PATTIS:  Yeah.  Well, I'm
21           assuming -- let me ask the question -- I
22           think you just confirmed -- I might know
23           the answer to.
24
25
```

```
 1
 2             (Page 75 to 78 marked:
 3         Confidential – Attorneys' Eyes Only.
 4         Page 79, line 1, continues no omissions.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1    BY MR. PATTIS:
2        Q    When Dr. Simons had the Von -- do you
3    think Dr. Simons was treated fairly when the
4    Von Zedtwitz chair was taken from him?
5              MR. SHEA:  Object to the form.
6              THE WITNESS:  The -- now, as I
7         mentioned before --
8              MR. PATTIS:  That calls for a yes
9         or no.
10   BY MR. PATTIS:
11       Q    Do you think Dr. Simons was treated
12   fairly when the Von Zedtwitz chair was taken from
13   him?  Yes or no?
14             MR. SHEA:  I'm going to object to
15        the form of the question and say that
16        the witness is not limited to your
17        direction of the yes or no.  He can
18        answer the question with whatever words
19        he chooses to put around it.  You can
20        follow up, but --
21             MR. PATTIS:  Not if he wants to
22        leave by 11:00.
23             MR. SHEA:  Well, I'm going to -- my
24        objection stands.  But you can answer
25        the question if you're able, Doctor.
```

```
 1              STATE OF CONNECTICUT
 2       I, KRISTINE A. PARADIS, LSR 338, a Notary Public
 3   duly commissioned and qualified in and for the State
 4   of Connecticut, do hereby certify that pursuant to
 5   Notice, there came remotely before me via
 6   videoconference on the 4th day of August, 2021, the
 7   following named person, to wit:  GARY DESIR, M.D.,
 8   who was by me duly sworn to testify to the truth and
 9   nothing but the truth; that he was thereupon
10   carefully examined upon his oath and his examination
11   reduced to writing under my supervision; that this
12   deposition is a true record of the testimony given by
13   the witness.
14       I further certify that I am neither attorney nor
15   counsel for, nor related to, nor employed by any of
16   the parties to the action in which this deposition is
17   taken, and further, that I am not a relative or
18   employee of any attorney or counsel employed by the
19   parties hereto, or financially interested in this
20   action.
21       IN WITNESS THEREOF, I have hereunto set my
22   hand this 26th day of August 2021.
23                       _____
24                       KRISTINE A. PARADIS, CSR #338
                         Certified Shorthand Reporter
25   My Commission expires:  May 31, 2023
```