# Exhibit O

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   - - - - - - - - - x
     MICHAEL SIMONS,        |
 4              Plaintiff,  |
                            |   3:19-CV-01547(VAB)
 5          v.              |
                            |
 6   YALE UNIVERSITY,       |
     PETER SALOVEY,         |
 7   ROBERT ALPERN, M.D.,   |
     UNKNOWN PERSONS,       |
 8              Defendants. |   August 4, 2021
     - - - - - - - - - x
 9

10

11

12          DEPOSITION OF GARY DESIR, M.D.

13                 via videoconference

14

15      Taken before Kristine A. Paradis, LSR 338, a
        Court Reporter and Notary Public within and
16      for the State of Connecticut, pursuant to
        Notice and the Federal Rules of Civil
17      Procedure, via videoconference, on August 4,
        2021, commencing at 9:18 a.m.
18

19

20

21

22

23         FALZARANO COURT REPORTERS, LLC
                  4 Somerset Lane
24           Simsbury, Connecticut 06070
                   860.651.0258
25         www.falzaranocourtreporters.com
```

CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
 1   APPEARANCES:

 2        For the Plaintiff:

 3             PATTIS & SMITH, LLC
               383 Orange Street
 4             New Haven, Connecticut 06511
               203.393.3017
 5             npattis@pattisandsmith.com
                  BY:  NORMAN A. PATTIS, ESQ. **
 6

 7        For the Defendants Yale University,
          Peter Salovey, and Robert Alpern, M.D.:
 8
               CLENDENEN & SHEA, LLC
 9             400 Orange Street
               New Haven, Connecticut 06511
10             203.787.1183
               kcs@clenlaw.com
11                BY:  KEVIN C. SHEA, ESQ. **

12
          Also Present:
13

14             Cameron Atkinson, Esq. **
               Pattis & Smith, LLC
15

16

17

18

19

20   ** via videoconference

21

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY





CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Falzarano Court Reporters, LLC

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE

I hereby certify that the foregoing 6 pages are a complete and accurate computer-aided transcription of my original stenotype notes taken of the Testimony of GARY DESIR, which was held in re: Michael Simons v. Yale University, Peter Salovey, Robert Alpern, M.D., and Unknown Persons, on August 4, 2021.

*Kristine Paradis*

Kristine A. Paradis, CSR #338
Certified Shorthand Reporter