# Exhibit Q

September 27, 2018

Dear SWIM Executive Committee and SWIM Liaisons,

Dean Alpern announced that he and the University removed Dr. Michael Simons from the Von Zedtwitz Professorship effective Friday, September 21, 2018. This was an important goal for SWIM and our colleagues at YSM, and we are pleased at this outcome. Allowing Dr. Simons to retain the prestigious Robert W. Berliner Professor of Medicine Endowed Chair and then his recent "transfer" to the Von Zedtwitz Professorship re-enforced a damaging message that Yale School of Medicine tolerates and indeed rewards harassment. As stated in the recent National Academies of Science, Engineering, and Medicine report, "Sexual Harassment of Women: Climate, Culture, and Consequences in Academic Sciences, Engineering, and Medicine," organizational climate, or perceived tolerance is the "most potent predictor of sexual harassment occurring in an organization."

SWIM has been working with our Dean to improve climate at YSM for the last five years, but we have a long way to go. Now is the time to encourage our administration to act on important changes that we believe will improve the YSM climate. We have attached within this email our proposed Sexual Harassment Policy, but we point out the most important issue within this statement:

Increase Gender Diversity in leadership by January 1, 2020. Research suggests that when an organization consists of greater than 35% percent women in leadership roles, women are able to change organizational culture. Sexual harassment thrives in male-dominated environments. The ultimate solution to harassment is shifting the power dynamic between men and women in an organization. Increasing gender diversity at the top makes a difference.
   http://5050x2020.org/why-gender-balanced-leadership-is-good-for-business/
   (https://www.theatlantic.com/business/archive/2017/11/organizations-sexual-harassment/546707/)

The NASEM report supports these conclusions in our own business of academia.

SWIM has steadily supported improved gender diversity, but the change has been minimal. For instance, for the past 25 years the number of female chairs at the medical school has been 11% (3/28) despite much more rapid increases in female tenured faculty. In 2018, this number increased to 14% (4/28).

SWIM's proposed Comprehensive Sexual Harassment Policy for Yale School of Medicine outlines additional critical measures to advance the climate at Yale School of Medicine to one which is less hostile to women. We remind the Executive Board and Liaisons that we first proposed this policy to the Dean in October 2017. The only progress to date has been on honorifics for convicted sexual harassers. With this statement, we propose to jump start 2018-2019 by working on improving climate at YSM.

Thank you for all of your hard work on these issues.

Nina Stachenfeld, PhD
Elizabeth Jonas, MD
Co-Chairs
SWIM, Yale School of Medicine

Comprehensive Sexual Harassment Policy for Yale School of Medicine (YSM) proposed by the
Committee on the Status of Women in Medicine (SWIM)

**Background**

While sexual harassment policies exist at YSM, the persistent reports and complaints of sexual
harassment at YSM documented by SWIM and within departments has prompted us to re-
evaluate current measures and propose a more specific and comprehensive policy to combat
harassment, improve climate and provide a safe and thriving working environment for all
employees at the Yale School of Medicine.

Incidents of sexual harassment by or towards any employee, member, vendor, or other person in
our workplace or off campus clinics must be treated seriously and investigated promptly. Yale
School of Medicine must be committed to enforcing this proposed comprehensive policy at all
levels within the School. Any officer, director, manager, supervisor, or employee who engages in
prohibited discrimination or harassment must be subject to discipline, up to and including
discharge from employment or removal from leadership.

With this document, SWIM proposes not only specific measures intended to reduce the exposure
of employees at YSM to sexual harassment, but also to provide support for leadership at YSM
when confronting offenders, and to show perpetrators of harassment that they face serious
consequences. This is key to preventing further offenses as well as for YSM to demonstrate the
extent and seriousness of our commitment to diversity and excellence as well as significantly
improve the current climate.

*Importance of Diversity*

When women reach critical mass in organizational leadership positions, things change. Women
are more likely to notice and challenge sexism than male leaders[1]. As a Harvard Business
Review article noted, "Male-dominated management teams have been found to tolerate, sanction,
or even expect sexualized treatment of workers."[2] Conversely, organizations with a high number
of women in leadership positions tend to be organizations in which sexual harassment is less
likely to occur.

Productivity in the workplace also increases with gender diversity.  Companies with more
women on their boards outperform those with few or no women. A McKinsey Study[3] found that
gender-diverse organizations outperformed those with less gender diversity. (Ethnic/racial
diversity increased performance still more.)

**Yale Sexual Misconduct Policies and Related Definitions**

Yale University is committed to maintaining and strengthening educational, working, and living
environments founded on mutual respect in which students, faculty, and staff are connected by
strong bonds of intellectual dependence and trust. Sexual misconduct is antithetical to the
standards and ideals of our community. Therefore, Yale University prohibits all forms of sexual
misconduct. Yale aims to eradicate sexual misconduct through education, training, clear
definitions and policies, and serious consequences for policy violations. The University Title IX

Coordinator has responsibility for ensuring compliance with Yale's policies regarding sexual misconduct. The University-Wide Committee on Sexual Misconduct (UWC) and the Title IX coordinators address allegations of sexual misconduct.

These policies apply to all members of the Yale community as well as to conduct by third parties (i.e., individuals who are not students, faculty, or staff, including but not limited to guests and consultants) directed toward university students, faculty, or staff members. Conduct that occurs in the process of application for admission to a program or selection for employment is also covered by these policies.  Both victim and the harasser can be either a woman or a man, and the victim and harasser can be of the same sex or gender.

Sexual Harassment
*Harassment undermines the integrity of the workplace and diminishes the personal dignity of the individual who is the target.*

Sexual harassment consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. All members of our community are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex or gender of the harasser.

> a. Harassment can include "sexual harassment" or unwelcome sexual advances, requests for sexual favors, and other verbal or physical harassment of a sexual nature.
> b. Harassment does not have to be of a sexual nature, however, and can include offensive remarks about a person's sex. For example, it is illegal to harass a woman by making offensive comments about women in general.

**Comprehensive Sexual Harassment Policy for Yale School of Medicine:**

1) **A series of public announcements from YSM leadership. April 30, 2018.** These would come from men and women in leadership and would clearly and forcefully reinforce women's vital role in medicine and science and pledge new commitment to investigate claims **of sexual harassment, sexual assault and bullying** at the school and clinics.  *These announcements can include:*
   > a. **An announcement of the expansion of the Title IX program.**  Now that two of these new Coordinators are trained and established, an outreach should be done to provide information to students, faculty and other employees to ensure that all are aware of Title IX and the associated rights and processes.
   > b. **Provide employees at YSM written guidance on policies and procedures.** Information on what to do in cases of harassment and bullying. Policies and procedures should be available in numerous places where employees can easily

find them, e.g. faculty web pages, dean's website, SWIM, MORE etc. Who does a faculty member go to if someone in their Department has been harassing or bullying them? The range of potential, consequences for violating harassment and Standard of Conduct policies should be clearly specified.

c. **Open conduit to the University Wide Committee on Sexual Misconduct.** We propose that all current and new employees be given immediate access to a procedures document outlining what to do in cases of harassment or discrimination, including https://provost.yale.edu/sites/default/files/files/UWC%20Procedures.pdf as well as the website describing the scope and purpose of the University Wide Committee on Sexual Misconduct (UWC) https://provost.yale.edu/uwc/procedures.

d. **Lead by example.** The Deans office and the Deputy Dean of Diversity and Inclusion can inform Chairs to lead by example and to teach senior staff that vulgarity in language, even if inappropriate touching never happens, trickles down throughout the organization. Loose conversation promotes a negative culture throughout the chain of command. The *organization* can set the example that that kind of language is not acceptable — from the top down.

2) **Endowed Chairs.** Faculty found guilty of sexual misconduct or other serious violation risk losing their endowed chairs. This change can be added to the current faculty handbook and explained when faculty are awarded the Endowed Chair. *SWIM is thrilled that this change has been at the University level.* Now this information needs to come out. We propose this be added to the Faculty handbook.

*"Academic institutions should consider sexual harassment equally important as research misconduct in terms of its effect on the integrity of research."—NAS Document*

3) **Consideration of pending sexual misconduct investigations** or recent discipline for sexual misconduct when under consideration for promotion to Chair, performance awards, to head of institutes or Centers, and Endowed Chairs.

4) Faculty found guilty of serious sexual misconduct risk exclusion from positions of power such as advising students or sitting on thesis or A&P committees.

5) **Develop a system of monitoring the individual's conduct in the workplace for individuals found guilty of sexual misconduct.** Sexual misconduct often occurs in a pattern with perpetrators committing repeated offences. A strong predictor of future behavior is past behavior, so on-going monitoring is critical to ensure that the workplace is kept safe from the individuals repeating the offence.

6) **Refrain from honoring guilty faculty, past and present for their scientific achievements.** This would include, for example, no monetary awards and no publishing results in Yale Medicine by perpetrators of sexual harassment. The present news coverage and visibility is an issue that keeps feeding into less recognition we provide to women overall. Continuing to

honor these faculty sends the message to the women and men of the YSM community that YSM does not consider sexual misconduct a significant issue.

7) **Increase Diversity. January 1, 2020.  Research suggests that when an organization consists of greater than 30-35% percent women in leadership roles, women are able to change organizational culture.**   Sexual harassment thrives in male-dominated environments. Groups focusing on diversity can help; inclusivity training can help; mentoring programs can help. *But the ultimate solution to harassment is shifting the power dynamic between men and women in an organization. Increasing gender diversity at the top makes a difference.*   http://5050x2020.org/; http://5050x2020.org/why-gender-balanced-leadership-is-good-for-business/

**Promote more women into leadership positions:**
**Increase women into Chair positions at YSM.  January 1, 2020.**
**Increase women into Section Chief and Vice Chair positions.  January 1, 2020.**

a.  Hire and promote more women into leadership positions so that critical levels of leadership positions are held by women at YSM by January 1, 2020*. These are defined as Department Chairs and heads of institutes. **Research suggests that when an organization consists of greater than 30-35% percent women in leadership roles[8], women are able to change organizational culture.**   We request progress to be reevaluated and increased as years go by and goals are achieved.
   i.  Our recruiting efforts need to focus on finding women to fill leadership positions. Recruiting efforts. Adopt the Mansfield rule used in the legal sector.  This has improved recruitment and retention of underrepresented minorities and women by expanding the candidate pool for promotions. *In 2018, 44 major law firms utilized the Mansfield rule calling for women attorneys and attorneys of color to comprise 30% of their candidate pools for leadership and governance roles, equity partner promotions, and lateral positions.*
   ii.  Recruiting efforts. When we are turned down by our first choice for a position, keep looking.  This is vital for leadership roles.
   iii.  Identify women at YSM for leadership positions.  Take advantage of the pool of talented women that we are training in our medical and graduate schools.
   iv.  Provide resources to recruit and retain women in leadership positions.
   v.  Tackle biases that prevent accurate evaluation of women as leaders.
   vi.  Accountability for retention and climate efforts and progress within departments. Chairs should be compensated or penalized on each of these objectives, because if it's not measured *and it's not part of compensation and position*, the incentive to change is missing and it simply does not happen.
   vii.  Commit to reviewing, and sharing publicly, gender pay comparisons for each level of the organization, and as a consequence allow each individual and the community at large to thrive increasing excellence rather than suppressing it.
   viii.  A committee consisting of the Dean; Deputy Dean of Diversity and Inclusion, and SWIM leadership will meet annually to re-state and re-evaluate our progress at improving diversity at the leadership levels; review positions turning over to

determine ways in which we can best achieve our goal; and determine whether we can increase this goal to include a greater percent of women as years pass.

*We have attempted through a variety of programs to improve gender diversity, but the results have been too little and too slow. For instance, for the past 25 years the number of female chairs at the medical school has been 11% (3/28) despite much more rapid increases in female tenured faculty. In 2018, this number will increase to 14% (4/28). We could and should be doing much more at our institution. Thus, the solution is that YSM leadership needs to increase critical levels by 2020, as a key goal, similar to a revenue targets, funding goals and expense initiatives. If we become more inclusive of gender and other types of diversity, the research indicates that our clinical service and science performance will be improved.

8) **Use due care in hiring Department Chairs and other leaders.** Directors should ensure that the officers they appoint to run the YSM are honorable and of high moral character. Four key character traits correlated with successful business leaders are integrity, responsibility, forgiveness, and compassion. Because the best predictor of future behavior is past behavior, it is critical to talk with individuals who have worked with the candidate and perform thorough background, history of workplace harassment, and conflicts-of-interest checks.

9) **Honor and Commemorate women. 2018-2019.** The accomplishments of men are recognized and honored in the halls of our buildings, in our parks, buildings and other public spaces. If we are serious about ending sexual harassment, we should start by honoring women equally by recognizing them as we name visible symbols such as portraiture, monuments, and public spaces. Recognizing accomplishment and contribution equally is a step to addressing the gender vulnerability being unmasked today.

   1. (https://www.theatlantic.com/business/archive/2017/11/organizations-sexual-harassment/546707/)
   2. (https://hbr.org/2017/11/training-programs-and-reporting-systems-wont-end-sexual-harassment-promoting-more-women-will)
   3. https://www.mckinsey.com/~/media/McKinsey/Featured%20Insights/Employment%20and%20Growth/The%20power%20of%20parity%20Advancing%20womens%20equality%20in%20the%20United%20States/MGI-Power-of-Parity-in-US-Executive-briefing.ashxf
   4. https://www2.ed.gov/about/offices/list/ocr/letters/colleague-201504-title-ix-coordinators.pdf
   5. https://hbr.org/2017/12/how-boards-can-reduce-corporate-misbehavior
   6. https://hbr.org/2015/04/measuring-the-return-on-character
   7. http://www.diversitylab.com/pilot-projects/mansfield-rule/;
     http://amlawdaily.typepad.com/files/mansfield-rule-release.pdf