**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-CV-01547 (OAW) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | | |
| PETER SALOVEY and | | |
| ROBERT ALPERN, M.D. | : | |
| Defendants. | : | MAY 20, 2022 |

**AFFIDAVIT OF STEPHANIE S. SPANGLER, M.D. IN SUPPORT**
**OF DEFENDANTS' SUMMARY JUDGMENT REPLY BRIEF**

Stephanie S. Spangler, M.D., being duly sworn, deposes and says as follows:

1.     I am over the age of eighteen (18) years and I believe in the obligations of an oath, and I make this affidavit on the basis of my own personal knowledge and belief.

2.     I am currently Yale University's Vice Provost for Health Affairs and Academic Integrity and a clinical professor of Obstetrics, Gynecology and Reproductive Sciences.

3.     From 2011 through December 31, 2021, including all times relevant to this lawsuit, I was the Yale University Title IX Coordinator.  In that capacity, I was responsible for maintaining reports of complaints of sexual misconduct at Yale University, including complaints made to the University-Wide Committee on Sexual Misconduct (UWC).

4.     Since the inception of the UWC in 2011, there has been only one female faculty member who was a respondent in a UWC case.

5.     The one UWC case involving a female faculty member was reported on page 6 of the January 1, 2013 to June 30, 2013 semi-annual Report of Complaints of Sexual Misconduct, which appears at https://smr.yale.edu/sites/default/files/files/July2013Report.pdf : Graduate & Professional students reported that a male faculty member engaged in a personal relationship

with a female faculty member that created a hostile environment. The students requested

confidentiality. The Title IX Coordinator informed the complainants about the options for formal

and informal resolution and they declined to pursue the matter at that time.  A Title IX

Coordinator brought a formal complaint against the faculty members. The UWC charged them

with engaging in conduct of a sexual nature that had the purpose or effect of threatening,

intimidating, or coercing a person or persons. The UWC did not find sufficient evidence to

support the allegations of sexual misconduct but did identify other problematic conduct.

Disciplinary steps were taken and structures were put in place to address the academic

environment.

      6.     The female faculty respondent in that case was the junior faculty member in the

situation and there was no finding of sexual misconduct.

      7.     Attached hereto as Exhibit A is a true and accurate copy of the January 1, 2013 to

June 30, 2013 semi-annual Report of Complaints of Sexual Misconduct for Yale University.

Dated May _16_, 2022, at New Haven, Connecticut.

_____

Stephanie S. Spangler, M.D.
Vice Provost for Health Affairs and Academic Integrity
Yale University

STATE OF CONNECTICUT)
COUNTY OF NEW HAVEN)         ss:  New Haven

On May _16_ 2022, personally appeared Stephanie Spangler, signer of the foregoing

instrument, and acknowledged the same to be her free act and deed, before me.

_Harriet F. Cooper_

[✓]NOTARY PUBLIC
[ ]COMMISSIONER OF THE SUPERIOR COURT

HARRIET R. COOPER
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2022

THE DEFENDANTS

BY: _____

KEVIN C. SHEA (ct13781)
Clendenen & Shea, LLC
400 Orange Street
New Haven, CT  06511
203/787-1183

3

**CERTIFICATION**:

This is to certify that a copy of the foregoing was filed electronically on May 20, 2022.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.

CLENDENEN & SHEA, LLC

# EXHIBIT A

Yale University

Report of Complaints of Sexual Misconduct

Brought forward from January 1, 2013 through June 30, 2013

## Introduction

This semi-annual report to the Yale community summarizes complaints of sexual misconduct brought to the attention of University officials between January 1, 2013 and June 30, 2013 and describes the actions taken by the University to address those complaints. In addition the Report contains updates pertaining to certain complaints first presented in prior reporting periods. Detailed information about the composition and format of the Report is presented in the body of the Report.

The purpose of this Report, like its predecessors, is to inform the community in general terms regarding issues of sexual misconduct, to raise awareness of the procedures to address complaints of sexual misconduct, and to engage community members in efforts to prevent sexual misconduct and promote a campus culture of respect and responsibility. Accordingly, I was pleased that a number of participants in the 2012-2013 Campus Sexual Climate Assessment (http://provost.yale.edu/title-ix/reports ) indicated that they had reviewed the semi-annual reports and found them to be informative and thought-provoking.

I continue to receive many comments and questions regarding the semi-annual reports and the University's procedures for addressing complaints. We have found this input to be extremely thoughtful and have used it to inform our ongoing efforts to address and prevent sexual misconduct.

Some of the questions I have received relate to specific cases or to seeming disparities between the outcomes of cases with similarly described complaints. Because the Report is designed to provide useful general information to a broad audience, it cannot be a forum for the discussion of individual cases. Additionally, because the descriptions are composed to protect the privacy of the individuals involved, they do not fully capture the diversity and complexity of the circumstances associated with the complaints or the factors that determined the outcomes and sanctions.

A recurring question I receive about the semi-annual reports is: How many cases should there be? While it is impossible to derive statistical trends from the information we have collected over the past two years, we are mindful that multiple reports and national statistics indicate that significant underreporting of sexual misconduct persists on campuses across the country. The participants in our recent Campus Climate Assessment suggested a number of measures to increase the likelihood of reporting, and we are working to translate many of those suggestions into action.

I hope you will continue to share your questions and suggestions regarding these reports and the University's programs relating to sexual misconduct. You may direct your comments to Stephanie Spangler, M.D., Deputy Provost for Health Affairs and Academic Integrity, at TitleIX@yale.edu.

Stephanie S. Spangler

July 31, 2013

## Descriptive Summaries of Complaints

The descriptive summaries are organized in tables below according to the office or committee that reviewed and addressed the complaints, i.e., the University-wide Committee on Sexual Misconduct (UWC), the Title IX Coordinators, the Yale Police Department (YPD), and Human Resources. In the tables, complainants and respondents are described by their University affiliations. The complainant, in most cases, is the individual who brought the complaint. In cases where a third party made the report, the complainant is the individual who is alleged to have been harmed or affected by the conduct. The respondent is the individual(s) against whom the complaint has been brought. In some cases, the complainant or the respondent is designated as "Unknown" because neither the individual's identity nor his or her University affiliation could be determined. In some cases, the complainant or the respondent is designated as "Yale Affiliate" because the individual has a recognized affiliation with the University but is not a student, faculty member, staff member, or postdoctoral trainee.

The UWC tables classify cases as "formal complaints" and complaints pursued through "informal resolution." The UWC formal process involves an investigation by an external professional fact-finder, a full hearing and possible disciplinary sanctions. Informal resolution through the UWC does not include extensive investigation or formal findings; its goal is to achieve a resolution that is desired by the complainant and acceptable to the respondent, and to counsel and educate the parties (note, however, that the University does not allow face-to-face mediation in cases alleging sexual violence). The choice of an informal process does not imply the matter is less serious than those matters pursued through formal processes, nor does it preclude the complainant from bringing a formal complaint at a later date, subject to time limits under the UWC procedures.

The Title IX Coordinator table shows complaints brought to the University's Title IX Coordinator and Deputy Title IX Coordinators. The Title IX Coordinators do not conduct formal hearings but may investigate complaints and work with the complainant, the respondent, and, where appropriate, the respondent's supervisor to achieve a resolution of the complaint.

The Yale Police Department and Human Resources tables show cases brought to those departments and addressed according to each department's procedures.

Although a complaint may be brought to one or more of the available venues, each complaint is described in only one table of this report. The UWC, Title IX Coordinators, YPD, and Human Resources routinely collaborate and coordinate their activities to ensure that complaints are resolved promptly and equitably.

Many in our community, including individuals who have experienced these harms, have requested that the University provide alternatives to the formal complaint option. They have underscored that choice of and control over the process, whenever possible, is often an important element in helping those affected regain their sense of wellbeing. Consequently, the University generally offers several options to complainants. Only in rare circumstances, because of risks to the safety of individuals and/or the community, will the University be required to bring matters to a formal hearing independently of the wishes of an individual complainant.

| Updates to cases previously reported | | |
|---|---|---|
| The complaints in this section, having previously been reported, are not included in the statistical summary at the end of this report. | | |
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | A YC student brought a formal complaint charging a male YC student with acts of intimate partner violence against her.<br><br>Update: The UWC found sufficient evidence to support the allegations of intimidation in the context of an intimate relationship. The respondent was given a written reprimand, was restricted from contacting the complainant, and was encouraged to seek counseling for anger management. |
| Yale College Student | Yale College Student | A YC student brought a formal complaint charging that a male YC student had nonconsensual sex with her.<br><br>Update: The UWC found sufficient evidence that the respondent engaged in certain conduct of a sexual nature that was nonconsensual. In addition, the UWC found that the respondent violated the Yale College Code of General Conduct. The respondent was given a two-semester suspension, was placed on probation for the remainder of his time at the University, was restricted from contacting the complainant, and was encouraged to continue counseling for alcohol abuse, appropriate sexual behavior and the respectful treatment of others. |
| Yale College Student | Yale College Student | A YC student sought resolution of an informal complaint alleging that a male YC student made unwanted sexual advances and physically restrained her. The respondent disputed the allegations. Nonetheless, the Chair of the UWC and a YC administrator counseled the respondent on appropriate conduct, and restricted the respondent from contacting the complainant.<br><br>Update: The complainant reported a possible violation of the restrictions that had been agreed upon. A YC administrator clarified and reinforced the restrictions with the parties. |
| Yale College Student | Yale College Student | A YC student reported that a male YC student had nonconsensual sex with her.<br><br>Update: The complainant filed a formal complaint with the UWC alleging that the respondent, in the context of an intimate relationship, engaged in certain nonconsensual acts during otherwise consensual sexual activity. The UWC found sufficient evidence to support the allegations. The respondent was placed on probation for the remainder of his time at the University and a number of measures were taken to restrict him from contacting the complainant. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

| **Updates to cases previously reported** | | |
|---|---|---|
| **The complaints in this section, having previously been reported, are not included in the statistical summary at the end of this report.** | | |
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | A YC student reported that a male YC student had nonconsensual sex with her.<br><br>Update:  The complainant filed a formal complaint with the UWC alleging that the respondent, in the context of an intimate relationship, engaged in certain nonconsensual acts during otherwise consensual sexual activity.  The UWC found sufficient evidence to support the allegations.  The respondent was given a written reprimand, was restricted from contacting the complainant, was required to attend gender sensitivity training, and was encouraged to seek counseling. |
| Yale College Student | Yale College Student | A YC student reported that a male YC student made inappropriate comments of a sexual nature to her and another female YC student.  In addition, the complainant reported that the male YC student physically intimidated her.<br><br>Update:  The complainant filed a formal complaint with the UWC.  The UWC did not find sufficient evidence to support the allegations. |
| Yale College Student | Yale College Student | A YC student reported that a male YC student had nonconsensual sex with her.  The Title IX Coordinator and the Chair of the UWC informed the complainant about the options for formal and informal resolution and she declined to pursue the matter at this time.  Nonetheless, the Title IX Coordinator met with the respondent and counseled him on appropriate conduct.<br><br>Update:  The complainant subsequently filed a formal complaint with the UWC.  The UWC found sufficient evidence to support the allegation.  The respondent was given a written reprimand. |
| Yale College Student | Yale College Student | A YC student brought a formal complaint to the UWC charging that two YC students had engaged in nonconsensual sex with her.  The UWC found a violation of the University's sexual misconduct policy.  Written reprimands were issued to the respondents and measures were taken to limit contact between the parties.<br><br>Update:  The complainant reported a possible violation of the no-contact order by one of the respondents.  The Title IX Coordinator investigated and found no violation of the order. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

| Updates to cases previously reported | | |
|---|---|---|
| The complaints in this section, having previously been reported, are not included in the statistical summary at the end of this report. | | |
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | A YC student reported that a male YC student made inappropriate comments of a sexual nature to her and another female YC student. In addition, the complainant reported that the male YC student physically and verbally intimidated her. <br><br> Update: The complainant filed a formal complaint with the UWC. The UWC found sufficient evidence to support the allegations. The respondent was given a one-semester suspension, was placed on probation for the remainder of his time at the University, and was restricted from contacting the complainant. |
| Yale College Student | Yale College Student | Note: this is an update to a case that pre-dates the July 1 - December 31, 2011 reporting period for the first semi-annual report issued in January 2012. <br><br> Update: A female YC student reported a possible violation of a no-contact order by a male YC student. The Title IX Coordinator investigated and found no violation of the order. |
| Yale College Student | Yale College Student | A YC student reported that two male YC students had nonconsensual sex with her. <br><br> Update: The Chair of the UWC met with the female student and informed her of the options for filing a complaint. A preliminary investigation was begun but the female student declined to cooperate. Without this cooperation, the University determined that it could not, at this time, pursue a formal complaint. |
| Graduate & Professional Student | Graduate & Professional Student | A G&P student reported that other G&P students made inappropriate comments of a sexual nature to her and other students. <br><br> Update: The Title IX Coordinator informed the complainant about the options for formal and informal resolution and she declined to pursue the matter at this time. |
| Graduate & Professional Student | Staff | A G&P student reported that a male staff member made inappropriate comments of a sexual nature to her. <br><br> Update: An investigation overseen by the Title IX Coordinator did not substantiate the allegations. Nonetheless, the respondent's supervisor counseled the respondent on appropriate professional conduct. |

## Updates to cases previously reported

**The complaints in this section, having previously been reported, are not included in the statistical summary at the end of this report.**

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Graduate & Professional Student | Faculty | An anonymous G&P student reported that a male affiliated faculty member made inappropriate remarks of a sexual nature.<br><br>Update:  The respondent was not identified in the anonymous report. However, an administrator of the school reported the incident to the department chair, who will monitor the climate in the department. |
| Graduate & Professional Student | Faculty | G&P students reported that a male faculty member sexually harassed them and other female G&P students.<br><br>Update:  The Title IX Coordinator informed the complainants about the options for formal and informal resolution and they declined to pursue the matter at this time.  The students requested confidentiality.  A dean, in consultation with the Title IX Coordinator, will counsel the respondent about appropriate professional conduct. |
| Graduate & Professional Student | Faculty | G&P students reported that a male faculty member engaged in a personal relationship with a female faculty member that created a hostile environment.  The students requested confidentiality.  The Title IX Coordinator informed the complainants about the options for formal and informal resolution and they declined to pursue the matter at this time.<br><br>Update: A Title IX Coordinator brought a formal complaint against the faculty members.  The UWC charged them with engaging in conduct of a sexual nature that had the purpose or effect of threatening, intimidating, or coercing a person or persons.  The UWC did not find sufficient evidence to support the allegations of sexual misconduct but did identify other problematic conduct.  Disciplinary steps were taken and structures were put in place to address the academic environment. |
| Graduate & Professional Student | Non-Yale | An anonymous G&P student reported that a male non-Yale individual made inappropriate remarks of a sexual nature.<br><br>Update:  An administrator of the school referred the complaint to the respondent's employer, who counseled him regarding appropriate workplace conduct. |
| Staff | Staff | A staff member reported that a male staff member made inappropriate comments of a sexual nature to her.<br><br>Update:  An investigation by the Title IX Coordinator did not find sufficient evidence to support the allegation of sexual misconduct. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

## University-Wide Committee on Sexual Misconduct

**Formal Complaints**
The following complaints were pursued through formal resolution with the UWC.  In every case, the complainant was provided information about all options, formal and informal, for review of his or her complaint as well as information regarding University resources. (see the UWC Procedures for more information)

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Yale College Student | Yale College Student | A Title IX Coordinator brought a formal complaint against a male YC student alleging that he had violated the sexual misconduct policy by making a recording of a sexual nature of a female YC student without her consent.  The complaint also alleged that the male YC student lied to the fact finder during a formal investigation.  The UWC found sufficient evidence to support the allegations.  The respondent was given a written reprimand, was put on probation for two semesters, and was encouraged to seek alcohol counseling. |
| Faculty | Faculty | A faculty member brought a formal complaint alleging that a male faculty member had sexually harassed her.  The UWC found that the complaint did not meet the Committee's jurisdictional requirements.  The complainant was advised of an alternate forum for her complaint. |

## University-Wide Committee on Sexual Misconduct

**Complaints Pursued through Informal Resolution**
The following complaints were pursued through informal resolution with the UWC.  In every case, the complainant was provided information about all options, formal and informal, for review of his or her complaint as well as information regarding University resources.   In cases in which the complainant chose to pursue informal resolution, no formal hearing was held, and no determination as to the validity of the allegations was made. (see the UWC Procedures for more information)

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Yale College Student | Yale College Student | A YC student sought resolution of an informal complaint alleging that a male YC student had unwanted sexual contact with her.  The Chair of the UWC and an administrator of the College spoke with the respondent, who apologized for the conduct, and they counseled him on appropriate conduct. |
| Yale College Student | Yale College Student | A YC student sought resolution of an informal complaint alleging that a male YC student engaged in certain nonconsensual acts during sexual activity with her.  The respondent disputed the allegations.  The Chair of the UWC and a YC administrator counseled the respondent on appropriate conduct. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

| University-Wide Committee on Sexual Misconduct | | |
|---|---|---|
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | A YC student sought resolution of an informal complaint alleging that a male YC student had nonconsensual sex with her.  The Chair of the UWC and a YC administrator counseled the respondent on appropriate conduct. |
| Yale College Student | Yale College Student | A YC student sought resolution of an informal complaint alleging that a male YC student had made inappropriate remarks of a sexual nature to her and had intimidated her.  The Chair of the UWC and an administrator of the College spoke with the respondent, who acknowledged and apologized for the conduct, and they counseled him on appropriate conduct. |
| Yale College Student | Yale College Student | Two YC students, who had previously been in a relationship, had an altercation.  The YPD responded, investigated the matter, and arrested the respondent.<br><br>The YPD referred the matter to the UWC.  The Chair of the UWC and YC administrators met separately with the complainant and respondent, and the two students agreed not to contact each other for the remainder of their time at the University. |
| Yale College Student | Graduate & Professional Student | A YC student sought resolution of an informal complaint alleging that a male G&P student had sent her inappropriate messages.  The Title IX Coordinator, in consultation with the Chair of the UWC, counseled the respondent on appropriate conduct and restricted him from contacting the complainant. |
| Graduate & Professional Student | Faculty | Two G&P students sought resolution of an informal complaint alleging that a male faculty member made inappropriate remarks about them in a public setting.  The Chair of the UWC spoke with the faculty member, who acknowledged and apologized for the conduct. |

| Title IX Coordinators | | |
|---|---|---|
| The following are cases in which the complainant, having been informed of all options available, chose to pursue resolution with the Title IX Coordinator and without a formal hearing.  In the descriptions below, the term "Title IX Coordinator" refers to the University Title IX Coordinator or a Deputy Title IX Coordinator.  In addition to presenting options, the Title IX Coordinators routinely provide information about support resources such as the Sexual Harassment and Assault Response & Education center (SHARE). (see the Title IX website for more information) | | |
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | A YC student reported that a male YC student made unwanted physical contact with her.  The Title IX Coordinator informed the complainant about the options for formal and informal resolution and she has contacted the UWC.  The case is pending. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

## Title IX Coordinators

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Yale College Student | Yale College Student | A YC administrator reported that a male YC student made unwanted sexual advances toward a female YC student. The YC administrator, in consultation with the Title IX Coordinator, informed the complainant about the options for formal and informal resolution. At the complainant's request, the YC administrator met with the respondent, who apologized for his behavior. The YC administrator counseled him on appropriate conduct. |
| Yale College Student | Yale College Student | More than one YC student reported that a male YC student made, on multiple occasions, inappropriate comments of a sexual nature to other students. A YC administrator, in consultation with the Title IX Coordinator, spoke with the respondent and counseled him on appropriate conduct. |
| Yale College Student | Yale College Student | A YC administrator reported that a female YC student stated she had been sexually assaulted by a male YC student. The YC administrator, in consultation with the Title IX Coordinator, informed the complainant about the options for formal and informal resolution and she declined to pursue the matter at this time. |
| Yale College Student | Yale College Student | A YC administrator reported that a female YC student stated she had experienced threatening behavior from a male YC student, with whom she previously had a relationship. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The Title IX Coordinator met with the respondent, restricted him from contacting the complainant, and counseled him on appropriate conduct. |
| Yale College Student | Graduate & Professional Student | A YC administrator reported that a male G&P teaching fellow made inappropriate comments of a sexual nature to a female YC student in the classroom. The case is pending. |
| Yale College Student | Faculty | A third party reported possible violations of the consensual relations policy by a male faculty member. The Title IX Coordinator investigated and could not substantiate the allegations. |
| Yale College Student | Faculty | A YC student reported that a male faculty member made inappropriate comments of a personal nature to him. The Title IX Coordinator investigated and did not find sufficient evidence to support the allegations. |
| Yale College Student | Faculty | A YC student reported that a male faculty member made inappropriate comments to her. The case is pending. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

| **Title IX Coordinators** | | |
|---|---|---|
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Non-Yale | A third party reported that a male YC student and a male non-Yale student had made inappropriate comments of a sexual nature to another male YC student. The Title IX Coordinator investigated and found that the non-Yale student had made the comments. The non-Yale student was restricted from campus. |
| Yale College Student | Unknown | A YC student reported that he received inappropriate email communications of a sexual nature from an unknown individual. The Title IX Coordinator referred the complainant to information technology services to investigate the source of the emails. The student declined to pursue further investigation and reports that he is no longer receiving these communications. |
| Yale College Student | Unknown | A YC student reported that he was contacted by an unknown individual, who claimed to be a member of a student organization and told the YC student to engage in sexual activity as a rite of initiation. The Title IX Coordinator referred the complainant to the YPD for further investigation. The case is pending. |
| Graduate & Professional Student | Graduate & Professional Student | A G&P student reported that a male G&P student, with whom she previously had a relationship, had made an inappropriate comment to her. The Title IX Coordinator informed the female student of the options for formal and informal resolution and she declined to pursue the matter at this time. However, the complainant was moved, at her request, to an alternative location. |
| Graduate & Professional Student | Staff | A G&P student reported that a male staff member paid unwanted attention to her. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The Title IX Coordinator met with the respondent, restricted him from contacting the complainant, and counseled him on appropriate conduct. |
| Graduate & Professional Student | Faculty | A G&P student reported that, on multiple occasions, a male affiliated faculty member had made inappropriate comments of a sexual nature to her. The Title IX Coordinator investigated and found the allegations credible. The respondent was relieved of his teaching duties. |
| Graduate & Professional Student | Faculty | A Graduate & Professional student reported that a male faculty member, whom she did not identify, had touched her inappropriately. The case is pending. |

## Title IX Coordinators

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Graduate & Professional Student | Yale Affiliate | A G&P student and a faculty member reported that a male Yale affiliate, on multiple occasions, behaved inappropriately around students. An administrator of the school, in consultation with a Title IX Coordinator, investigated and found sufficient evidence to support the allegations. The administrator and a dean met with the respondent and counseled him on appropriate professional conduct. In addition, the respondent's work assignments were reduced. |
| Graduate & Professional Student | Yale Affiliate | A G&P student reported that a male Yale affiliate made unwanted contact of a sexual nature with her. An administrator of the school, in consultation with the Title IX Coordinator, referred the complaint to the respondent's supervisor, who issued a warning to the respondent, counseled him regarding appropriate workplace conduct, and restricted him from contacting the complainant. |
| Graduate & Professional Student | Yale Affiliate | An anonymous G&P student reported that several male Yale affiliates, whom she did not identify, made inappropriate remarks of a sexual nature. The case is pending. |
| Staff | Graduate & Professional Student | A staff member reported that a male G&P student made inappropriate comments of a sexual nature to her at their place of mutual employment. The Title IX Coordinator spoke with the G&P student, who acknowledged and apologized for the conduct, and counseled him on appropriate professional conduct. In addition, the G&P student's work assignment was changed. |
| Staff | Staff | A staff member reported that a male staff member paid unwanted attention to her. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The Title IX Coordinator met with the respondent, restricted him from contacting the complainant, and counseled him on appropriate conduct. |
| Staff | Staff | A staff member reported that her supervisor made, on multiple occasions, inappropriate comments of a sexual nature to her. The respondent was suspended pending the investigation. The Title IX Coordinator investigated and found sufficient evidence to support the allegations. The respondent's employment was terminated. |
| Staff | Staff | A staff member reported that a male staff member engaged in unwanted touching of a sexual nature and made inappropriate comments of a sexual nature to her. The respondent was suspended pending the investigation. The Title IX Coordinator investigated and did not find sufficient evidence to support the allegations. The respondent returned to work and was counseled on appropriate workplace conduct. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

## Title IX Coordinators

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Staff | Staff | A staff member reported to a human resources representative that a male staff member paid unwanted attention and behaved inappropriately towards her.  An HR representative, in consultation with the Title IX Coordinator, investigated and found sufficient evidence to support the allegations.  The HR representative met with the respondent, restricted him from contacting the complainant, and counseled him on appropriate conduct. |
| Staff | Staff | A staff member reported that a male staff member had sent her a sexually explicit video.  The Title IX Coordinator investigated and found sufficient evidence to support the allegations.  The respondent was relieved of certain duties. |
| Staff | Staff | A staff member reported that a male staff member sent her inappropriate messages of a personal nature and had stalked her.  The Title IX Coordinator investigated and did not find sufficient evidence to support the allegations. |
| Staff | Staff | A staff member reported that her male supervisor paid unwanted attention to her.  The complainant requested confidentiality.  The case is pending. |
| Faculty | Faculty | A faculty member reported sexual harassment by another faculty member.  The case is pending. |
| Faculty | Faculty | A faculty member reported that three male faculty members had made inappropriate comments of a sexual nature to her and others.  The Title IX Coordinator investigated and did not find sufficient evidence to support the allegations. |
| Postdoc | Staff | A postdoctoral trainee reported that a male staff member made inappropriate gestures and had sent her an inappropriate email.  The respondent's supervisor met with the respondent and counseled him.  The respondent subsequently resigned his position. |

## Yale Police Department

(see the Yale Police website for more information)

*During the reporting period, there were twenty-five contacts with the Yale Police Department (YPD) regarding possible sexual misconduct. In addition to actions taken by the YPD, three of these cases were referred to the UWC or a Title IX Coordinator for further investigation and resolution and summaries are included above in the UWC or Coordinator sections of this document. The cases handled primarily by the YPD are described below. All reports of possible sexual misconduct made to the YPD were reviewed by the University Title IX Coordinator. In every case, the complainant was provided information about all options, formal and informal, for review of his or her complaint as well as information regarding University resources.*

| Complainant | Respondent | Description/Actions Taken |
|---|---|---|
| Yale College Student | Yale College Student | A YC student filed a complaint alleging that he was being harassed and threatened by a female YC student. The YPD contacted the respondent and told her not to contact the complainant. The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Yale College Student | A third party reported that a female YC student was being harassed by male YC student, with whom the female student was in a relationship. The YPD contacted the female student and provided her with information on safety and victim services. The female student declined to file a complaint. |
| Yale College Student | Yale College Student | A YC administrator reported that a female YC student said she was receiving unwanted communications from a male YC student, with whom she was previously in a relationship. The YPD contacted the female student and provided her with information on safety and victim services. The female student declined to file a complaint. |
| Yale College Student | Non-Yale | A YC student filed a complaint alleging that he was solicited for sexual activity by a male non-Yale individual. The YPD investigated and arrested the non-Yale individual. The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Unknown | A YC student filed a complaint alleging that he was contacted by an unknown individual, who claimed to be a member of a student organization and told the YC student to engage in sexual activity as a rite of initiation. The YPD investigation is ongoing. |
| Yale College Student | Unknown | A YC student filed a complaint alleging that he was contacted by an unknown individual, who claimed to be a member of a student organization and made sexually explicit statements to the YC student. The YPD investigation is ongoing. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

| Yale Police Department | | |
|---|---|---|
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Yale College Student | Unknown | YC students from a student organization filed a complaint alleging that they were contacted on multiple occasions by one or more unknown male individuals, who made sexually explicit statements to them. The YPD investigation is ongoing. |
| Yale College Student | Unknown | A YC student filed a complaint alleging that an unknown individual had committed acts of voyeurism. The YPD investigation is ongoing. |
| Graduate & Professional Student | Staff | A G&P student filed a complaint alleging that a male staff member had sent her a sexually explicit image. The YPD investigated and arrested the staff member. The staff member's employment was terminated. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | A G&P student reported that she was concerned about potential stalking by a male non-Yale individual. The YPD contacted the respondent and told him not to contact the complainant. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | A G&P student filed a complaint alleging that she was being stalked by a male non-Yale individual. The YPD investigation is ongoing. |
| Graduate & Professional Student | Non-Yale | A G&P student reported that she was being harassed and threatened by a male non-Yale individual, whom she refused to identify and with whom she previously had a relationship. The YPD was unable to investigate without the complainant's cooperation. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | A G&P student filed a complaint alleging that she was being harassed and threatened by a male non-Yale individual, with whom she previously had a relationship. The YPD contacted the non-Yale individual and told him not to contact the complainant and that he is not permitted on the campus. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | A G&P student reported that she was concerned about potential stalking by a male non-Yale individual, with whom she previously had a relationship. The YPD confirmed that the respondent no longer posed a threat to the complainant The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | A G&P student reported that she received an unwanted communication from a male non-Yale individual. The YPD contacted the respondent and told him not to contact the complainant. The YPD provided the complainant with information on safety and victim services. |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

| Yale Police Department | | |
|---|---|---|
| **Complainant** | **Respondent** | **Description/Actions Taken** |
| Graduate & Professional Student | Non-Yale | A G&P student reported threatening behavior by a male non-Yale individual, with whom she was in a relationship. The YPD responded and the complainant reported that she no longer felt threatened. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Unknown | A G&P student filed a complaint alleging that an unknown individual had sexually assaulted him at an off-campus location. The case was referred to the New Haven Police. The YPD provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | A staff member filed a complaint alleging that she had received threatening phone calls at work from a male non-Yale individual, with whom she previously had a relationship. The YPD investigated and arrested the non-Yale individual. The YPD provided the complainant with information on safety and victim services. |
| Yale Affiliate | Non-Yale | A Yale affiliate filed a complaint alleging that she was being stalked by an unknown male individual. The YPD investigated and identified the male non-Yale individual. The YPD issued a warning to the respondent and restricted him from contacting the complainant. The YPD provided the complainant with information on safety and victim services. |
| Yale Affiliate | Non-Yale | A Yale affiliate filed a complaint alleging that a male non-Yale individual harassed and stalked her. The YPD investigated and restricted the respondent from contacting the complainant. The YPD provided the complainant with information on safety and victim services. |
| Non-Yale | Graduate & Professional Student | A non-Yale individual filed a complaint alleging that she was threatened by a male G&P student, with whom she was in a relationship. The YPD provided the complainant with information on safety and victim services. The respondent subsequently withdrew from the University. The case was referred to other authorities for further action. |
| Non-Yale | Graduate & Professional Student | A non-Yale individual reported that she had received unwanted anonymous communications, possibly from a male G&P student. The complainant declined to file a complaint. |

| Human Resources |
|---|
| (see the Human Resources website for more information) |
| *No complaints brought through the Human Resources grievance processes* |

*Report of Complaints of Sexual Misconduct, January 1 – June 30, 2013*

Statistical Summary of Complaints

Brought forward from January 1, 2013 through June 30, 2013

The statistical summary shows the reported cases by the category of sexual misconduct that applies to the complainants' descriptions of complaints and sorts the cases by both the University affiliations of the complainants and the University affiliations of the respondents. It does not include the updated cases that were presented and summarized in previous reports. For complaints involving more than one allegation of sexual misconduct, the complaint is shown in the statistical summary only once. For example, a complaint that alleges both sexual harassment and sexual assault is classified as sexual assault.

| | Complainant | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Undergrad | G&P | Staff | Postdoc | Faculty | Non-Yale | Unknown | Yale Affiliate |
| Sexual Harassment * | 14 | 8 | 6 | 1 | 3 | 1 | | |
| Sexual Assault ** | 5 | 2 | 1 | | | | | |
| Other *** | 8 | 7 | 2 | | | 1 | | 2 |

| | Respondent | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Undergrad | G&P | Staff | Postdoc | Faculty | Non-Yale | Unknown | Yale Affiliate |
| Sexual Harassment * | 4 | 5 | 7 | | 8 | 3 | 4 | 2 |
| Sexual Assault ** | 5 | | 1 | | | | 1 | 1 |
| Other *** | 5 | 1 | 2 | | 1 | 9 | 2 | |

\* Sexual Harassment includes: unwanted sexual advances, inappropriate comments, threatening, intimidation, and harassment

\** Sexual Assault includes: unwanted sexual contact, unwanted touching of a sexual nature, nonconsensual sex/rape. The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a wider geographic jurisdiction than in the Clery report.

\*** Other includes complaints that did not meet the definition of sexual harassment or sexual assault, e.g., intimate partner violence, stalking, and violation of the Policy on Teacher-Student Consensual Relations policy.