## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS | : | CIVIL ACTION NO. |
|           Plaintiff, | : | 3:19-CV-01547(OAW) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| PETER SALOVEY and | : | |
| ROBERT ALPERN, M.D. | : | |
|           Defendants | : | JUNE 14, 2022 |

### NOTICE OF SUPPLEMENTAL, ADVERSE AUTHORITY

The defendants, Yale University, Peter Salovey and Robert Alpern, M.D., hereby provide notice of the June 2, 2022 decision of the United States Court of Appeals for the Second Circuit in *Vengalattore v. Cornell University*, 2022 WL 1788705, __ F.4th ___ (2d Cir., June 2, 2022).

Consistent with the majority of district courts in the Second Circuit, the defendants argued in both their March 16, 2022 Memorandum of Law in Support of Motion for Summary Judgment ("Def.'s Mem.") (Doc. No. 91) and May 20, 2022 Reply to Plaintiff's Opposition to Motion for Summary Judgment ("Reply") (Doc. No. 103) that there is no implied right of action for employees under Title IX. *See* Def. Mem., pp. 33-37; Reply, p. 10. In *Vengalattore*, however, the Second Circuit resolved the split among its district courts and held that that Title IX

allows a private right of action for a university's intentional gender-based discrimination against a faculty member. *Vengalattore, supra*, 2022 WL 1788705 at *13.

Although the plaintiff's Title IX claim still fails on the merits for the reasons demonstrated in the moving papers and Reply (*see* Def. Mem, pp. 37-40; Reply, p.10), the defendants provide notice of this recent, direct, adverse authority on this discrete issue in the interest of candor toward the Court.

THE DEFENDANTS

BY: _____
KEVIN C. SHEA (ct13781)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
kcs@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on June 14, 2022.

_____
CLENDENEN & SHEA, LLC