UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS; | : | |
| | : | DKT No.: 3:19-cv-01547-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY; PETER | : | |
| SALOVEY; ROBERT ALPERN | : | |
| UNKNOWN PERSONS | : | |
| | : | |
| Defendants. | : | AUGUST 15, 2022 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned hereby moves for permission to withdraw his appearance on behalf of Dr. Michael Simons in the above-captioned case. In support thereof, he represents as follows:

1. On August 4, 2022, I left the employment of Pattis & Smith, LLC.

2. Dr. Simons is a client of Pattis & Smith, LLC, and the undersigned's colleagues have appearances in the case.

3. The undersigned was not lead counsel for Dr. Simons, and he will not be affected by the undersigned's withdrawal.

/s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Tel: 203-677-0782
catkinson@atkinsonlawfirm.com
Federal Bar No. ct31219

**CERTIFICATION OF SERVICE**

    The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                      */s/ Cameron L. Atkinson /s/*
                                          ct31219