**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL SIMONS; | : | |
| | : | |
| Plaintiffs, | : | DKT No.: 3:19-cv-01547-OAW |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY; PETER | : | |
| SALOVEY; ROBERT ALPERN; | : | |
| UNKNOWN PERSONS; | : | |
| | : | |
| Defendants. | : | JANUARY 18, 2024 |

**<u>RENEWED MOTION FOR PERMISSION TO WITHDRAW APPEARANCE</u>**

The undersigned hereby renews his previous motion for permission to withdraw his appearance on behalf of the Plaintiff, Dr. Michael Simons in the above-captioned case pursuant to the Court's order dated August 17, 2022 (Dkt. 107).  In support thereof, he represents as follows:

1.     On August 4, 2022, the undersigned left the employment of Pattis & Smith, LLC.

2.     Dr. Simons was a client of Pattis & Smith, LLC, and Attorney Norm Pattis was, and still is, lead counsel for Dr. Simons in this case.

3.     Before departing Pattis & Smith, LLC, the undersigned provided full transition information to his colleagues regarding Simon's case and remained available to them to provide any further support.

4.     The undersigned then filed a motion to withdraw on August 15, 2022, which the Court denied without prejudice on August 17, 2022 for failure to certify actual notice to Dr. Simons. Dkt. 105, 107.

5.      Since then, the undersigned has had no involvement with Dr. Simons' case, and Dr. Simons remains the client of Attorney Norm Pattis – who, upon information and belief, is now of Pattis & Associates, LLC.

6.      On January 17, 2024, the undersigned emailed Dr. Simons a copy of a letter describing the reasons for this motion to withdraw and reminding him that Attorney Pattis would remain his lawyer. The undersigned subsequently mailed Dr. Simons a copy of the letter as well that same day.

7.      Dr. Simons replied to the undersigned by email on January 17, 2024, acknowledging the letter and the undersigned's intent to withdraw. He further confirmed that he was aware of the undersigned's change in employment and that Attorney Pattis was handling the case.

8.      The undersigned therefore submits that Dr. Simons has actual notice of this motion to withdraw and has not stated an objection to the Court granting it.

Wherefore, the undersigned respectfully requests that the Court grant his motion to withdraw as counsel.

/s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Tel: 203-677-0782
catkinson@atkinsonlawfirm.com
Federal Bar No. ct31219

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Cameron L. Atkinson /s/*
ct31219