**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MICHAEL SIMONS,** : | |
|     **PLAINTIFF,** : | 3:19-CV-01547 (VAB) |
| : | |
| **V.** : | |
| : | |
| **YALE UNIVERSITY,** : | |
| **PETER SALOVEY,** : | |
| **ROBERT ALPERN, M.D.,** : | |
| **UNKNOWN PERSONS,** : | |
|     **DEFENDANTS.** : | **JANUARY 30, 2024** |

## JOINT STATUS REPORT

Counsel for the parties met and conferred on January 29, 2024, to discuss the Court's order for a Status Report. The parties would like a referral to a Magistrate Judge for discussion of potential resolution of the case. The parties estimate a range of 5-7 days for presentation of evidence in the case.

                                **PLAINTIFF, MICHAEL SIMONS**

                                **By:  /s/   Norman A. Pattis, Esq.**
                                Norman A. Pattis, Esq.
                                Bar No. CT 13120
                                Pattis & Associates, LLC
                                383 Orange Street
                                New Haven, CT 06511
                                (203) 393-3017 – phone / (203) 393-9745 – fax
                                npattis@pattislaw.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                      /s/   **Norman A. Pattis, Esq.**
Norman A. Pattis, Esq.
Bar No. CT 13120
Pattis & Associates, LLC
383 Orange Street
New Haven, CT 06511
(203) 393-3017 – phone / (203) 393-9745 – fax
npattis@pattislaw.com