UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| MICHAEL SIMONS ) | CIVIL ACTION NO. |
| ) | 3:19-CV-01547-OAW |
| PLAINTIFF ) | |
| VS. ) | |
| ) | |
| YALE UNIVERSITY, ET AL ) | |
| ) | |
| DEFENDANTS ) | APRIL 1, 2024 |

_____

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff's counsel respectfully requests a one-week extension of time within which to submit his settlement conference documents. In support hereof, the undersigned represents as follows:

1. The undersigned has been unable to communicate with the Plaintiff about the demand to be made and is attempting to reach the Plaintiff in order to do so.

2. The undersigned is trying to reach out to the Plaintiff for purposes of preparing the settlement proposal.

1

Wherefore, Plaintiff's counsel respectfully requests an extension of time to file its' settlement proposal to **April 15, 2024**.

                                              **PLAINTIFF, MICHAEL SIMONS**

                                              **By:    /s/    Norman A. Pattis, Esq.**
                                              Norman A. Pattis, Esq.
                                              **PATTIS & PAZ, LLC**
                                              383 Orange Avenue, 1st Floor
                                              New Haven, CT  06511
                                              Phone:  203-393-3017
                                              Fax:    203-393-9745
                                              Federal Bar #:  ct13120
                                              Email:  npattis@pattispazlaw.com

**ORDER**

The foregoing Motion for Extension of Time having been considered, it is hereby ORDERED:

**GRANTED / DENIED**

UNITED STATES DISTRICT COURT

By_____

Judge / Clerk

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of April, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

              /s/  Norman A. Pattis, Esq.