# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| MICHAEL SIMONS ) | CIVIL ACTION NO. |
| ) | 3:19-CV-01547-OAW |
| PLAINTIFF ) | |
| VS. ) | |
| ) | |
| YALE UNIVERSITY, ET AL ) | |
| ) | |
| DEFENDANTS ) | DECEMBER 20, 2024 |

_____

### MOTION TO CANCEL SETTLEMENT CONFERENCE

The undersigned respectfully requests that the settlement conference set for January 3, 2025, be cancelled.

In support hereof, the undersigned represents as follows:

1.    The undersigned requested resumption of settlement discussions, currently set for resumption on January 3, 2025;

2.    After discussions with opposing counsel and his client, the undersigned does not believe that there is any chance further discussions will narrow the gap between the parties;

3.    In addition, the client is out of the country and cannot attend the conference in person.

WHEREFORE, the undersigned requests cancellation of the conference in the interest of judicial economy.

PLAINTIFF, MICHAEL SIMONS

By:___/s/___Norman A. Pattis, Esq.___
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange Avenue, 1st Floor
New Haven, CT  06511
Phone:  203-393-3017
Fax:    203-393-9745
Federal Bar #:  ct13120
Email:  npattis@pattispazlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 20th day of December, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

___/s/___Norman A. Pattis, Esq._____