**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| MICHAEL SIMONS ) | CIVIL ACTION NO. |
| ) | 3:19-CV-01547-OAW |
| PLAINTIFF ) | |
| VS. ) | |
| ) | |
| YALE UNIVERSITY, ET AL ) | |
| ) | |
| DEFENDANTS ) | JANUARY 30, 2025 |

_____

### MOTION FOR STATUS CONFERENCE

Plaintiff's counsel requests a Status Conference in this case to discuss a possible continuance of the March trial.

In support hereof, the undersigned represents as follows:

1. Trial is set for March.

2. This week, trial counsel for the defendants, Kevin Shea, was nominated to become a judge of the Superior Court of the State of Connecticut.

3. The undersigned has discussed with his client the fact that this appointment might interfere with the trial schedule. Dr. Simon consents to a continuance.

4. The undersigned has spoken with Attorney Shea and he consents to a status conference.

**PLAINTIFF, MICHAEL SIMONS**

By:   /s/   Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
**PATTIS & PAZ, LLC**
383 Orange Avenue, 1st Floor
New Haven, CT  06511
Phone:  203-393-3017
Fax:   203-393-9745
Federal Bar #:  ct13120
Email:  npattis@pattispazlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of January, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

      /s/    Norman A. Pattis, Esq.

2