## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMONS, | : | |
|     Plaintiff, | : | 3:19-CV-1547 (OAW) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, et al, | : | |
|     Defendants. | : | |
| | : | APRIL 2, 2025 |

## JOINT STATUS REPORT

The parties, in accordance with the Court's order on February 17, hereby jointly report that the parties attended a telephonic status conference before Magistrate Judge Vatti on March 24. At that conference, the parties agreed to participate in a settlement conference before Magistrate Judge Vatti at 10.00am on May 7, 2025, to discuss potential resolution of the case. If the case is not resolved at the settlement conference, the parties will discuss the case schedule and docket a revised schedule at that time.

**PLAINTIFF, MICHAEL SIMONS**

*/s/ Norman A. Pattis, Esq.*
Norman A. Pattis, Esq.
Bar No. CT 13120
Pattis & Paz, LLC
383 Orange Street
New Haven, CT 06511
(203) 393-3017 - phone
(203) 393-9745 - fax
npattis@pattispazlaw.com


**THE UNIVERSITY DEFENDANTS**

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Wiggin and Dana LLP
One Century Tower

P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com