# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **MICHAEL SIMONS** ) | **CIVIL ACTION NO.** |
| ) | **3:19-CV-01547-OAW** |
| **PLAINTIFF** ) | |
| **VS.** ) | |
| ) | |
| **YALE UNIVERSITY, ET AL** ) | |
| ) | |
| **DEFENDANTS** ) | **JUNE 9, 2025** |

_____

### STIPULATED DISMISSAL

The plaintiff hereby stipulates to dismissal with prejudice as to all claims in this action.

**PLAINTIFF, MICHAEL SIMONS**

**By:** ___/s/___ **Norman A. Pattis, Esq.**
Norman A. Pattis, Esq.
**PATTIS & PAZ, LLC**
383 Orange Avenue, 1st Floor
New Haven, CT  06511
Phone:  203-393-3017
Fax:  203-393-9745
Federal Bar #:  ct13120
Email:  npattis@pattispazlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 9th day of June, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

                /s/  Norman A. Pattis, Esq.