# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMONS ) | CIVIL ACTION NO. |
| ) | 3:19-CV-01547-OAW |
| PLAINTIFF ) | |
| VS. ) | |
| ) | |
| YALE UNIVERSITY, ET AL ) | |
| ) | |
| DEFENDANTS ) | JUNE 10, 2025 |

### STIPULATED DISMISSAL

The plaintiff hereby voluntarily stipulates to dismissal with prejudice as to all claims in this action under Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

PLAINTIFF, MICHAEL SIMONS

By: _____
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange Avenue, 1st Floor
New Haven, CT  06511
Phone:  203-393-3017
Fax:    203-393-9745
Federal Bar #: ct13120
Email: npattis@pattispazlaw.com

1

DEFENDANTS,
YALE UNIVERSITY,
PETER SALOVEY AND
ROBERT ALPERN, M.D.

BY: /s/ Jonathan M. Freiman
Jonathan M. Freiman, Esq.
WIGGIN & DANA, LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Phone: 203-498-4584
Fax: 203-782-2889
Federal Bar #: ct24248)
Email: jfreiman@wiggin.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 10th day of June, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

/s/    Norman A. Pattis, Esq.